FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 22 2025
JEFFREY P. COLWELL
CLERK

DISTRICT COURT
FILED
DEC 15 2025
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO (DENVER)**

1. **AUGUST JOHN WAKAT, JR.**, individually and on behalf of all others similarly situated (the "CLASSES"),
2. **JOHN LEE WAKAT,**
3. **JAMIE LYNN WAKAT,**
4. **DANIEL BORLAK,**
5. **ESTELLA WAKAT-AIKINS,**
6. **RAYMOND LEE GOLDSBERRY,**
7. **SUSAN FREDERICK,**

Petitioners,

v.

8. **CITY OF TULSA**, in and for Oklahoma an municipal corporation; in his/her official and individual capacities,
9. **MONROE NICHOLS**, Mayor,
10. **GENE BULMASH**, Mayors Designee,
11. **DR. MARC DREYER**, Deputy Court Clerk,
12. **JOE ROBSON**, Vice-Chairman, Tulsa Airport Improvement Trust,
13. **JACK BLAIR**, City Attorney,
14. **R. LAWSON VAUGHN**, Asst. City Attorney,
15. **STEVE KUNZWEILER**, County Attorney in and for Tulsa County, State of Oklahoma,
16. **P. CLAYTON EUBANKS**, Chief Legal Counsel, Oklahoma Department of Mines,
17. **TULSA METROPOLITIAN AREA PLANNING COMMISSION(TMAPC),**
18. **AUSTIN CHAPMAN,** City Planner, and
19. **NATHAN FOSTER**, Principle Planner, by and through the planning office, in its administration capacity;
20. **FAIR OAKS TOWNSHIP,** an entity claiming to act as a political subdivision in Tulsa, Wagoner, and Rogers Counties;
21. **FAIR OAKS RANCH L.L.C.,**
22. **JOE ROBSON**, Manager, a successor entities asserting annexation-related interest;
23. **STEPHAN GARRETT**, a Major with Police Department of the City of Broken Arrow,

**CIVIL ACTION CASE NO.**____________

State Case being removed (Tulsa Cty. Dist. Ct.)
**Case No. CJ-25-5084; TMAPC MPD-6;**
Honorable Judge Kevin Grey

In the United States Court of Appeals for the Tenth Circuit Case No.
(1) 25-5114; (2) 25-5094, 25-5095
(3) 25-5134; (4) 25-5135; (5) 25-5137
(6) 25-5127

**JURY TRIAL DEMANDED**

24. **CRICKET MOORE,** Asst. to the Mayor of the City of Broken, Oklahoma.
25. **LAMAR ADVERTISING CO.** Lessee,
26. **PATRICK SELCER,** Vice-President for Lamar Advertising Co. Lessee,
27. **HENRY J. WINN,** Mortgagee, Lessor, and President for Plainview Salvage Inc., Lessee,
28. **LINDA WINN,** Mortgagee and Lessor,
29. **ROBERT RAINBOLT,** President for Plainview Salvage Inc., Lessee,
30. **TROY D. BUNDY,** Lessor,
31. **LORI A. BUNDY,** Lessee and Lessor, in and for
32. **OKIESMOKE.COM DISPENSARY INC.**,
33. **MICHAEL E. ROMERO,** Honorable Judge,
34. **JOLI A. LOFSTEDT**, Chapter 7 Trustee,
35. **BRENDA COBSTOCK**, Asst. Trustee,
36. **TIMOTHY SWANSON**, Counsel for Trustee, United States Bankruptcy Court, for the District of Colorado,
37. **RONALD EDWARD DURBIN**, II, Oklahoma Attorney for Plaintiff, Officials and individuals, in their fiduciary duties, acting under color of federal and state law, including 42 U.S.C. §§ 1983 and 1985, the Fourteenth Amendment to the United States Constitution, and Wakat v. Harlib, 253 F.2d 59 (7th Cir. 1958)
38. **JOHN/JANE DOES 1-20** (municipal officers, agents, or contractors), in their individual and official Capacities.

Defendants.

Creek Cnty. Dist. Ct., CJ-2023-229

In re:
Wakat, Bankr. D. Colo. No. 25-16650-MER

DON NEWBERRY COURT CLERK
2025 DEC 15 P 1:56

**NOTICE OF REMOVAL FROM TULSA COUNTY DISTRICT COURT**
**STATE OF OKLAHOMA**
**(28 U.S.C. §§ 1334, 1452; Fed. R. Bankr. P. 9027)**

**COMES NOW** the Petitioners, AUGUST JOHN WAKAT, JR. **(1)**, individually and on behalf of all others similarly situated (hereinafter referred to as the **"CLASSES"**), together with JOHN LEE WAKAT **(2)**, JAMIE LYNN WAKAT **(3)**, DANIEL BORLAK **(4)**, ESTELLA WAKAT-AIKINS **(5)**, RAYMOND LEE GOLDSBERRY **(6)**, and SUSAN FREDERICK **(7)** (collectively, **"PETITIONERS"**), and hereby remove to this Court the above-captioned civil action originally filed in the District Court of Tulsa County, State of Oklahoma, Case No. CJ-

25-5084, assigned to the Honorable Kevin Grey, against CITY OF TULSA, Defendant. CITY OF TULSA **(8)**, in and for the State of Oklahoma, a municipal corporation (hereinafter collectively referred to as "Defendants"), together with its officers, officials, employees, agents, and designees, including but not limited to MONROE NICHOLS **(9)**, Mayor of the City of Tulsa; GENE BULMASH **(10)**, Mayor's Designee; DR. MARC DREYER **(11)**, Deputy Court Clerk; JOE ROBSON **(12)**, Vice-Chairman of the Tulsa Airport Improvement Trust; JACK BLAIR **(13)**, City Attorney; R. LAWSON VAUGHN **(14)**, Assistant City Attorney; STEVE KUNZWEILER **(15)**, County Attorney in and for Tulsa County, State of Oklahoma; P. CLAYTON EUBANKS **(16)**, Chief Legal Counsel for the Oklahoma Department of Mines; the TULSA METROPOLITAN AREA PLANNING COMMISSION (TMAPC) **(17)**, a metropolitan planning authority; AUSTIN CHAPMAN **(18)**, City Planner; NATHAN FOSTER **(19)**, Principal Planner, acting by and through the City of Tulsa Planning Office in its administrative capacity; FAIR OAKS TOWNSHIP **(20)**, an entity claiming to act as a political subdivision within Tulsa, Wagoner, and Rogers Counties; FAIR OAKS RANCH L.L.C. **(21)**, an Oklahoma limited liability company; JOE ROBSON **(22)**, Manager of Fair Oaks Ranch L.L.C. and successor entities asserting annexation-related interests; STEPHAN GARRETT **(23)**, a Major with the Police Department of the City of Broken Arrow; CRICKET MOORE **(24)**, Assistant to the Mayor of the City of Broken Arrow, Oklahoma; LAMAR ADVERTISING COMPANY **(25)**, a corporate lessee; PATRICK SELCER **(26)**, Vice-President of Lamar Advertising Company; HENRY J. WINN **(27)** and LINDA WINN **(28)**, mortgagees and lessors; ROBERT RAINBOLT **(29)**, President of Plainview Salvage Inc.; TROY D. BUNDY **(30)** and LORI A. BUNDY **(31)**, lessors and lessees; OKIESMOKE.COM DISPENSARY INC. **(32)**, an Oklahoma business entity; MICHAEL E. ROMERO **(33)**, a judicial officer; JOLI A. LOFSTEDT **(34)**, Chapter 7 Trustee in the United States Bankruptcy Court for the District of

Colorado; BRENDA COMSTOCK **(35)**, **Assistant** Trustee; TIMOTHY SWANSON **(36)**, counsel for the Trustee; RONALD EDWARD DURBIN, II **(37)**, an Oklahoma-licensed attorney; and JOHN/JANE DOES 1–20 **(38)**, municipal officers, agents, or contractors whose identities are presently unknown, are sued in their individual and/or official capacities, as applicable, for actions taken under color of federal and state law, including 42 U.S.C. §§ 1983 and 1985, the Fourteenth Amendment to the United States Constitution, and related authority, including Wakat v. Harlib, 253 F.2d 59 (7th Cir. 1958).

## I. JURISDICTION AND VENUE

39. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1334, because the claims arise under the Constitution and laws of the United States, including 42 U.S.C. §§ 1983 and 1985, and because this action arises in, arises under, and is related to a pending bankruptcy case, In re Wakat, United States Bankruptcy Court for the District of Colorado, Case No. 25-16650-MER.

40. Petitioner August John Wakat, Jr. is a citizen and resident of Trinidad, Colorado, and the related bankruptcy case NO. 25-16650-MER

41. Defendants Joli A. Lofstedt, Chapter 7 Trustee, Brenda Comstock, Assistant Trustee, and Timothy Swanson, counsel for the Trustee, are officials and agents acting in and from the State of Colorado in a bankruptcy case pending before the Honorable Michael E. Romero, United States Bankruptcy Judge for the District of Colorado, and the related bankruptcy case, In re Wakat, Case No. 25-16650-MER, is pending in the District of Colorado, thereby conferring federal bankruptcy jurisdiction and supporting venue in this Court.

42. Removal of this action is proper pursuant to 28 U.S.C. §§ 1441 and 1452 and Federal Rule of Bankruptcy Procedure 9027, as the claims present federal questions and affect the administration of the bankruptcy estate.

43. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391, 1408, and 1409, because the bankruptcy case is pending in this district and the interests of justice and judicial economy support removal and centralized adjudication.

## II. SUPPORTING FEDERAL LAW AND CASE LAW

### A. Federal Statutes

44. 28 U.S.C. § 1334(e)(1) – Exclusive bankruptcy jurisdiction

45. 11 U.S.C. § 362(a) – Automatic stay

46. 28 U.S.C. § 1452(a) – Bankruptcy removal

47. 28 U.S.C. § 2201 – Declaratory Judgment Act

48. 42 U.S.C. § 1983 – Civil rights under color of law

49. 30 U.S.C. § 1201 et seq. – Surface Mining Control and Reclamation Act of 1977

50. 18 U.S.C. § 1151 – Definition of Indian Country

51. 25 U.S.C. § 2 – Federal authority over Indian affairs

52. 25 U.S.C. § 9 – Bureau of Indian Affairs authority

53. 25 U.S.C. §§ 323–328 – Rights-of-way across Indian lands

54. U.S. Const. art. VI, cl. 2 – Supremacy Clause

55. U.S. Const. art. I, § 8, cl. 3 – Commerce Clause

### B. Federal Rules

56. Fed. R. Civ. P. 38 – Jury trial right

57. Fed. R. Civ. P. 55 – Default

58. Fed. R. Civ. P. 60(a) – Nunc pro tunc / clerical corrections

59. Federal Case Law

60. Wakat v. Harlib, 253 F.2d 59 (7th Cir. 1958)

61. In re Calder, 907 F.2d 953 (10th Cir. 1990)

62. Steel Co. v. Citizens for a Better Environment, 523 U.S. 83 (1998)

63. Arbaugh v. Y & H Corp., 546 U.S. 500 (2006)

64. Hodel v. Virginia Surface Mining & Reclamation Ass'n, 452 U.S. 264 (1981)

65. Arizona v. United States, 567 U.S. 387 (2012)

66. Nishimatsu Constr. Co. v. Houston Nat'l Bank, 515 F.2d 1200 (5th Cir. 1975)

67. Mitchell v. Overman, 103 U.S. 62 (1880)

68. McGirt v. Oklahoma, 140 S. Ct. 2452 (2020)

69. Oklahoma v. Castro-Huerta, 597 U.S. 629 (2022)

70. United States v. John, 437 U.S. 634 (1978)

71. United States v. Kagama, 118 U.S. 375 (1886)

**C. Evidence of Indian Status in Exhibit A**

72. Bureau of Indian Affairs Certificate of Degree of Indian Blood (CDIB)

## III. PARTIES

**A. PLANTIFFS/CLASSES**

73. **August John Wakat, Jr. (1)**
address: 33050 Tall Timber Trace,
Trinidad, CO 81082
phone: 719-680-1335
email: elroi81082@gmail.com

74. **John Lee Wakat (2)**
address: 23780 East Admiral Place,
Catoosa, Oklahoma 74015
phone: 918-720-4986
email: johnwakat@yahoo.com

75. **Jamie Lynn Wakat (3)**
address: 5347 South Wheeling Ave.,
Tulsa, Oklahoma 74105
phone: 918-381-5907
email: tootzr2@yahoo.com

76. **Daniel Borlak (4)**
    address: 4251 South 241st East Ave.,
    Broken Arrow, Oklahoma 74014
    phone: 918-408-3258
    email: djborlak@yahoo.com

77. **Estella Wakat-Aikins, Creditor (5)**
    address: 4000 Pamela Way,
    Montgomery, Texas 77316
    phone: 936-217-3074
    email: cwakat@yahoo.com

78. **Raymond Lee Goldsberry (6)**
    address: 23780 East Admiral Place,
    Catoosa, Oklahoma 74015
    Certificate of Degree Indian Blood Registry No. 245291
    phone: 918-404-9506
    email: yernuyahugoldesberry@gmail.com

79. **Susan Frederick (7)**
    address: P.O. Box 751,
    Catoosa, Oklahoma 74015
    phone: 918-740-3224
    email: sjefrdrick@gmail.com

**B. DEFENDANTS UNDER COLOR OF LAW 42 U.S.C. §§ 1983 AND 1985 WAKAT V. HARLIB, 253 F.2D 59 (7TH CIR. 1958).**

80. **City of Tulsa, an Oklahoma Municipal Corporation (8)**
    address: 175 E 2nd St, Tulsa, OK 74103
    phone: 918-596-7411
    email: info@cityoftulsa.org

81. **Monroe Nichols, City of Tulsa Mayor (9)**
    address: 175 E 2nd St, Suite 685Tulsa, OK 74103
    phone: 918-596-7411
    email: mbrooks@cityoftulsa.org

82. **Gene Bulmash, Mayors Designee (10)**
    address: 175 E 2nd St, Tulsa, OK 74103
    phone: 918-596-2100
    email: mayor@cityoftulsa.org

83. **Dr. Marc Dreyer, 3rd Deputy Court Clerk, Tulsa County (11)**
    address: 500 South Denver Ave. Suite 200, Tulsa, OK 74103
    phone: 918-596-5428
    email: marc.dreyer@oscn.net

84. **Joe Robson Tulsa Airport Improvement Trust (TAIT), Manager for Fair Oaks Ranch L.L.C. adn incorperator of Fair Oaks Township (12) (22)**
address: 7777 Airport Drive, Suite A211, Tulsa, Oklahoma 74115
phone: 918-596-7411
email: j.j.rob@me.com

85. **Jack Blair, City of Tulsa Attorney (13)**
address: 175 E 2nd St, Tulsa, OK 74103
phone: 918-596-7717
email: jblair@cityoftulsa.org

86. **R. Lawson Vaughn, Asst. City of Tulsa Attorney (14)**
address: 175 E 2nd St, Suite 685, Tulsa, OK 74103
phone: 918-596-7717
email: lvaughn@cityoftulsa.org

87. **Steve Kunzweiler, Tulsa County District Attorney (15)**
address: 500 S Denver Ave, Suite 900, Tulsa, OK 74103
phone: 918-596-4805
email: stevekunzweiler@tulsacounty.org

88. **P. Clayton Eubanks, Oklahoma Department of Mines, (16)**
address: 1 West Third Street, Ste. 1600 Mailbox # 3, Tulsa, Oklahoma 74103
phone: 918-918-3773
email: jenna.bedwell@mines.ok.gov

89. **Tulsa Metropolitan Area Planning Commission (17)**
address: 175 E 2nd St, Suite 480, Tulsa, OK 74103
phone: 918-596-9477
email: planning@cityoftulsa.org

90. **Austin Chapman, Senior Planner (18)**
address: 175 E 2nd St, Suite 686, Tulsa, OK 74103
phone: 918-596-7597
email: achapman@cityoftulsa.org

91. **Nathan Foster Principle Planner (19)**
address: 175 E 2nd St, Suite 480, Tulsa, OK 74103
phone: 918-596-7609
email: nathanfoster@cityoftulsa.org

92. **Fair Oaks Township, City of Tulsa Ordinance No. 20244 and 20267 (20)**
address: 7345 South 273rd, East Avenue, Broken Arrow, Oklahoma 74014
mailing address: P.O. Box 459, Catoosa, Oklahoma 74015
phone: 918-625-3142
email: j.j.rob@me.com

93. **Fair Oaks Ranch L.L.C., Joe Robson, Manager (21)**
address: 7345 South 273rd East Avenue, Broken Arrow, Oklahoma 74014
phone: 918-625-3142
email: j.j.rob@me.com

94. **Stephan Garrett, Major, City of Broken Arrow Police Department** (23)
    address: 1101 N Main St, Broken Arrow, OK 74012
    phone: 918-259-8400
    email: cmoore@brokenarrowok.org

95. **Cricket Moore, Asst. for the Mayor of Broken Arrow, Debra Wimpy** (24)
    address: 220 S 1st St, Broken Arrow, OK 74012
    phone: 918-259-8419
    email: email on file

96. **Lamar Advertising Company Co. Lessee, Tract A, Henry Winn and Linda Winn, Lessor (25)**
    address: 7777 East 38th Street, Tulsa Oklahoma 74145
    phone: 918-665-1755
    email: pselcer@lamar.com

97. **Patrick Selcer, Vice-President Lamar Advertising Co. Lessee Tract A, Henry Winn and Linda Winn, Lessor (26)**
    address: 7777 East 38th Street, Tulsa Oklahoma 74145
    phone: 918-665-1755
    email: pselcer@lamar.com

98. **Henry J. Winn, President for Plainview Salvage Inc., EIN # 73-151111706, Lessor to Lamar Advertising Co., Mortgagee to August Wakat, Mortgagor, Tract A, 23882 East Admiral Place, Catoosa Oklahoma 74015, 83ft by 115ft, Lessee, Wagoner County Case No. 25-171 Winn v. Wakat (27)**
    address: 219 Williamsburg St, Catoosa, OK 74015
    phone: 918-645-4695
    email: iris.wn@sbcglobal.net

99. **Linda Winn Lessor to Lamar Advertising Co., Mortgagee to August Wakat, Mortgagor, Tract A, 23882 East Admiral Place, Catoosa Oklahoma 74015, 83ft by 115ft, Lessee, Wagoner County Case No. 25-171 Winn v. Wakat (28)**
    address: 219 Williamsburg St, Catoosa, OK 74015
    phone: 918-645-4695
    email: iris.wn@sbcglobal.net

100. **Robert Rainbolt, President for Plainview Salvage Inc., EIN # 73-151111706, (29)**
    address: 23610 E Admiral Pl, Catoosa, OK 74015
    home address: 1026 Mingo Rd., Tulsa, Oklahoma 74116,
    phone: 918-697-8223
    email: robertrainbolt1991@gmail.com

101. **Troy D. Bundy, Lessor to Lessee, President of Okiesmoke.com Dispensary Inc. EIN # 84-4421046 (30)**
    address: 1020 East 39th Street, Tulsa, Oklahoma 74105
    phone: 918-625-0442
    email: jallen@lahlawyers.com

102. **Lori A. Bundy, Lessor to Lessee, President Okiesmoke.com Dispensary Inc. EIN # 84-4421046 (31)**
address: 23610 East Admiral Place Catoosa Oklahoma 74015
home and office (Okiesmoke.com) address: 1020 East 39th Street, Tulsa, Oklahoma 74105
phone: 918-855-3058
email: jallen@lahlawyers.com

103. **OkieSmoke.com Dispensary Inc. (32)**
address: 23610 East Admiral Place Catoosa Oklahoma 74015
phone: 918-855-3058
email: jallen@lahlawyers.com

104. **Michael E. Romero, Honorable Judge, Chapter 7, Case No. 25-16650-MER (33)**
address: 1961 Stout Street, Suite 12-200, Denver, CO 80294
phone: 303-312-7230
email: USTPRegion19.DV.ECF.@usdoj.gov

105. **Joli A. Lofstedt, Chapter 7 Trustee, Case No. 25-16650-MER (34)**
address: PO Box 270461, Louisville, CO 80027
phone: 303-513-2845
email: joli@jaltrustee.com

106. **Brenda Comstock, Chapter 7 Asst. Trustee, Case No. 25-16650-MER (35)**
address: PO Box 270461, Louisville, CO 80027
phone: 303-513-2845
email: brenda@jaltrustee.com

107. **Timothy Swanson, Counsel for Trustee Chapter 7, Case No. 25-16650-MER (36)**
address: 1801 California St, Suite 2700, Denver, CO
phone: 303-406-4896
email: tswanson@fbtlaw.com

108. **Ronald Edward Durbin, II, OBA # 22550, Attorney for Plaintiff, Case No. CV-2023-1583 and TMAPC Case No. Z-7578 (37)**
address: 8703 South Winston Avenue, Tulsa, Oklahoma 74137
phone: 918-346-1755
email: ron@guerillaarmy.com

109. **John/Jane Does 1–20 (38)**
address: unknown
phone: unknown
email: unknown

## IV. STATEMENT OF FACTS BASIS FOR REMOVAL

110. This matter presents jurisdictional defects, federal preemption, and procedural violations that require dismissal, stay, removal, and entry of default as a matter of law.

111. Despite notice to the Clerk of the Court, including Clerk Margeret, Laura, and T.J., the Clerk's Office failed and refused to docket the Debtor/Plaintiffs' Motion for Stay and Removal to the United States Bankruptcy Court for the District of Colorado, Case No. 25-16650-MER, and the record herein as attached;

112. **Exhibit A** of 14 pages, file Stamped December 12, 2025 Case No. CJ-25-5084, **PROPOSED ORDER ON MOTION TO DISMISS, OBJECTION, STAY, AND REMOVAL.**

113. Under Wakat v. Harlib, 253 F.2d 59 (7th Cir. 1958), courts are required to look beyond procedural form where governmental actors (allegedly Diane Savage and Dr. Marc Dreyer), operating under color of law, use administrative or judicial mechanisms to deprive a party of property or rights without lawful jurisdiction or due process.

114. Wakat holds that when officials manipulate procedure, ignore controlling federal law, or proceed absent jurisdiction, due process is violated regardless of the procedural posture of the case. Actions taken without jurisdiction are void and cannot be legitimized by subsequent proceedings.

115. Here, Defendants continued to pursue municipal zoning, enforcement, and litigation actions under MPD-6 and City of Tulsa Ordinances Nos. 20244 and 20267 after notice of federal bankruptcy jurisdiction, Indian Country status, and federal reclamation requirements. Such conduct constitutes action under color of law that deprives Petitioners of property, lawful process, and access to federal forums, in direct violation of Wakat v. Harlib and the Due Process Clause.

116. A court has an independent and continuing obligation to examine subject-matter jurisdiction sua sponte. Steel Co. v. Citizens for a Better Environment, 523 U.S. 83, 94–95 (1998); Arbaugh v. Y & H Corp., 546 U.S. 500, 506–07 (2006).

117. When jurisdiction is lacking, the court must dismiss or transfer the matter regardless of whether a party raises the issue. Jurisdiction cannot be waived, stipulated, or cured by delay.

118. Upon the filing of Bankruptcy Case No. 25-16650-MER, exclusive jurisdiction over property of the estate and proceedings affecting such property vested in the United States Bankruptcy Court pursuant to 28 U.S.C. § 1334(e).

119. The automatic stay imposed by 11 U.S.C. § 362(a) applies to all municipal zoning, enforcement, and judicial proceedings affecting estate property. Any action taken in violation of the automatic stay is void ab initio. In re Calder, 907 F.2d 953, 956 (10th Cir. 1990).

120. Additionally, the MPD-6 zoning application and Ordinances Nos. 20244 and 20267 purport to authorize development on unreclaimed mined lands.

121. The Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. § 1201 et seq., establishes a comprehensive federal regulatory scheme governing surface mining and reclamation pursuant to Congress's Commerce Clause authority.

122. Local authorization of development without federal reclamation compliance impermissibly intrudes upon federally regulated commerce and is preempted. Hodel v. Virginia Surface Mining & Reclamation Ass'n, 452 U.S. 264 (1981).

123. Federal supremacy further bars municipal action where federal law occupies the field or directly conflicts with state or local regulation. U.S. Const. art. VI, cl. 2. Municipal actions that conflict with federal bankruptcy law, Indian affairs authority, or federal reclamation

requirements are void ab initio and unenforceable.

124. Because Defendants have failed to respond or otherwise address removal, federal bankruptcy jurisdiction, the automatic stay, federal preemption, Indian Country jurisdiction, or federal reclamation compliance, they are in default as to these dispositive issues.

125. Entry of default is appropriate where a party fails to plead or otherwise defend against jurisdictional and federal supremacy grounds that bar the action as a matter of law. Fed. R. Civ. P. 55; see also Nishimatsu Constr. Co. v. Houston Nat'l Bank, 515 F.2d 1200, 1206 (5th Cir. 1975).

126. Further, nunc pro tunc relief is warranted to correct the record and reflect the legal reality that jurisdiction transferred, and the automatic stay attached, as of November 26, 2025, when Petitioners filed their objection, motion for stay, and notice of removal.

127. Courts possess inherent authority to enter nunc pro tunc orders to correct clerical or ministerial errors and to align the docket with actions already taken. Fed. R. Civ. P. 60(a); Mitchell v. Overman, 103 U.S. 62 (1880).

128. Accordingly, this Court must, sua sponte if necessary remand to U.S. Bankruptcy Court, District of Colorado (Denver), recognize the lack of subject-matter jurisdiction, enforce federal supremacy, enter default against Defendants in;

129. **Exhibit B** of 41pages, File stamped December 04, 2025 Tulsa County District Court State of Oklahoma Case No. CJ-2025-5084 MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT FAIR OAKS RANCH L.L.C., MANAGER JOE ROBSON AND MOTION FOR DISMISSAL IN CITY OF TULSA TULSA METRO AREA PLANNING COMMISSION CASE NO. MPD-6 AND DE-ANNEXATION CITY OF TULSA ORDINANCE NO 20244

AND 20267 FOR QUIET TITLE AGAINST AGAINST MORTGAGEES WINN REGARDING DEFENDANT LAMAR ADVERTISING CO. BILLBOARD LOCATED LOT 1 SEC. 4 T 19N R15 E AND REGARDING THE ILLEGAL CONVEYANCE OF UNRECLAIMED MINED PROPERTY UNDER RECLAMATION ACT OF 1977 30 U.S.C. § 1235 MOTION FOR AWARD OF TWELVE MILLION DOLLARS TO EACH INDIVIDUAL CLASS MEMBER; and

130. **Exhibit C** of 51 pages, File stamped **Dated** December 05, 2025 **Case No. CJ- 25-171, WAGONER COUNTY DISTRICT COURT, STATE OF OKLAHOMA**MOTION FOR DEFAULT JUDGMENT AGAINST PLAINTIFFS/APPELLANT/MORTGAGEE HENRY WINN AND LINDA WINN MOTION FOR DISMISSAL IN CITY OF TULSA TULSA METRO AREA PLANNING COMMISSION CASE NO. MPD-6 AND DE-ANNEXATION CITY OF TULSA ORDINANE NO. 20244 AND 20267 FOR QUIET TITLE AGAINST MORTGAGEES WINN REGARDING DEFENDANT LAMAR ADVERTISING CO. BILLBOARD LOCATED IN LOT 1 SEC. 4 T 19N 15E AND REGARDING THE ILLEGAL CONVEYANCE OF UNRECLAIMED MINED PROPERTY AWARD TWELVE MILLION DOLLARS UNDER RECLAMATION ACT OF 1977 30 U.S.C. § 1235.

131. **Exhibit D** of 14 pages, File Stamped **December** 12, 2025,MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS TROY D. BUNDY AND LORI A. BUNDY.

132. **Exhibit E** of 13 pages, DOCKET FOR CASE NO. CJ-2025-5084, dated December 13, 2025.

## V. STATEMENT SUPPORTING FEDERAL LAW AND CASE LAW

133. A–H Statement Supporting Federal Law and Case Law establish federal jurisdiction, automatic stay, Indian Country status, federal preemption, and procedural defects requiring removal, stay, and dismissal as a matter of law, including bankruptcy jurisdiction, Supremacy

Clause preemption, Indian Country jurisdiction, and nunc pro tunc correction of the record.

134. This statement further demonstrates that continued state proceedings are void ab initio under controlling federal statutes and case law.

**A. Federal Bankruptcy Jurisdiction and Mandatory Stay**

135. 28 U.S.C. § 1334(e)(1) vests exclusive jurisdiction in the United States Bankruptcy Court over all property of the estate and over any proceeding affecting such property. Once a bankruptcy petition is filed, state courts and municipal bodies are divested of authority to continue actions affecting estate property.

136. 11 U.S.C. § 362(a) imposes an automatic stay that applies broadly to "any act to obtain possession of property of the estate," "any act to exercise control over property of the estate," and "any continuation of a judicial, administrative, or other action or proceeding" against the debtor or estate property.

137. Actions taken in violation of the automatic stay are void ab initio, not merely voidable. In re Calder, 907 F.2d 953, 956 (10th Cir. 1990). No showing of intent or bad faith is required; lack of jurisdiction alone renders such actions a nullity.

138. Removal of actions related to a bankruptcy case is expressly authorized by 28 U.S.C. § 1452(a), and jurisdictional defects cannot be cured by clerical refusal or failure to docket.

**B. Sua Sponte Duty to Examine Jurisdiction**

139. Courts have an independent and continuing obligation to examine subject-matter jurisdiction sua sponte at every stage of the proceedings. Steel Co. v. Citizens for a Better Environment, 523 U.S. 83, 94–95 (1998).

140. Where jurisdiction is lacking, dismissal or transfer is mandatory, regardless of whether a party

raises the issue. Arbaugh v. Y & H Corp., 546 U.S. 500, 506–07 (2006). Subject-matter jurisdiction cannot be waived, stipulated to, or cured by delay or procedural posture.

**C. Due Process and Action Under Color of Law**

141. In Wakat v. Harlib, 253 F.2d 59 (7th Cir. 1958), the court held that when officials acting under color of law manipulate procedure, suppress access to lawful process, or proceed without jurisdiction, due process is violated as a matter of law.

142. Wakat establishes that courts must look beyond procedural form where administrative or judicial mechanisms are used to deprive a party of property or rights without lawful authority. Acts taken without jurisdiction are void and cannot be validated by subsequent proceedings.

**D. Federal Preemption and Supremacy Clause**

143. The Supremacy Clause, U.S. Const. art. VI, cl. 2, provides that federal law is the supreme law of the land, and any state or municipal action that conflicts with federal law is void and unenforceable.

144. Where federal law occupies the field or directly conflicts with local regulation, municipal action is preempted. Arizona v. United States, 567 U.S. 387 (2012).

**E. Surface Mining Control and Reclamation Act of 1977**

145. The Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. § 1201 et seq., establishes a comprehensive federal regulatory scheme governing surface mining and reclamation under Congress's Commerce Clause authority.

146. Local zoning or development approvals authorizing use of unreclaimed mined lands without federal compliance impermissibly intrude upon federally regulated commerce and environmental protection.

147. Congress's authority to regulate surface mining and reclamation, and to preempt inconsistent state and local regulation, was expressly upheld in Hodel v. Virginia Surface Mining & Reclamation Ass'n, 452 U.S. 264 (1981).

## F. Default for Failure to Defend Against Jurisdictional Bars

148. Entry of default is appropriate where a party fails to plead or otherwise defend against dispositive jurisdictional defects or federal supremacy grounds that bar the action as a matter of law. Fed. R. Civ. P. 55.

149. Upon default, the well-pleaded allegations establishing lack of jurisdiction and federal preemption are deemed admitted. Nishimatsu Constr. Co. v. Houston Nat'l Bank, 515 F.2d 1200, 1206 (5th Cir. 1975).

## G. Nunc Pro Tunc Authority

150. Courts possess inherent authority to issue nunc pro tunc orders to correct clerical or ministerial errors and to align the docket with the legal reality of actions already taken. Fed. R. Civ. P. 60(a).

151. Nunc pro tunc relief is appropriate where jurisdiction transferred or a stay attached as a matter of law on an earlier date, but the record failed to reflect that reality. Mitchell v. Overman, 103 U.S. 62 (1880).

## H. Plaintiff's Degree of Indian Blood Deprives the State of Jurisdiction Under Federal Law

152. Federal law provides that where a plaintiff possesses a degree of Indian blood recognized under federal law, jurisdiction over matters arising in Indian Country rests with the federal government, not the State. 18 U.S.C. § 1151; United States v. John, 437 U.S. 634 (1978).

153. The State of Oklahoma lacks jurisdiction over matters involving Indians in Indian Country

absent express congressional authorization. McGirt v. Oklahoma, 140 S. Ct. 2452 (2020).

## VI. ISSUES SET FOR JURY TRIAL

154. The following issues were timely filed by Plaintiff and the Classes, August John Wakat, Jr., on November 3, 2025, remain pending, and are properly set for determination by a jury to the extent triable as of right, with equitable issues reserved for the Court as required by law.

155. **Issue No. 1 – Declaratory Judgment**

Plaintiff seeks declaratory relief pursuant to 28 U.S.C. § 2201 and applicable state law to determine the rights, status, and legal relations of the parties, including the validity of municipal actions, ordinances, zoning determinations, annexation claims, and enforcement conduct affecting Plaintiff's property and constitutional rights.

Status: Pending.

156. **Issue No. 2 – Detachment / De-Annexation**

Plaintiff seeks detachment and/or de-annexation of the subject property from unlawful or void municipal annexation, including declarations that the annexation was invalid ab initio for lack of jurisdiction, federal preemption, and failure to comply with governing law.

Status: Pending.

157. **Issue No. 3 – Injunctive Relief**

Plaintiff seeks temporary, preliminary, and permanent injunctive relief restraining Defendants from continuing enforcement, zoning, development approvals, or other actions affecting the subject property in violation of federal law, constitutional protections, and jurisdictional limits.

Status: Pending.

158. **Issue No. 4 – Quiet Title and Boundary Clarification**

Plaintiff seeks to quiet title and obtain judicial clarification of boundary lines, ownership interests, and encumbrances affecting the subject property, including relief against adverse claims asserted under void ordinances, annexation actions, or unauthorized governmental conduct.

Status: Pending.

159. **Issue No. 5 – Accounting, Restitution, Disgorgement, and Damages**

Plaintiff seeks an accounting and monetary relief, including restitution, disgorgement, compensatory damages, and all other lawful damages arising from Defendants' unlawful acts, unjust enrichment, deprivation of property rights, and constitutional violations.

Status: Pending.

160. **Issue No. 6 – Civil Rights Violations (42 U.S.C. § 1983)**

Plaintiff asserts claims under 42 U.S.C. § 1983 for violations of the First, Sixth, and Fourteenth Amendments to the United States Constitution, including denial of due process, denial of access to the courts, deprivation of property without lawful authority, and actions taken under color of law without jurisdiction.

Status: Pending.

**WHEREFORE,** "CLASSES" respectfully prays that this Court:

161. Recognize that Tulsa County District Court State of Oklahoma Case No. CJ-25-5084 before Honorable Judge Kevin Grey lacks subject-matter jurisdiction over this action;

162. Enforce the automatic stay pursuant to 11 U.S.C. § 362(a);

163.Order removal of this action to the United States District Court for the District of Colorado, or Under Sua Sponte to the United States Bankruptcy Court for the District of Colorado, Case No. 25-16650-MER;

164.Stay all further state-court proceedings;

165.Declare all actions taken after the attachment **Exhibit A,** of federal jurisdiction void ab initio;

166.Grant default against Defendants in Exhibit B, Fair Oaks Township, Fair Oaks Ranch L.L.C. and Joe Robson in the amount of $252,000,000, Two Hundred Fifty Two Million dollars, individually; and

167.Defendants in **Exhibit C**, Henry Winn and Linda Winn in the amount $84,000,000, Eight Four Million dollars, individually; and

168.Defendants in **Exhibit D**, Troy D. Bundy and Lori A. Bundy in the amount $84,000,000, Eight Four Million dollars, individually; and

169.all other Defendants in Default such as Lamar Advertising Co. and Robert Rainbolt, in the amount $84,000,000, Eight Four Million dollars, individually; and

170.all other Defendants are in default under federal law for failure to plead or otherwise defend as required by Fed. R. Civ. P. 12(a),

171.and default is appropriate upon entry by the Clerk pursuant to Fed. R. Civ. P. 55(a), with default judgment authorized under Rule 55(b).

172.See Nishimatsu Constr. Co. v. Houston Nat'l Bank, 515 F.2d 1200, 1206 (5th Cir. 1975) (a defendant's failure to answer admits the well-pleaded factual allegations of the complaint, except as to damages).

173.The Court should grant an equitable lien in favor of "CLASSES" against the subject property and any related proceeds to prevent unjust enrichment, preserve the status quo, and enforce equity where legal remedies are inadequate.

174.See Fed. R. Civ. P. 54(c); Great-West Life & Annuity Ins. Co. v. Knudson, 534 U.S. 204, 213–14 (2002) (recognizing equitable liens as a traditional form of equitable relief); SEC v. ETS Payphones, Inc., 408 F.3d 727, 734 (11th Cir. 2005).

175.Grant nunc pro tunc relief to reflect removal as of the date jurisdiction vested as a matter of law; and

176.Grant such other and further relief as the Court deems just and proper.

## VII. CONCLUSION

177.Because exclusive federal jurisdiction exists, and state jurisdiction is barred by federal bankruptcy law, federal supremacy, and Indian Country jurisdiction, this Court lacks authority to proceed. Accordingly, removal is mandatory, further state proceedings are prohibited, and the matter must proceed solely in the proper federal forum.

178. Isaiah 9:6 (KJV): "For unto us a child is born, unto us a son is given: and the government shall be upon his shoulder: and his name shall be called Wonderful, Counsellor, The mighty God, The everlasting Father, The Prince of Peace."

Respectfully submitted,

August John Wakat, Jr. Pro Se for Classes
33050 Tall Timber Trace
Trinidad, Colorado 81082
Phone: (719) 680-1335
Email: elroi81082@gmail.com

Date: December 13, 2025 Total pages 158.

179. **ATTACHMENTS:**

180.**Exhibit A** of 14 pages, file Stamped December 12, 2025 Case No. CJ-25-5084, **PROPOSED ORDER ON MOTION TO DISMISS, OBJECTION, STAY, AND REMOVAL.**

181.**Exhibit B** of 41pages, File stamped December 04, 2025 Tulsa County District Court State of Oklahoma Case No. CJ-2025-5084MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT FAIR OAKS RANCH L.L.C., MANAGER JOE ROBSON AND MOTION FOR DISMISSAL IN CITY OF TULSA TULSA METRO AREA PLANNING COMMISSION CASE NO. MPD-6 AND DE-ANNEXATION CITY OF TULSA ORDINANCE NO 20244 AND 20267 FOR QUIET TITLE AGAINST AGAINST MORTGAGEES WINN REGARDING DEFENDANT LAMAR ADVERTISING CO. BILLBOARD LOCATED LOT 1 SEC. 4 T 19N R15 E AND REGARDING THE ILLEGAL CONVEYANCE OF UNRECLAIMED MINED PROPERTY UNDER RECLAMATION ACT OF 1977 30 U.S.C. § 1235 MOTION FOR AWARD OF TWELVE MILLION DOLLARS TO EACH INDIVIDUAL CLASS MEMBER; and

182.**Exhibit C** of 51 pages, File stamped Dated December 05, 2025 **Case No. CJ- 25-171, WAGONER COUNTY DISTRICT COURT, STATE OF OKLAHOMA** MOTION FOR DEFAULT JUDGMENT AGAINST PLAINTIFFS/APPELLANT/MORTGAGEE HENRY WINN AND LINDA WINN MOTION FOR DISMISSAL IN CITY OF TULSA TULSA METRO AREA PLANNING COMMISSION CASE NO. MPD-6 AND DE-ANNEXATION CITY OF TULSA ORDINANE NO. 20244 AND 20267 FOR QUIET TITLE AGAINST MORTGAGEES WINN REGARDING DEFENDANT LAMAR ADVERTISING CO.

BILLBOARD LOCATED IN LOT 1 SEC. 4 T 19N 15E AND REGARDING THE ILLEGAL CONVEYANCE OF UNRECLAIMED MINED PROPERTY AWARD TWELVE MILLION DOLLARS UNDER RECLAMATION ACT OF 1977 30 U.S.C. § 1235.

183. **Exhibit D** of 14 pages, File Stamped December 12, 2025, MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS TROY D. BUNDY AND LORI A. BUNDY.

184. **Exhibit E** of 13 pages, DOCKET FOR CASE NO. CJ-2025-5084, dated December 13, 2025.

## CERTIFICATE OF SERVICE

I certify that on this 13 day of December, 2025, I served a true and correct copy of this **NOTICE OF REMOVAL FROM TULSA COUNTY DISTRICT COURT CJ-25-5084** by U.S. Mail on the parties listed below. Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 28 U.S.C. § 1651(a), Movant respectfully requests that the Clerk of Court issue electronic notice to all parties listed herein.

185. **Joli A. Lofstedt**, Chapter 7 Trustee
Trustee 19, P.O. Box 270461, Louisville, CO 80027
Email: joli@jaltrustee.com • Phone: (303) 513-2845

186. **Brenda Combstock,** Assistant Chapter 7 Trustee, Email: brenda@jaltrustee.com

187. **Timothy Swanson,** Counsel for Chapter 7 Trustee, Joli A. Lofstedt, U.S. Bankruptcy Court, 1801 California Street, Suite 2700 Denver, Colorado (303) 406-4896 Email: tswanson@fbtlaw.com

188. **Dr. Dreyer and Diane Savage,** Clerk of Court, Tulsa County Courthouse, 500 S. Denver Ave. Ste. 200, Tulsa, OK 74103; Phone: (918) 596-5000; Email: marc,dreyer@tulsacounty.org; CV-2024-2320

189. **Office of the U.S. Bankruptcy Court Clerk**
1961 Stout Street, Suite 12-200, Denver, CO 80294
Email: USTPRegion19.DV.ECF@usdoj.gov; Phone: (303) 312-7230

190. **Sam Allen IV,** Attorney for Defendants/Lessee, Lessor, Creditor, Troy Bundy and Lori Bundy, **Case No. CJ-23-229,** address 221 East Dewey Avenue, Sapulpa, OK 74066 Phone: (918) 227-2525 Email: jallen@lahlawyers.com

191. **Colton G. Scott,** Attorney for Lessee, Lessor, Mortgagees, Creditor, Defendant Henry Winn, Linda Winn, and Lamar Advertising Co., **Case No. 25-16650-MER; CJ-25-5084; 25-5114; 25-5094;** address 400 West Fourth Street Claremore, Oklahoma 74018, (918) 343-4100, Email: cscott@soonerlaw.com

192. **Mack Greever, OBA # 3588,** Attorney for Attorney for Lessee, Lessor, Mortgagees, Creditor, Defendant Henry Winn, Linda Winn, and Lamar Advertising Co. **Case No. 25-16650-MER; CJ-25-5084; 25-5114; 25-5094; CJ-25-171, CV-25-0048, CJ-25-131,** address 104 South Missouri Ste. 400 Claremore, Oklahoma 74018, (918) 342-2222, Email: mack@greeverlaw.com

193. **William Hickman, OBA # 18395**, Hickman Law Group, PLLC, Attorney for Lessee, Defendant, Creditor, Lamar Advertising Co., **Case No. 25-5114; 25-5094; CV-2024-2320; CJ-25-171; CJ-25-131; CV-25-0048 CJ-25-5084**, address 330 West Gray Street, Ste. 170, Tulsa, Oklahoma 73069, (405) 605-2375, Email: hickman@hickmanlawgroup.com

194. **R. Lawson Vaughn,** Defendant, City of Tulsa Attorney, **Case No. 25-5114; 25-5094; CV-2023-1583; CV-2024-2320; CJ-25-5084,** address 175 East 2nd Street, Tulsa, Oklahoma 74103 (918) 596-7717, Email: lvaughn@cityoftulsa.org

195. **Andrew Shanks, OBA # 22298, and William C. Searcy, OBA # 17938,** Attorney for Plaintiff, Lessee, Appellees, Plainview Salvage Inc., **Case No. SC-24-13707; CJ-25-159; CJ-25-171, 25-5114; 25-1332; 25-5135; 25-1337; 25-1674** address 2727 East 21st Street, Ste. 200, Tulsa, Oklahoma 74114, Phone: (918) 747-8900, Email: ashank@ellerdetrich.com,

196. **Nicholas Tait, OBA No. 22739,** Attorney for Plaintiff, TD BANK USA, N.A. v. Lori Bundy, **Case No. 25-7748**, 5200 S. Yale Suite 505, Tulsa, Oklahoma 74135 (877) 215-2552, Email:LawfirmOK@RaushStrum.com

197. **Megan M. Beck, OBA # 30962,** Attorney for Petitioner/Lessee, Lori A. Bundy v. Troy D. Bundy **Case No. FD-23-1459;** address 320 South Boston Avenue Suite 718 Tulsa, Oklahoma 74103 Phone (918) 295-6418 Email: megan@meganbecklaw.com

198. **Stephanie Lorbiecki, OBA # 11667,** Lorbiecki Law Office, Attorney for Respondant/Defendant Troy D. Bundy **Case No. FD-23-1459**, Post Office Box 2316 Sapulpa, Oklahoma 74067 Phone: (918) 224-3936 Email: stefanielaw7@gmail.com

199. **Hugh H. Fudge OBA # 20487, Dani L. Schinzing OBA # 32113, Emily R. Remmert OBA # 22110, Sean A. Nelson OBA # 30194, Keith A Daniels OBA # 19788**, Robinson, Hoover & Fudge, PLLC Attorney for Plaintiff First Fidelity Bank, N.A. v. Troy D. Bundy, **Case No. 25-782,** mailing address P.O. Box 1748 Oklahoma City, Oklahoma 73101 Phone (405) 232-6464 Email: lawmail@rhfok.com

200. **Stephan L. Bruce, OBA # 1241, Everette C. Altdoerffer, OBA # 30006, Leah K. Clark, OBA # 31819, Clay P. Booth, OBA # 11767, Roger M. Coil, OBA # 17002, Adam W. Sullivan, OBA # 35748.** Attorneys for Plaintiff Capital One, N.A. v. Troy D. Bundy Case No. 25-4913, P. O. Box 808 Edmond, Oklahoma 73083 Phone (405) 330-4110, Email: brucelaw@sbrucelaw.com

201. **Henry and Linda Winn** Creditor, Mortgagee, Lessee, Lessor, President of Plainview Salvage Inc. EIN # 73-1511706, 23610, 23780, 23882 East Admiral Place Catoosa Oklahoma 74015, 219 Williamsburg Street Catoosa, Oklahoma 74015, 7777 East 38th Street, Tulsa, Oklahoma 74145, Phone (918) 645-4695, Email: iris.wn@sbcglobal.net

202. **Robert Rainbolt,** Lessee, Mortgagor, Plaintiff, President of Plainview Salvage Inc., EIN # 73-1511706, Case No. 25-5114; 25-5135; 25-1337; 25-1674, CJ-25-159, 23610 East Admiral Place Catoosa Oklahoma (918) 266-5811, 1026 North Mingo Rd. Tulsa, Oklahoma 74116 (918) 697-8223, Email: robertrainbolt1991@gmail.com

203. **P. Clayton Eubanks,** Chief Legal Counsel, Defendant Case No. CJ-25-5084, Tulsa Field Office, 1 West Third Street, Ste. 1600 Mailbox # 3, Tulsa, Oklahoma 74103, (918) 918-3773 Email: jenna.bedwell@mines.ok.gov

204. **Troy D. Bundy and Lori Bundy,** Defendants, Lessor, Lessee, Creditor, Case No. 23-229; 25-5137; 25-16650-MER, 1020 East 39th Street, Tulsa Oklahoma 74105 (918) 855-3058 Email: jallen@lahlawyers.com

205. **Steven W. Soule,** OBA. No. 13781, 521 East 2nd Street, Suite 1200, Tulsa, Oklahoma 74120 Phone: (918) 594-0400, Email: **ssoule@hallestill.com**

206. **Clerk of the Court, U.S. Court of Appeals for the Tenth Circuit,** Byron White U.S. Courthouse, 1823 Stout St., Denver, CO 80257(303) 844-3157 Certified Mail/Return Receipt No.______________________________

207. **United States District Court, District of Colorado**, Alfred A. Arraj United States Courthouse 901 19th Street, Denver, Colorado 80294, (303) 844-3433 Email: Intake@cod.uscourts.gov Certified Mail/Return Receipt No. 9510-8066-9571-5347-6273-95

Respectfully Submitted,

[signature]

August Wakat, Appellant, Pro Se'

1. **Exhibit A** of 14 pages, file Stamped December 12, 2025 Case No. CJ-25-5084,

   **PROPOSED ORDER ON MOTION TO DISMISS, OBJECTION, STAY, AND REMOVAL.**

OFFICE OF THE CITY CLERK
CITY OF TULSA, OKLAHOMA
2025 DEC 12 PM03:37

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA

| | |
|---|---|
| AUGUST JOHN WAKAT, JR., individually and on behalf of all others similarly situated (the "CLASSES"), **Petitioners,** | CASE NO. CJ-25-5084; TMAPC, MPD-6 |
| | **In re:** **Wakat**, Bankr. D. Colo. No. 25-16650-MER |
| v. | U.S. Ct. App. 10th Cir., No. 25-5114 |
| CITY OF TULSA, and Oklahoma municipal corporation, et. al.; **Defendants.** | **HONORABLE JUDGE KEVIN GREY** JURY TRIAL DEMANDED |

DISTRICT COURT
FILED
DEC 12 2025
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

**PROPOSED ORDER ON MOTION TO DISMISS, OBJECTION, STAY, AND REMOVAL**

**THIS MATTER** comes before the Court on Defendant City of Tulsa's Motion to Dismiss filed November 24, 2025; Plaintiffs' Objection filed November 26, 2025, **sixteen (16) days prior to the date of this Order**; Plaintiffs' Motion for Stay and Removal to the United States Bankruptcy Court for the District of Colorado, Case No. 25-16650-MER; and the record herein.

The Court, being fully advised in the premises, **FINDS, CONCLUDES, AND ORDERS** as follows:

1. **On November 24, 2025,** Defendant City of Tulsa filed a Motion to Dismiss with Brief in Support and Certificate of Service.
2. **On November 26, 2025,** Plaintiffs in the Classes timely filed an Objection to the Motion to Dismiss, reserved time to answer, and moved for dismissal of the TMAPC MPD-6 zoning application and City of Tulsa Ordinances Nos. 20244 and 20267, for stay, and for removal to the United States Bankruptcy Court for the District of Colorado, Case No. 25-16650-MER.
3. Plaintiff in the Classes includes Ramon Lee Goldesberry, a citizen of the Cherokee Nation, **Exhibit A** of 1 page, Department of Interior, Bureau of Indian Affairs, Certificate of Degree, residing at 23780 East Admiral Place, Tulsa, Oklahoma 74015. The subject property and governmental actions are within Indian Country as defined by federal law and .
4. Under McGirt v. Oklahoma, 140 S. Ct. 2452 (2020), the State of Oklahoma and its political subdivisions lack jurisdiction over matters occurring in Indian Country absent express congressional authorization.
5. Zoning, annexation, land-use, and development actions affecting Indian Country or restricted Indian lands are subject to exclusive federal jurisdiction and require approval by the Bureau of Indian Affairs pursuant to 25 U.S.C. §§ 2, 9, 323–328, and applicable federal regulations.
6. The Supremacy Clause of the United States Constitution, Article VI, Clause 2, provides that federal law is the supreme law of the land. Any state or municipal action that conflicts with federal law, federal jurisdiction, or federal regulatory schemes is void ab initio and unenforceable.

7. The Commerce Clause, U.S. Const. art. I, § 8, cl. 3, vests exclusive authority in Congress to regulate interstate commerce. State and municipal regulations that burden or interfere with federally regulated commerce, including Indian affairs, environmental reclamation, land development, and bankruptcy administration, are preempted and invalid.

8. The MPD-6 application and City of Tulsa Ordinances Nos. 20244 and 20267 involve unreclaimed mined property and are subject to the Surface Mining Control and Reclamation Act, 30 U.S.C. § 1201 et seq. Local authorization of development without federal reclamation compliance impermissibly intrudes upon federally regulated commerce and is preempted under the Supremacy Clause and the Commerce Clause. See Hodel v. Virginia Surface Mining & Reclamation Ass'n, 452 U.S. 264 (1981).

9. Upon the filing of Bankruptcy Case No. 25-16650-MER, exclusive jurisdiction over property of the estate and proceedings affecting such property vested in the United States Bankruptcy Court for the District of Colorado, Tenth Circuit Court, pursuant to 28 U.S.C. § 1334(e).

**SUPPLEMENTAL JURISDICTION**

The Court further finds that any remaining state-law claims asserted herein are part of the same case or controversy as the federal questions presented, including federal bankruptcy jurisdiction, federal Indian law, and federal preemption, and therefore fall within supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a); however, because exclusive jurisdiction lies with the United States Bankruptcy Court for the District of Colorado and federal law preempts the subject matter, this Court declines to exercise supplemental jurisdiction.

10. Removal is authorized under 28 U.S.C. § 1452(a), and the automatic stay imposed by 11 U.S.C. § 362(a) applies to municipal zoning, enforcement, and related proceedings affecting the debtor or estate property.

11. Any action taken in violation of the automatic stay is void ab initio. See In re Calder, 907 F.2d 953 (10th Cir. 1990).

12. Defendant City of Tulsa has filed no objection addressing removal, bankruptcy jurisdiction, the automatic stay, federal preemption under the Supremacy Clause, Commerce Clause violations, McGirt preemption, Bureau of Indian Affairs authority, or federal reclamation requirements.

13. Accordingly, this Court lacks subject-matter jurisdiction to proceed on the merits of the City of Tulsa's Motion to Dismiss.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

A. Defendant City of Tulsa's Motion to Dismiss filed November 24, 2025, is **DENIED** for lack of jurisdiction.

B. All proceedings in this matter are STAYED pursuant to 11 U.S.C. § 362(a).

C. This action is REMOVED to the United States Bankruptcy Court for the District of Colorado, Tenth Circuit Court, Case No. 25-16650-MER, pursuant to 28 U.S.C. §§ 1334 and 1452.

D. Any further responsive pleading by the City of Tulsa or related defendants shall be filed, if at all, in the proper federal forum and only upon a showing of:
(1) relief from the automatic stay, if required;
(2) lawful federal jurisdiction;
(3) valid Bureau of Indian Affairs approval, if applicable; and

(4) a federal reclamation certificate and compliance documentation under 30 U.S.C. § 1201 et seq. for the MPD-6 application and the subject property.

E. The MPD-6 zoning application and enforcement of City of Tulsa Ordinances Nos. 20244 and 20267 as applied to Lot 1, Section 4, Township 19 North, Range 15 East of the Indian Meridian, owned by Petitioner August J. Wakat, Jr., are held in abeyance pending determination by the United States Bankruptcy Court and any required federal agencies.

F. Any and all actions taken or attempted by the City of Tulsa, TMAPC, or any related municipal or private actor to enforce, implement, approve, or rely upon the MPD-6 zoning application or City of Tulsa Ordinances Nos. 20244 and 20267 as applied to the subject property are hereby declared void ab initio and are ENJOINED pending final determination by the United States Bankruptcy Court for the District of Colorado and any required federal agency, including the Bureau of Indian Affairs.

G. This Order shall apply nunc pro tunc to November 26, 2025, the date Plaintiffs filed their Objection, Motion for Stay, and Notice of Removal, in order to accurately reflect the jurisdictional transfer, the effect of the automatic stay, and to correct the record for any actions taken after that date without jurisdiction as shown in **Exhibit B** of 6 pages, Certificate of Service, personally deliver by Quick Silver Express, addressed at 1400 Quail Street, Lakewood, Colorado 80215 at 10:23 am., (MNT) on December 12, 2025 and Certificate of service under federal law ecf email and mail to Clerk Margret, dated December 01, 2025 tracking number 9505513271853303220797, at 8:01 am.

**IT IS SO ORDERED,**

DATED this ___ day of __________, 2025.

______________________________

HONORABLE JUDGE KEVIN GREY

Respectfully submitted,

**August J. Wakat,**
Appellant Pro Se
33050 Tall Timber Trace
Trinidad, CO 81082
Email: elroi81082@gmail.com
Phone: (719) 680-1335

Dated: December 12, 2025

Total pages 14.

Attachments:

**Exhibit A** of 1 page, Department of Interior, Bureau of Indian Affairs, Certificate of Degree, residing at 23780 East Admiral Place, Tulsa, Oklahoma 74015. The subject property and governmental actions are within Indian Country as defined by federal law and .

**Exhibit B** of 6 pages, Certificate of Service, personally deliver by Quick Silver Express, addressed at 1400 Quail Street, Lakewood, Colorado 80215 at 10:23 am., (MNT) on December 12, 2025 and Certificate of service under federal law ecf email and mail to Clerk Margret, dated December 01, 2025 tracking number 9505513271853303220797, at 8:01 am.

## CERTIFICATE OF SERVICE

I certify that on this 12 day of December 2025, I served a true and correct copy of this **PROPOSED ORDER ON MOTION TO DISMISS, OBJECTION, STAY, AND REMOVAL** by U.S. Mail on the parties listed below. Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 28 U.S.C. § 1651(a), Movant respectfully requests that the Clerk of Court issue electronic notice to all parties listed herein.

1. **Joli A. Lofstedt**, Chapter 7 Trustee
   Trustee 19, P.O. Box 270461, Louisville, CO 80027
   Email: joli@jaltrustee.com • Phone: (303) 513-2845
2. **Brenda Combstock,** Assistant Trustee, Email: brenda@jaltrustee.com
3. **Timothy Swanson,** Counsel for Trustee, Joli A. Lofstedt, U.S. Bankruptcy Court, 1801 California Street, Suite 2700 Denver, Colorado (303) 406-4896 Email: tswanson@fbtlaw.com
4. **Dr. Dreyer,** Clerk of Court, Tulsa County Courthouse, 500 S. Denver Ave. Ste. 200, Tulsa, OK 74103; Phone: (918) 596-5000; Email: marc.dreyer@tulsacounty.org; CV-2024-2320
5. **Office of the U.S. Bankruptcy Court Clerk**
   1961 Stout Street, Suite 12-200, Denver, CO 80294
   Email: USTPRegion19.DV.ECF@usdoj.gov • Phone: (303) 312-7230
6. **Sam Allen IV,** Attorney for Defendants/Lessee, Lessor, Creditor, Troy Bundy and Lori Bundy, **Case No. CJ-23-229,** address 221 East Dewey Avenue, Sapulpa, OK 74066 Phone: (918) 227-2525 Email: jallen@lahlawyers.com
7. **Colton G. Scott,** Attorney for Lessee, Lessor, Mortgagees, Creditor, Defendant Henry Winn, Linda Winn, and Lamar Advertising Co., **Case No. 25-16650-MER; CJ-25-5084; 25-5114; 25-5094;** address 400 West Fourth Street Claremore, Oklahoma 74018, (918) 343-4100, Email: cscott@soonerlaw.com
8. **Mack Greever, OBA # 3588,** Attorney for Attorney for Lessee, Lessor, Mortgagees, Creditor, Defendant Henry Winn, Linda Winn, and Lamar Advertising Co. **Case No. 25-16650-MER; CJ-25-5084; 25-5114; 25-5094; CJ-25-171, CV-25-0048, CJ-25-131,** address 104 South Missouri Ste. 400 Claremore, Oklahoma 74018, (918) 342-2222, Email: mack@greeverlaw.com
9. **William Hickman, OBA # 18395,** Hickman Law Group, PLLC, Attorney for Lessee, Defendant, Creditor, Lamar Advertising Co., **Case No. 25-5114; 25-5094; CV-2024-2320; CJ-25-171; CJ-25-131; CV-25-0048 CJ-25-5084,** address 330 West Gray Street, Ste. 170, Tulsa, Oklahoma 73069, (405) 605-2375, Email: hickman@hickmanlawgroup.com
10. **R. Lawson Vaughn,** Defendant, City of Tulsa Attorney, **Case No. 25-5114; 25-5094; CV-2023-1583; CV-2024-2320; CJ-25-5084,** address 175 East 2nd Street, Tulsa, Oklahoma 74103 (918) 596-7717, Email: lvaughn@cityoftulsa.org
11. **Andrew Shanks, OBA # 22298, and William C. Searcy, OBA # 17938,** Attorney for Plaintiff, Lessee, Appellees, Plainview Salvage Inc., **Case No. SC-24-13707; CJ-25-159; CJ-25-171, 25-5114; 25-1332; 25-5135; 25-1337; 25-1674** address 2727 East 21st Street, Ste. 200, Tulsa, Oklahoma 74114, Phone: (918) 747-8900, Email: ashank@ellerdetrich.com,
12. **Nicholas Tait, OBA No. 22739,** Attorney for Plaintiff, TD BANK USA, N.A. v. Lori Bundy, **Case No. 25-7748,** 5200 S. Yale Suite 505, Tulsa, Oklahoma 74135 (877) 215-2552,

Email:LawfirmOK@RaushStrum.com

13. **Megan M. Beck, OBA # 30962,** Attorney for Petitioner/Lessee, Lori A. Bundy v. Troy D. Bundy **Case No. FD-23-1459;** address 320 South Boston Avenue Suite 718 Tulsa, Oklahoma 74103 Phone (918) 295-6418 Email: megan@meganbecklaw.com

14. **Stephanie Lorbiecki, OBA # 11667,** Lorbiecki Law Office, Attorney for Respondant/Defendant Troy D. Bundy **Case No. FD-23-1459,** Post Office Box 2316 Sapulpa, Oklahoma 74067 Phone: (918) 224-3936 Email: stefanielaw7@gmail.com

15. **Hugh H. Fudge OBA # 20487, Dani L. Schiming OBA # 32113, Emily R. Remmert OBA # 22110, Sean A. Nelson OBA # 30194, Keith A Daniels OBA # 19788,** Robinson, Hoover & Fudge, PLLC Attorney for Plaintiff First Fidelity Bank, N.A. v. Troy D. Bundy, **Case No. 25-782,** mailing address P.O. Box 1748 Oklahoma City, Oklahoma 73101 Phone (405) 232-6464 Email: lawmail@rhfok.com

16. **Stephan L. Bruce, OBA # 1241, Everette C. Altdoerffer, OBA # 30006, Leah K. Clark, OBA # 31819, Clay P. Booth, OBA # 11767, Roger M. Coil, OBA # 17002, Adam W. Sullivan, OBA # 35748.** Attorneys for Plaintiff Capital One, N.A. v. Troy D. Bundy Case No. 25-4913, P. O. Box 808 Edmond, Oklahoma 73083 Phone (405) 330-4110, Email: brucelaw@sbrucelaw.com

17. **Henry and Linda Winn** Creditor, Mortgagee, Lessee, Lessor, President of Plainview Salvage Inc. EIN # 73-1511706, 23610, 23780, 23882 East Admiral Place Catoosa Oklahoma 74015, 219 Williamsburg Street Catoosa, Oklahoma 74015, 7777 East 38th Street, Tulsa, Oklahoma 74145, Phone (918) 645-4695, Email: iris.wn@sbcglobal.net

18. **Robert Rainbolt,** Lessee, Mortgagor, Plaintiff, President of Plainview Salvage Inc., EIN # 73-1511706, Case No. 25-5114; 25-5135; 25-1337; 25-1674, CJ-25-159, 23610 East Admiral Place Catoosa Oklahoma (918) 266-5811, 1026 North Mingo Rd. Tulsa, Oklahoma 74116 (918) 697-8223, Email: robertrainbolt1991@gmail.com

19. **P. Clayton Eubanks,** Chief Legal Counsel, Defendant Case No. CJ-25-5084, Tulsa Field Office, 1 West Third Street, Ste. 1600 Mailbox # 3, Tulsa, Oklahoma 74103, (918) 918-3773 Email: jenna.bedwell@mines.ok.gov

20. **Troy D. Bundy and Lori Bundy,** Defendants, Lessor, Lessee, Creditor, Case No. 23-229; 25-5137; 25-16650-MER, 1020 East 39th Street, Tulsa Oklahoma 74105 (918) 855-3058 Email: jallen@lahlawyers.com

21. **Steven W. Soule,** OBA. No. 13781, 521 East 2nd Street, Suite 1200, Tulsa, Oklahoma 74120 Phone: (918) 594-0400, Email: ssoule@hallestill.com

22. **Clerk of the Court, U.S. Court of Appeals for the Tenth Circuit,** Byron White U.S. Courthouse, 1823 Stout St., Denver, CO 80257(303) 844-3157 Certified Mail/Return Receipt No.________________________________________

Respectfully Submitted,

____________________________

August Wakat, Appellant, Pro Se'

**Exhibit A** of 1 page, **Department of Interior, Bureau of Indian Affairs**, Certificate of Degree, residing at 23780 East Admiral Place, Tulsa, **Oklahoma 74015. The subject property** and governmental actions are within Indian Country as defined by **federal law and**



Sex: [redacted]
DOB: [redacted]



BUREAU OF INDIAN AFFAIRS
TAHLEQUAH AGENCY
Certificate of Degree of Indian Blood

This is to certify that [redacted]
born [redacted] is [redacted] degree Indian blood
of the [redacted] Tribe.

[redacted]
Date

**Exhibit B** of 6 pages, Certificate of Service, **personally deliver** by Quick Silver Express, addressed at 1400 Quail Street, Lakewood, Colorado 80215 at 10:23 am., (MNT) on December 12, 2025 and Certificate of service under federal law ecf **email and mail** to Clerk Margret, dated December 01, 2025 tracking number 9505513271853303020797, at 8:01 am.

QUICKSILVER
EXPRESS COURIER | FREIGHT | MEDICAL

1400 Quail St, Lakewood, CO 80215
303-232-5800

TRACKING NUMBER #791, Classes' Objection to the Docket Entry dated November 24, 2025, titled Motion to Dismiss

DELIVERED ON 12/12/2025 BY DRIVER #330
DELIVERED TO: US BANKRUPTCY COURT CLERK, 1961 STOUT ST, STE#12-200, DENVER CO, 80294
SIGNED FOR BY JAMESON AT 10:23AM

Ben Brown, General Manager

Alert Flag *

[redacted]

Signatures (1)




CLASSES OBJECTION TO DOCKET ENTRY DATED NOVEMBER, 24 2025 MOTION TO DISMISS

**Name: Accepted By Jameson**

Email Notifications (1)

elroi81082@gmail.com Sent 12/12/2025 10:29

Gmail

el roi <elroi81082@gmail.com>

# BANKRUPTCY COURT FILING 25-16650-MER

1 message

**el roi** <elroi81082@gmail.com> Thu, Dec 11, 2025 at 5:08 PM
To: orders@denver.qec.com

Subject: Filing Inquiry – Case No. 25-16650-MER (USPS Tracking No. 9505513271815330320797)

Dear Inez

I am writing in reference to Case No. 25-16650-MER. Please be advised that I have mailed a packet for filing, sent via USPS under Tracking Number 9505513271815330320797, which contains the Classes' Objection to the Docket Entry dated November 24, 2025, titled Motion to Dismiss.

The filing also includes a request to reserve time to answer and a Motion to Dismiss the TMAPC zoning application for MPD-6 and Ordinances No. 20244 and 20267 for illegal conveyance of unreclaimed mined property. Additionally, the packet contains a Motion for Stay and Notice of Removal to the United States Bankruptcy Court for the District of Colorado in Case No. 25-16650-MER.

I respectfully request confirmation when the documents are received and filed on the docket. Please return the first page file stamped with the bankruptcy court.

Thank you for your assistance.

Respectfully,

August Wakat/Debtor

NOVEMBER 26, 2025 CLASSES OBJECTION TO DOCKET ENTRY DATED NOVEMBER 24, 2025 MOTION TO DISMISS AND...

33050 Tall Timber Trace
Trinidad, Colorado 81082
(719) 680-1335
elroi81082@gmail.com

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY**
**STATE OF OKLAHOMA**

DISTRICT COURT
**FILED**
NOV 26 2025
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

**CLASSES, et al,**
**Plaintiffs,**

**v.**

**JOE ROBSON, HENRY WINN, and**
**ROBERT RAINBOLT, et al,**
**Defendants.**

**Case No. CJ-25-5084**

**Jury Trial Demanded**

**CLASSES OBJECTION TO DOCKET ENTRY DATED NOVEMBER 24, 2025 MOTION TO DISMISS AND RESERVE TIME TO ANSWER AND REQUEST MOTION TO DISMISS TMAPC ZONING APPLCIATION FOR MPD-6 AND ORDINANCE NO. 20244 AND 20267 FOR ILLEGAL CONVEYANCE OF UNRECLAIMED MINED PROPERTY AND MOTION FOR STAY AND REMOVAL TO U.S. BANKRUPTCY COURT DISTRICT OF COLORADO CASE NO. 25-16650**

**CLASSES**, respectfully objects to the Court's **11/24/2025 TEXT DOCKET ENTRY** stating:

## I. THE STAY IS IMPROPER BECAUSE DEFENDANTS' CONDUCT CONSTITUTES AN ONGOING CRIMINAL ACT

1. The Defendants, **JOE ROBSON,** AND PRESIDENT'S **HENRY WINN** and **ROBERT RAINBOLT** IN AND FOR PLAINVIEW SALVAGE INC. EIN # 73-1511706 and on behalf of City of Tulsa, located at 23610 East Admiral Place Catoosa Oklahoma 74015, President of Plainview Salvage Inc. attempting to foreclose upon mined property that has never been lawfully reclaimed IN CASE NO. CJ-25-171. Under both federal law and Oklahoma law, land subjected to surface mining cannot be conveyed, transferred, mortgaged, or encumbered unless reclamation requirements have been fully satisfied and certified by the appropriate regulatory authority.

2. Specifically, the federal Surface Mining Control and Reclamation Act (SMCRA) prohibits the transfer, assignment, sale, or enforcement of any interest in mined property where reclamation obligations have not been completed. *See* **Penn Terra Ltd. v. Department of Environmental Resources**, 733 F.2d 267 (3d Cir. 1984) (holding that enforcement of mining reclamation obligations is a valid exercise of the government's police and regulatory power and is not subject to the bankruptcy stay).

3. Likewise, the **Oklahoma Mining Lands Reclamation Act** mandates that no operator or landholder may "abandon, sell, lease, or otherwise dispose of mined land" until reclamation has been completed and a **Certificate of Completion of Reclamation** has been formally issued by the Oklahoma Department of Mines. **45 O.S. § 725(B); 45 O.S. §§ 722–728.**

4. …as documented in **Exhibit A**, Volume 457, **Page 78**, filed January 19, 1976, which contains the Abstract of Title for Lot 1, Section 4, Township 19 North, Range 15 East, including the

Gmail el roi <elroi81082@gmail.com>

**Subject: Filing Inquiry – USPS Tracking No. 9505513271815330320797**

**el roi** <elroi81082@gmail.com> Thu, Dec 11, 2025 at 5:22 PM
To: USTPRegion19.DV.ECF@usdoj.gov, Ca10_Team1@ca10.uscourts.gov, Joli Jaltrustee <joli@jaltrustee.com>, Brenda Comstock <brenda@jaltrustee.com>, tswanson@fbtlaw.com, marc.dreyer@tulsacounty.org, jallen@lahlawyers.com, cscott@soonerlaw.com, Mack Greever <mack@greeverlaw.com>, William Hickman <hickman@hickmanlawgroup.com>, lvaughn@cityoftulsa.org, Andrew Shank <ashank@ellerdetrich.com>, LawfirmOK@raushstrum.com, megan@meganbecklaw.com, stefanielaw7@gmail.com, lawmail@rhfok.com, brucelaw@sbrucelaw.com, iris.wn@sbcglobal.net, robertrainbolt1991@gmail.com, Jenna Bedwell <jenna.bedwell@mines.ok.gov>, ssoule@hallestill.com

United States Bankruptcy Court
District of Colorado
721 19th Street
Denver, Colorado 80202
Re: Case No. 25-16650-MER

December 11, 2025

United States Court of Appeals
Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257
Re: Related Appellate Matters

Dear Clerk Margaret,

I am writing regarding Case No. 25-16650-MER in the United States Bankruptcy Court for the District of Colorado, and the related appellate matters presently pending before the United States Court of Appeals for the Tenth Circuit.

Please be advised that I have mailed a filing packet via USPS, Tracking Number 9505513271815330320797, delivered to your office on December 01,2025, and attached hereto for filing today which contains the Classes' Objection to the Docket Entry dated November 24, 2025 (Motion to Dismiss), a request to reserve time to answer, a Motion to Dismiss the TMAPC zoning application for MPD-6 and Ordinances No. 20244 and 20267 for illegal conveyance of unreclaimed mined property, and a Motion for Stay and Notice of Removal to the U.S. Bankruptcy Court in Case No. 25-16650-MER.

These filings relate to matters under the jurisdiction of both the Bankruptcy Court and the Tenth Circuit Court of Appeals, and I request that the documents be docketed accordingly upon receipt.

I also request confirmation of filing and that an electronic filing receipt be issued through ECF or by return email once the submission is processed to all parties below in accordance with Fed. R. Bankr. P. 5005(b) and Fed. R. App. P. 25(c).

Thank you for your assistance.

Respectfully,
August Wakat
33050 Tall Timber Trace
Trinidad, Colorado 81082
(719) 680-1335
elroi81082@gmail.com

---

Certificate of Service

I certify that on this 11th day of December, 2025, I caused the foregoing correspondence and notice of filing to be transmitted via email to the United States Bankruptcy Court for the District of Colorado and mailed for notice to the United States Court of Appeals for the Tenth Circuit, in accordance with Fed. R. Bankr. P. 5005(b) and Fed. R. App. P. 25(c). A true and correct copy of the filing packet was submitted through USPS under Tracking Number

9505513271815330320797 for docketing in Case No. 25-16650-MER and for notice in the associated appellate matters to parties below.

Ca10_Team1@ca10.uscourts.gov

joli@jaltrustee.com
brenda@jaltrustee.com
tswanson@fbtlaw.com
marc.dreyer@tulsacounty.org
USTPRegion19.DV.ECF@usdoj.gov
jallen@lahlawyers.com
cscott@soonerlaw.com
mack@greeverlaw.com
hickman@hickmanlawgroup.com
lvaughn@cityoftulsa.org
ashank@ellerdetrich.com
LawfirmOK@RaushStrum.com
megan@meganbecklaw.com
stefanielaw7@gmail.com
lawmail@rhfok.com
brucelaw@sbrucelaw.com
iris.wn@sbcglobal.net
robertrainbolt1991@gmail.com
jenna.bedwell@mines.ok.gov
ssoule@hallestill.com

Executed this 11th day of December, 2025.

August Wakat
Debtor / Appellant Pro Se

NOVEMBER 26, 2025 CLASSES OBJECTION TO DOCKET ENTRY DATED NOVEMBER 24, 2025 MOTION TO DISMISS AND...

DON NEWBERRY COURT CLERK
2025 DEC 12 P 3:13

2. **Exhibit B** of 41pages, File stamped December 04, 2025 Tulsa County District Court State of Oklahoma Case No. CJ-2025-5084, MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT FAIR OAKS RANCH L.L.C., MANAGER JOE ROBSON AND MOTION FOR DISMISSAL IN CITY OF TULSA TULSA METRO AREA PLANNING COMMISSION CASE NO. MPD-6 AND DE-ANNEXATION CITY OF TULSA ORDINANCE NO 20244 AND 20267 FOR QUIET TITLE AGAINST AGAINST MORTGAGEES WINN REGARDING DEFENDANT LAMAR ADVERTISING CO. BILLBOARD LOCATED LOT 1 SEC. 4 T 19N R15 E AND REGARDING THE ILLEGAL CONVEYANCE OF UNRECLAIMED MINED PROPERTY UNDER RECLAMATION ACT OF 1977 30 U.S.C. § 1235 MOTION FOR AWARD OF TWELVE MILLION DOLLARS TO EACH INDIVIDUAL CLASS MEMBER; and

*1063657635*

KK

Time 3:22 p.m.

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

| | | |
|---|---|---|
| **AUGUST JOHN WAKAT, JR.** individually and on behalf of all others similarly situated (the 'CLASSES), Petitioners, | ) | **Case No. CJ-25-5084** |
| | ) | City of Tulsa, TMAPC Case No. MPD-6 |
| v. | ) | U.S. Court of Appeals for the Tenth Circuit Case No. 25-5114; 25-5094; 25-5137 |
| **CITY OF TULSA**, an Oklahoma municipal corporation; | ) | Bankr. D. Colo. Case No. 25-16650-MER (Denver) |
| **TULSA METROPOLITIAN AREA PLANNING COMMISSION** (TMAPC), by and through the planning office, in its administration capacity; | ) | Wagoner County District Court Case No. CJ-25-171; CJ-25-159 |
| **FAIROAKS TOWNSHIP**, an entity claiming to act as political subdivision in Tulsa, Wagoner, and Rogers Counties; | ) | **HONORABLE JUDGE KEVIN GRAY** |
| **FAIR OAKS RANCH L.L.C., a successor** entities asserting annexation-related interest; | ) | **JURY TRIAL DEMANDED** |
| **JOE ROBSON**, Manager in and for **FAIR OAKS RANCH L.L.C.**, Defendants. | ) | DISTRICT COURT FILED File Stamp Here DEC 04 2025 DON NEWBERRY, Court Clerk STATE OF OKLA. TULSA COUNTY |

**MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT FAIR OAKS RANCH L.L.C. MANAGER JOE ROBSON AND MOTION FOR DISMISSAL IN CITY OF TULSA TULSA METRO AREA PLANNING COMMISSION CASE NO. MPD-6 AND DE-ANNEXATION CITY OF TULSA ORDINANCE NO. 20244 AND 20267 FOR QUIET TITLE AGAINST MORTGAGEE'S WINN REGARDING DEFENDANT LAMAR ADVERTING CO. BILLBOARD LOCATED IN LOT 1 SEC. 4 T 19N R 15E AND REGARDING THE ILLEGAL CONVEYANCE OF UNRECLAIMED MINED PROPERY UNDER RECLAMATION ACT OF 1977 30 U.S.C. § 1235 MOTION FOR AWARD TWELVE MILLLION DOLLARS TO EACH INDIVIDUAL CLASS MEMBER**

**COMES NOW**, Class Members, August J. Wakat Jr.(1), Jamie Lynn Wakat(2), John Lee Wakat(3), Estella Wakat-Aikins(4), Daniel Borlak(5), Raymond Goldesberry(6), Susan Frederick(7), Motions the honorary court;

Motion for Default Judgment against Defendant **FAIR OAKS RANCH** L.L.C. Manager **JOE ROBSON** and;

Motion for Dismissal in City of Tulsa, Tulsa **Metro Area Planning** Commission Case No. MPD-6;

and **DE-ANNEXATION** City Of Tulsa **Ordinance** No. 20244 **and** 20267 for Quiet Title against

**MORTGAGEE'S WINN**, regarding **Defendant Lamar** Advertising Co. Billboard located in Lot 1 Sec. 4 T 19N R 15E;

and regarding the Illegal Conveyance Of Un**claimed Mined Property** Under Reclamation Act Of 1977 30 U.S.C. § 1235;

Motion for Award Twelve Million Dollars to **each individual** Class member.

Supporting Case law for Quiet Title, DE-**Annexation**, **Criminal** Action and Damages for review as follows;

(a) **Kentucky Resources Council, Inc. v. U.S. Dept. of the Interior, 997 F.2d330 (6th Cir. 1993),** Holds that SMCRA **creates mandatory duties for ensuring abandoned** mine land reclamation, and states/counties **cannot avoid** SMCRA **compliance;**

(b) **Citizens Coal Council v. Norton, 330 F.3d 478 (D.C. Cir. 2003)** Held that the Interior Department must **enforce** SMCRA **and ensure proper reclamation procedures** before land can be transferred or counted as reclaimed;

(c) **National Wildlife Federation v. Lujan, 928 F.2d 453 (D.C. Cir. 1991)** Confirmed that SMCRA **prohibits the release, transfer, or closure of mined lands until all required reclamation work is completed and formally approved**, and **agencies may** not treat land as reclaimed while deficiencies remain.

**(d) Default Judgment / Damages Authority:**

Under **Oklahoma Rule of Civil Procedure 55**, **courts may** enter **default judgment** against parties who fail to respond, including awarding **monetary damages to class members** harmed by illegal conveyances or regulatory violations **and hereby move this** Honorable Court as follows:

# I. MOTION FOR DEFAULT JUDGMENT UNDER OKLAHOMA CIVIL PROCEDURE RULE 55

1. Pursuant to **Oklahoma Rule of Civil Procedure 55**, Class Members move for default judgment against **Defendant Fair Oaks Township, FAIR OAKS RANCH L.L.C., and individually Manager Joe Robson**, for failure to **respond or appear**.

2. **Exhibit** A of 2 pages, **Under Judicial Notice Defendant/Creditor,** Class Members request the Court take judicial notice that Defendant/Creditor Joe Robson is listed in **Bankruptcy D. Colo., Denver Case No. 25-16650-MER** (Entry of Appearance file-stamped November 26, 2025, 4 pages; see Case No. CJ-25-5084, **Counsel Steven W. Soule**, OBA #13781).

3. Service of summons was **received by Joe Robson on November 3, 2025**, and as of **December 3, 2025, thirty (30) days have passed without any** responsive pleading or appearance by the Defendant.

4. On November 24, 2025 City of Tulsa, **Attorney** Martin T. Hayes appearing for Defendant R. Lawson Vaughn in his individual **and official capacity as an** officer of the Court, in and for Tulsa Metro Area Planning Commission **MPD-6 and** Ordinance No. 20244 and 20267; submitted Defendant City of Tulsa's MOTION TO DISMISS AND BRIEF IN SUPPORT / CERTIFICATE OF SERVICE,

5. And failing to disclose **ALL 26 DEFENDANTS as proper** defendants in the Case CJ-25-5084 including Joe Robson and Mayor Monroe Nichols, only listing Defendant R. Lawson Vaughn and Attorney for Martin T. Hayes. **Defendant Vaughn**/Oklahoma Attorney Martin T. Hays are subject to perjury before this Honorary **Court under 21 O.S. § 491**, consistent with the principles set forth in **Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944)** (fraud and false statements submitted to a **tribunal** constitute fraud upon the court),

6. **CLASSES** preserves the right for testimony and evidentiary review on all statements and submissions made by Defendant City of Tulsa, pursuant to 12 O.S. § 2101 of the Oklahoma Evidence Code pursuant to the due process protections recognized in *Goldberg v. Kelly*, 397 U.S. 254 (1970)..

7. **Exhibit B** dated December 02, 2025 of 2 pages, Under Judicial Notice in U.S. Court of Appeals for the Tenth Circuit Case No. 25-5114, Minute Order filed to Appellees City of Tulsa, Lamar Advertising Co., Plainview Salvage Inc., Joe Robson, and Henry Winn, directing the Defendants to answer Appellees Brief within five days, date due by December 08, 2025, appears the Defendants R. Lawson Vaughn Motion for Dismissal is exacerbated by the continuation of City of Tulsa criminal activities as seen above, City of Tulsa history known for murder and various other crimes dealing with alleged land theft IN and around CLASSES property dating back to the 1921 Race Massacre and Osage Massacre in support of these allegations are referenced to the Wagoner County Grand Jury Case GJ-25-01 Plaintiff August J. Wakat made an appearance to testify before the Honorary Court the Death threats he has received from City of Tulsa Police Officer Thrasher and H. E. McCathey (PO 2022-2876) and in Case No. 24-7035 before the Tenth Circuit Court of Appeals this instant; and request for refer in **Exhibit C** Process of Receipt and Return of 4 pages, under Judicial Notice file stamp dated December 01, 2025, in Case No. CJ-25-5084 to the Department of Justice Pam Bondi located at 950 Pennsylvania Ave. NW, Washington, D.C. 202530 for acquiescence knowingly conveyance, **Illegal Conveyance of Unclaimed Mined Property under the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. § 1235; Kentucky Resources Council, Inc. v. U.S. Department of the Interior, 997 F.2d 330 (6th Cir. 1993)** (holding that SMCRA creates mandatory duties for ensuring abandoned mine land reclamation and states/counties cannot

avoid SMCRA compliance), of mined property, unlawfully incorporating Fair Oaks Township/Fair Oaks Ranch L.L.C.(**OPEN STRIP MINES THIS INSTANT**) in the City of Tulsa Ordinance No. 20244 and No. 20267, and to alleged HOMICIDE, David Gene Wilfong and the home invasion as an act entrapment (City of Tulsa History) in Case No. CF-2013-829.

**WHEREFORE,** Class Members respectfully request that this Court:

8. Order DE-annexation of Ordinances 20244 and 20267 and QUIET TITLE against Mortgagee Winn, pursuant to 60 O.S. § 211 (Oklahoma Quiet Title Act).

9. Class Members request the Court **recognize the illegal conveyance of unclaimed or unreclaimed mined property under 30 U.S.C. § 1235**, as supported by **Citizens Coal Council v. Norton, 330 F.3d 478 (D.C. Cir. 2003)**, which held that federal authorities must **enforce SMCRA and ensure proper reclamation before land can be transferred or treated as reclaimed** before any annexation into a municipality.

10. **ORDER,** Property Owner Joe Robson has failed to properly reclaim mined lands under Judicial Notice in Case No. CJ-25-5084 and of record in Land owner August Wakat abstract of title DESCRIBED in **Exhibit D** of 4 pages IN THE MEMORANDUM LEASE VOL. 457 PAGE 78, dated January 19, 2025, of 3 pages, as required under the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. § 1235.

11. **CLASS MEMBERS** have refused to agree to any arrangement that would circumvent proper reclamation under the Due Process Clause of the 14th Amendment. Defendant Joe Robson has failed/refused under federal law to perform the mandatory reclamation of mined property adjoining neighboring lands, in violation of federal law, including the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. § 1235.

12. Award Twelve Million Dollars **($12,000,000 Lamar Advertising Lien Release to August Wakat Petition dated November 03, 2025) against Defendants Fair Oaks L.L.C., Fair Oaks Township, and Joe Robson** to **each individual** Class Member.

13. There are seven (7) Class Members, for a **total** of Eighty-Four Million Dollars **($252,000,000).** Pursuant to **Oklahoma Rule of Civil Procedure 55**, the Court may enter **default judgment** against a party who fails to **appear** or **respond, including awarding monetary damages to harmed parties or class members.**

14. Recognize **Exhibit C**, the illegal conveyance of unclaimed mined property under 30 U.S.C. § 1235, and **Exhibit E**, under Judicial Notice for Confession thereof, file-stamped November 14, 2024, Case No. CV-2024-2320, Citizens Crime Report, page 9, Protest Petition against the west half of Section 4, owned by August Wakat, signed by Manager Joe Robson, in protest of the zoning change for Industrial zoning in TMPAC Case-7578 dated November 30, 2020, and instant in Case No. MPD-6, Joe Robson's application for zoning change for the east half of Section 4. pursuant to **42 U.S.C. § 1983** – Civil action for deprivation of rights and Case law Wakat v. Harlib, 253 F.2d 59 (7th Cir. 1958), Respectfully request to Notify the U.S. Department of Justice, Pam Bondi, 950 Pennsylvania Ave. NW, Washington, D.C. 20230, for any acquiescence or knowledge of such illegal actions, including potential criminal accountability under Oklahoma law. See Oklahoma Statutes Title 21, § 701 – Homicide, which provides that "every person who unlawfully kills another human being… is guilty of homicide," and Oklahoma Statutes Title 21, § 731 – Malicious Injury to Property / Reckless Endangerment, which addresses actions causing substantial risk of death or injury to persons or property, including historical harm to Class Members related to David Gene Wilfong and the 1921 Tulsa Race Massacre.

15. Grant any further relief the Court deems just and proper in relation to Quiet Title, DE-Annexation, Criminal Action and Damages .

16. All issues are triable by jury pursuant to Article II, § 19 of the Oklahoma Constitution and 12 O.S. § 577 (Oklahoma Statutory Right to Jury Trial).

**Isaiah 9:6 (KJV)**

"For to us a child is born, to us a son is given; and the government shall be upon his shoulder, and his name shall be called Wonderful Counselor, Mighty God, Everlasting Father, Prince of Peace."

Respectfully submitted this 4th day of December, 2025.

**August John Wakat, Jr.**
Plaintiff / Creditor / Debtor
33050 Tall Timber Trace
Trinidad, Colorado 81082
Phone: 719-680-1335
Email: elroi81082@gmail.com

Total pages 4.

Attachments:

17. **Exhibit A** of 2 pages , **Under Judicial Notice Defendant/Creditor,** Class Members request the Court take judicial notice that Defendant/Creditor Joe Robson is listed in **Bankruptcy D. Colo., Denver Case No. 25-16650-MER** (Entry of Appearance file-stamped November 26, 2025, 4 pages; see Case No. CJ-25-5084, Counsel Steven W. Soule, OBA #13781).

18. **Exhibit B** dated December 02, 2025 of 2 pages, Under Judicial Notice in U.S. Court of Appeals for the Tenth Circuit Case No. 25-5114, Minute Order filed to Appellees City of Tulsa, Lamar Advertising Co., Plainview Salvage Inc., Joe Robson, and Henry Winn, directing the Defendants to answer Appellees Brief within five days, date due by December 08, 2025,

19. **Exhibit C** Process of Receipt and Return of 4 pages, under Judicial Notice file stamp dated December 01, 2025, in Case No. CJ-25-5084 to the Department of Justice Pam Bondi located at 950 Pennsylvania Ave. NW, Washington, D.C. 202530 for acquiescence knowingly conveyance

20. **Exhibit D** of 4 pages IN THE MEMORANDUM LEASE VOL. 457 PAGE 78, dated January 19, 2025, of 3 pages, as required under the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. § 1235.

21. **Exhibit E**, under Judicial Notice for Confession thereof, file-stamped November 14, 2024, Case No. CV-2024-2320, Citizens Crime Report, page 9, Protest Petition against the west half of Section 4, owned by August Wakat, signed by Manager Joe Robson, in protest of the zoning change for Industrial zoning in TMPAC Case-7578 dated November 30, 2020, and instant in Case No. MPD-6

## CERTIFICATE OF SERVICE

I certify that on this 4th day of December, 2025, I served a true and correct copy of this Motion <u>MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT FAIR OAKS RANCH L.L.C</u> by U.S. Mail on the parties listed below. Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 28 U.S.C. § 1651(a), Movant respectfully requests that the Clerk of Court issue electronic notice to all parties listed herein.

1. **Joli A. Lofstedt**, Chapter 7 Trustee
   Trustee 19, P.O. Box 270461, Louisville, CO 80027
   Email: joli@jaltrustee.com • Phone: (303) 513-2845
2. **Brenda Combstock**, Assistant Trustee, Email: brenda@jaltrustee.com
3. **Timothy Swanson**, Counsel for Trustee, Joli A. Lofstedt, U.S. Bankruptcy Court, 1801 California Street, Suite 2700 Denver, Colorado (303) 406-4896 Email: tswanson@fbtlaw.com
4. **Dr. Dreyer**, Clerk of Court, Tulsa County Courthouse, 500 S. Denver Ave. Ste. 200, Tulsa, OK 74103; Phone: (918) 596-5000; Email: marc.dreyer@tulsacounty.org; CV-2024-2320
5. **Office of the U.S. Bankruptcy Court Clerk**
   1961 Stout Street, Suite 12-200, Denver, CO 80294
   Email: USTPRegion19.DV.ECF@usdoj.gov • Phone: (303) 312-7230
6. **Sam Allen IV**, Attorney for Defendants/Lessee, Lessor, Creditor, Troy Bundy and Lori Bundy, **Case No. CJ-23-229**, address 221 East Dewey Avenue, Sapulpa, OK 74066 Phone: (918) 227-2525 Email: jallen@lahlawyers.com

7. **Colton G. Scott,** Attorney for Lessee, **Lessor**, **Mortgagees**, Creditor, Defendant Henry Winn, Linda Winn, and Lamar Advertising Co., **Case No. 25-16650-MER; CJ-25-5084; 25-5114; 25-5094;** address 400 West Fourth Street **Claremore**, **Oklahoma** 74018, (918) 343-4100, Email: cscott@soonerlaw.com

8. **Mack Greever, OBA # 3588, Attorney for Attorney** for Lessee, Lessor, Mortgagees, Creditor, Defendant Henry Winn, Linda **Winn**, **and Lamar** Advertising Co. **Case No. 25-16650-MER; CJ-25-5084; 25-5114; 25-5094; CJ-25-171, CV-25-0048, CJ-25-131,** address 104 South Missouri Ste. 400 Claremore, **Oklahoma 74018**, (918) 342-2222, Email: mack@greeverlaw.com

9. **William Hickman, OBA # 18395**, **Hickman Law** Group, PLLC, Attorney for Lessee, Defendant, Creditor, Lamar Advertising Co., **Case No. 25-5114; 25-5094; CV-2024-2320; CJ-25-171; CJ-25-131; CV-25-0048 CJ-25-5084**, **address** 330 West Gray Street, Ste. 170, Tulsa, Oklahoma 73069, (405) 605-2375, **Email**: **hickman**@hickmanlawgroup.com

10. **R. Lawson Vaughn,** Defendant, City of **Tulsa** Attorney, **Case No. 25-5114; 25-5094; CV-2023-1583; CV-2024-2320; CJ-25-5084, address** 175 East 2nd Street, Tulsa, Oklahoma 74103 (918) 596-7717, Email: lvaughn@cityoftulsa.org

11. **Andrew Shanks, OBA # 22298, and William C. Searcy, OBA # 17938**, Attorney for Plaintiff, Lessee, Appellees, Plainview **Salvage Inc**., **Case No. SC-24-13707; CJ-25-159; CJ-25-171, 25-5114; 25-1332; 25-5135; 25-1337; 25-1674** **address** 2727 East 21st Street, Ste. 200, Tulsa, Oklahoma 74114, Phone: (918) **747-8900**, **Email**: **ashank**@ellerdetrich.com,

12. **Nicholas Tait, OBA No. 22739, Attorney for Plaintiff**, TD BANK USA, N.A. v. Lori Bundy, **Case No. 25-7748**, 5200 S. **Yale** Suite **505**, **Tulsa**, **Oklahoma** 74135 (877) 215-2552, Email:LawfirmOK@**RaushStrum.com**

13. **Megan M. Beck, OBA # 30962, Attorney for Petitioner/Lessee**, Lori A. Bundy v. Troy D. Bundy **Case No. FD-23-1459; address 320 South** Boston Avenue Suite 718 Tulsa, Oklahoma 74103 Phone (918) 295-6418 **Email**: **megan@meganbecklaw**.com

14. **Stephanie Lorbiecki, OBA # 11667, Lorbiecki** Law Office, Attorney for Respondant/Defendant Troy D. **Bundy Case No. FD-23-1459**, Post Office Box 2316 Sapulpa, Oklahoma 74067 Phone: (918) 224-3936 **Email**: stefanielaw7@gmail.com

15. **Hugh H. Fudge OBA # 20487, Dani L. Schinning OBA # 32113, Emily R. Remmert OBA # 22110, Sean A. Nelson OBA # 30194, Keith A Daniels OBA # 19788**, Robinson, Hoover & Fudge, PLLC Attorney for Plaintiff First **Fidelity Bank**, N.A. v. Troy D. Bundy, **Case No. 25-782**, mailing address P.O. Box **1748 Oklahoma** City, **Oklahoma** 73101 Phone (405) 232-6464 Email: lawmail@rhfok.com

16. **Stephan L. Bruce, OBA # 1241, Everette C. Altdoerffer, OBA # 30006, Leah K. Clark, OBA # 31819, Clay P. Booth, OBA # 11767, Roger M. Coil, OBA # 17002, Adam W. Sullivan, OBA # 35748**. Attorneys for **Plaintiff** Capital **One**, N.A. v. Troy D. Bundy Case No. 25-4913, P. O. Box 808 **Edmond**, **Oklahoma 73083 Phone** (405) 330-4110, Email: brucelaw@sbrucelaw.com

17. **Henry and Linda Winn** Creditor, **Mortgagee**, Lessee, Lessor, President of Plainview Salvage Inc. EIN # 73-1511706, 23610, 23780, 23882 **East Admiral** Place Catoosa Oklahoma 74015, 219 Williamsburg Street Catoosa, Oklahoma 74015, 7777 East 38th Street, Tulsa, Oklahoma 74145, Phone (918) 645-4695, **Email**: iris.wn@sbcglobal.net

18. **Robert Rainbolt,** Lessee, Mortgagor, **Plaintiff, President** of Plainview Salvage Inc., EIN # 73-1511706, Case No. 25-5114; 25-5135; 25-1337; 25-1674, CJ-25-159, 23610 East Admiral Place Catoosa Oklahoma (918) 266-5811, 1026 **North** Mingo Rd. Tulsa, Oklahoma 74116 (918) 697-8223, Email: robertrainbolt1991@gmail.com

19. **P. Clayton Eubanks,** Chief Legal Counsel, **Defendant** Case No. CJ-25-5084, Tulsa Field Office, 1 West Third Street, Ste. 1600 **Mailbox** # 3, Tulsa, Oklahoma 74103, (918) 918-3773 Email: jenna.bedwell@mines.ok.gov

20. **Troy D. Bundy and Lori Bundy, Defendants**, Lessor, Lessee, Creditor, Case No. 23-229; 25-5137; 25-16650-MER, 1020 **East** 39th **Street, Tulsa Oklahoma** 74105 (918) 855-3058 Email: jallen@lahlawyers.com

21. **Steven W. Soule,** OBA. No. 13781, 521 **East** 2nd Street, Suite 1200, Tulsa, Oklahoma 74120 Phone: (918) 594-0400, Email: **ssoule@hallestill.com**

Respectfully Submitted,

[signature]

August Wakat, Debtor , Pro Se'

1. **Exhibit A of 2 pages, Under Judicial Notice Defendant/Creditor, Class Members request the Court take judicial notice that Defendant/Creditor Joe Robson is listed in Bankruptcy D. Colo., Denver Case No. 25-16650-MER (Entry of Appearance file-stamped November 26, 2025, 4 pages; see Case No. CJ-25-5084, Counsel Steven W. Soule, OBA #13781).**

0

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
FILED
NOV 26 2025
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

| | | |
|---|---|---|
| **CLASSES, et al,**<br>**Plaintiffs,** | ) | **Case No. CJ-25-5084** |
| **v.** | ) | **Jury Trial Demanded** |
| **JOE ROBSON, HENRY WINN, and**<br>**ROBERT RAINBOLT, et al,**<br>**Defendants.** | ) | |

**CLASSES OBJECTION TO DOCKET ENTRY DATED NOVEMBER 24, 2025 MOTION TO DISMISS AND RESERVE TIME TO ANSWER AND REQUEST MOTION TO DISMISS TMAPC ZONING APPLCIATION FOR MPD-6 AND ORDINANCE NO. 20244 AND 20267 FOR ILLEGAL CONVEYANCE OF UNRECLAIMED MINED PROPERTY AND MOTION FOR STAY AND REMOVAL TO U.S. BANKRUPTCY COURT DISTRICT OF COLORADO CASE NO. 25-16650**

CLASSES, respectfully objects to the Court's **11/24/2025 TEXT DOCKET ENTRY** stating:

**I. THE STAY IS IMPROPER BECAUSE DEFENDANTS' CONDUCT CONSTITUTES AN ONGOING CRIMINAL ACT**

1. The Defendants, **JOE ROBSON,** AND **PRESIDENT'S HENRY WINN** and **ROBERT RAINBOLT** IN AND FOR PLAINVIEW SALVAGE INC. EIN # 73-1511706 and on behalf of City of Tulsa, located at 23610 East Admiral Place Catoosa Oklahoma 74015, President of Plainview Salvage Inc. attempting to foreclose upon mined property that has never been lawfully reclaimed IN CASE NO. CJ-25-171. Under both federal law and Oklahoma law, land subjected to surface mining cannot be conveyed, transferred, mortgaged, or encumbered unless reclamation requirements have been fully satisfied and certified by the appropriate regulatory authority.

2. Specifically, the federal Surface Mining Control and Reclamation Act (SMCRA) prohibits the transfer, assignment, sale, or enforcement of any interest in mined property where reclamation obligations have not been completed. *See* **Penn Terra Ltd. v. Department of Environmental Resources**, 733 F.2d 267 (3d Cir. 1984) (holding that enforcement of mining reclamation obligations is a valid exercise of the government's police and regulatory power and is not subject to the bankruptcy stay).

3. Likewise, the **Oklahoma Mining Lands Reclamation Act** mandates that no operator or landholder may "abandon, sell, lease, or otherwise dispose of mined land" until reclamation has been completed and a **Certificate of Completion of Reclamation** has been formally issued by the Oklahoma Department of Mines. **45 O.S. § 725(B); 45 O.S. §§ 722–728.**

4. …as documented in **Exhibit A**, Volume 457, Page 78, filed January 19, 1976, which contains the Abstract of Title for Lot 1, Section 4, Township 19 North, Range 15 East, including the

3. **Exhibit C of 2 pages, Joe Robson Dkt. # 74, November 20, 2025, Entry of Appearance in the Bankruptcy Case No. 25-16650-MER, owner of surrounding property enters WITHOUT a RECLAMATION MINING CERTIFICATE for section 4, Debtor the adjoining property owner a requirement under Federal Law, City of Tulsa Ordinance No. 20244 and 20267 CRIMINAL violation under Reclamation Act of 1977;**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **AUGUST JOHN WAKAT, JR.,** | ) | **Case No. 25-16650-MER** |
| | ) | **(Chapter 7)** |
| **Debtor.** | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND COPIES**

Please take notice that the undersigned counsel for Joe Robson, a creditor and party in interest in the above-styled and numbered cause ("Robson"), hereby files this Notice of Appearance pursuant to 11 U.S.C. §§342 and 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned at the address and telephone number set forth below:

Steven W. Soule, OBA #13781
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
521 East 2nd Street, Suite 1200
Tulsa, OK 74120-[illegible]
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: ssoule@hallestill.com

Robson additionally requests that the Debtor and the Clerk of the United States Bankruptcy Court place the above name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Please take further notice that Robson intends that neither this notice nor any later appearance, pleading, claim or suit shall waive (i) any right to trial by jury in any proceeding; (ii) any other rights, claims, actions, defenses, setoffs or recoupment under agreements, in law, in

C

equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED this 20th day of November, 2025

Respectfully submitted,

HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.

By s/ Steven W. Soule
Steven W. Soule, OBA No. 13781
521 East 2nd Street, Suite 1200
Tulsa, OK 74120-1855
Telephone (918) 594-0400
Facsimile (918) 594-0505
Email ssoule@hallestill.com

ATTORNEYS FOR JOE ROBSON

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system on those parties who receive notice from that system on the 20th day of November, 2025

s/ Steven W. Soule
Steven W. Soule

2 of 2

2. **Exhibit B dated December 02, 2025 of 2 pages, Under Judicial Notice in U.S. Court of Appeals for the Tenth Circuit Case No. 25-5114, Minute Order filed to Appellees City of Tulsa, Lamar Advertising Co., Plainview Salvage Inc., Joe Robson, and Henry Winn, directing the Defendants to answer Appellees Brief within five days, date due by December 08, 2025,**

Gmail

el roi <elroi81082@gmail.com>

# 25-5114 Wakat, et al v. City of Tulsa, et al "Paper Copies Order Filed"

1 message

**ca10_cmecf_notify@ca10.uscourts.gov** <ca10_cmecf_notify@ca10.uscourts.gov>
To: elroi81082@gmail.com

Tue, Dec 2, 2025 at 4:59 PM

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 12/02/2025 at 3:59:33 PM Mountain Standard Time and filed on 12/02/2025

| | |
|---|---|
| **Case Name:** | Wakat, et al v. City of Tulsa, et al |
| **Case Number:** | 25-5114 |

**Docket Text:**
[11236193] Minute order filed - Pursuant to 10th Cir. R. 31.5, paper copies of all merits briefs that have not already been submitted are now due. This directive extends to briefs not yet filed but does not extend to any appendix volumes filed. Paper copies of briefs not yet filed will be due 5 days after filing of the electronic versions. All copies must be exact replicas of the electronic filing(s), including all attachments. Number of copies due: 3. Paper copies of appellee brief due 12/08/2025 by City of Tulsa, Lamar Advertising Co., Plainview Salvage Inc., Joe Robson and Henry Winn [25-5114]

**Notice will be electronically mailed to:**

Jacob Daniel: jdaniel@soonerlaw.com, hriggs@soonerlaw.com, ktaylor@soonerlaw.com, lpage@soonerlaw.com
Kasey Kyle Fagin: kfagin@barrowgrimm.com, j.acosta@barrowgrimm.com
Mr. William Henry Hickman: hickman@hickmanlawgroup.com, assistant@hickmanlawgroup.com
Mr. Robert B. Sartin: sartin@barrowgrimm.com, psebo@barrowgrimm.com

Colton Grant Scott: cscott@soonerlaw.com
Mr. R. Lawson Vaughn, III: lvaughn@cityoftulsa.org, cwinford@cityoftulsa.org, tdisney@cityoftulsa.org, kgray@cityoftulsa.org, pbroyles@cityoftulsa.org, rfulson@cityoftulsa.org
August Wakat: elroi81082@gmail.com

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

August Wakat
33050 Tall Timber Trace
Trinidad, CO 81082

3. **Exhibit C Process of Receipt and Return of 4 pages, under Judicial Notice file stamp dated December 01, 2025, in Case No. CJ-25-5084 to the Department of Justice Pam Bondi located at 950 Pennsylvania Ave. NW, Washington, D.C. 202530 for acquiescence knowingly conveyance**

Tulsa Co., CJ-25-5084

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

*1063661664*

| | |
|---|---|
| PLAINTIFF: August John Walker | COURT CASE NUMBER: 6:25-cv-278 |
| DEFENDANT: U.S. Dept of Justice, Pam Bondi | TYPE OF PROCESS: 25-1001 Adversary Case |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: United States Department of Justice

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 950 Pennsylvania Ave NW Washington DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. Bankruptcy Court Case No 25-16650
1961 Stout St, Ste. 12-200
Denver Colorado 80294
303-312-7230

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

DISTRICT COURT
FILED
DEC 01 2025
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*: Under FRCP Rule 4

This document is respectfully submitted for inclusion in the official record of Case No. CJ-25-5084 in state removal to Bankruptcy Court Case No. 25-16650 KER. In and for City of Tulsa, investigation into the allegations of District Attorney Steven Kunzweiler Home Invasion (CF-2013-829) [illegible], Real Estate Fraud

Signature of Attorney or other Originator requesting service on behalf of: [signature]

☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 719 680 1335

DATE: 12-1-25

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service | Time am pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/80)

## INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. § 0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

- Additional USM-285 forms may be obtained, without cost, from the Clerk of the U.S. District Court, U.S. Marshal, or printed from http://www.usmarshals.gov/process/usm285.pdf.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

1. AUGUST WAKAT, an individual,
2. Plaintiff,

FILED

AUG 11 2025

BONNIE HACKLER
Clerk, U.S. District Court
By ________
Deputy Clerk

Case No. **25CV278 JFH**

v.

3. **FEDERAL BUREAU OF INVESTIGATION**, an agency of the United States Government within the United States Department of Justice, and
4. **U.S. DEPARTMENT OF JUSTICE**,
5. **OFFICE OF THE INSPECTOR GENERAL**, an independent oversight office and agency of the United States Government within the Department of Justice, and
6. **AMERICAN HERITAGE BANK**, a privately
7. held bank, sued in its corporate capacity, and
8. **JOSEPH "JOE" HARDZOG**, individually and in his capacity as Vice President, and
9. **DISTRICT COURT IN AND FOR WAGONER COUNTY, STATE OF OKLAHOMA;**
10. **THE HONORABLE DOUGLAS KIRKLEY**, in his individual capacity and in his official capacity as District Judge for Wagoner County;

Defendants.

**Related Case No.** 6:25-cv-254; 6:25-cv-266, **In the District of Colorado On Appeal to Tenth Circut Court** 25-5094-**State of Texas-** Cause No. 23CR-246;23-03-0090 **Tenth Circut Court** 25-5095- **Wagoner County** CJ-2025-171; CJ-2025-131; J-2025-159; GJ-2025-1 CV-2025-00048; **In the Northern District of Oklahoma** 4:24-cv-564, and et al.,On Appeal to the Tenth Circut Court 25-5114.

**COMPLAINT FOR TEMPORARY RESTRAINING ORDER, WRIT OF MANDAMUS OF INVESTIGATION AND SUMMONS IN RELATED CASES AS DESCRIBED, DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES**

4. **Exhibit D of 4 pages IN THE MEMORANDUM LEASE VOL. 457 PAGE 78, dated January 19, 2025, of 3 pages, as required under the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. § 1235.**

1. **Exhibit A of 3 page, Volume 457, Page 78, filed January 19, 1976, which contains the Abstract of Title for Lot 1, Section 4, Township 19 North, Range 15 East, including the "Memorandum of Coal Mining Lease" covering all lands west of and including the easterly most Seneca Coal and Coke Company oil-coal hauling roads in Sections 3, 4, 9, and 16, Township 19 North, Range 15 East of the I.B.&M., according to the U.S. Government Survey thereof.**

Vol. 457 Page 78
Records of County Clerk

Filed January 19, 1976
at 9:05 a.m.

**MEMORANDUM OF COAL MINING LEASE**

THIS MEMORANDUM, made and entered into as of the 28th day of March, 1975, by and between NICK ROBSON, ALMA L. ROBSON, EDWARD D. ROBSON, BRUCE A. ROBSON, HELEN R. WALTON, SAM M. WALTON, S. ROBSON WALTON, JOHN T. WALTON, JIM C. WALTON, ALICE W. EUSTIS, FRANK C. ROBSON, LUDMILA ROBSON, STAFFORD ROBSON and DOROTHY M. ROBSON, hereinafter called LESSORS, and FRANK McNABB, a sole proprietor doing business as McNABB COAL COMPANY, hereinafter referred to as LESSEE.

W I T N E S S E T H:

That the Lessors and the Lessee, for their mutual benefit, hereby mutually agree and confirm that on the 28th day of March, 1975, the Lessors leased unto the Lessee the following described land situated in Wagoner County, State of Oklahoma, to-wit:

> All lands West of and including the Easterly most Seneca Coal and Coke Company oil coal hauling roads in Sections 3, 4, 9 and 16, all in Township 19 North, Range 15 East of the I. B. & M., according to the U. S. Government Survey thereof.

Lessors granted, leased and demised unto the Lessee all of the coal in and on the above described land together with the exclusive right to explore said coal and to mine and remove the same by strip mining methods together with other rights set forth in said Coal Mining Lease of March 28, 1975; to have and to hold the same unto the Lessee, his successors and assigns for and during the term of two (2) years and as long thereafter as coal is being produced and sold in commercial quantities from said lands by the Lessee, which said right shall terminate in any event at the expiration of ten (10) years from the date of said Lease.

A

1043

IN WITNESS WHEREOF, the parties have hereunto affixed their signatures as of this 20th day of March, 1975.

FRANK McNABB, a sole proprietor doing business as McNABB COAL COMPANY - LESSEE

NICK ROBSON - LESSOR

ALMA L. ROBSON - LESSOR

EDWARD D. ROBSON - LESSOR

BRUCE A. ROBSON - LESSOR

HELEN R. WALTON - LESSOR

SAM M. WALTON - LESSOR

S. ROBSON WALTON - LESSOR

JOHN T. WALTON - LESSOR

JIM C. WALTON - LESSOR

ALICE W. RUSTIS - LESSOR

FRANK C. ROBSON - LESSOR

[illegible] ROBSON - LESSOR

[illegible] ROBSON - LESSOR

[illegible] M. ROBSON - LESSOR

Acknowledged in statutory form on June 6, 1975 by Frank McNabb, a sole proprietor before Dave F. Patton, Notary Public, Rogers County, Oklahoma (Seal) Commission expires April 6, 1976.

Acknowledged in statutory form on October 15, 1975 by Nick Robson, before Pamela N. Oarbaughi, Notary Public, Tulsa County, Oklahoma (Seal) Commission expires August 15, 1979.

Acknowledged in statutory form on December 3, 1975 by Alma L. Robson, before Betty L. Miller, Notary Public, Rogers County, Oklahoma (Seal) Commission expires November 12, 1979.

Acknowledged in statutory form on December 1, 1975 by Edward D. Robson, C. G. Derry, Notary Public, Cherokee County, Oklahoma (Seal) Commission expires September 4, 1976.

Acknowledged in statutory form on December 3, 1975 by Bruce A. Robson, before Betty L. Miller, Notary Public, Rogers County, Oklahoma (Seal) Commission expires November 12, 1979.

Acknowledged in statutory form on November 28, 1975 by Helen R. Walton, before Elizabeth M. McAllister, Notary Public, Benton County, Arkansas (Seal) Commission expires November 15, 1976.

Acknowledged in statutory form on November 28, 1975 by Sam M. Walton, before Elizabeth M. McAllister, Notary Public, Benton County, Arkansas (Seal) Commission expires November 15, 1976.

Acknowledged in statutory form on October 15, 1975 by S. Robson Walton, before Pamela N. Oarbaghi, Notary Public, Tulsa County, Oklahoma (Seal) Commission expires August 15, 1979.

Acknowledged in statutory form on October 16, 1975 by John T. Walton, before Pamela N. Oarbaghi, Notary Public, Tulsa County, Oklahoma (Seal) Commission expires August 15, 1979.

Acknowledged in statutory form on October 16, 1975 by Jim C. Walton, before Pamela N. Oarbaghi, Notary Public, Tulsa County, Oklahoma (Seal) Commission expires August 15, 1979.

Acknowledged in statutory form on November 10, 1975 by Alice W. Eustis, before Maurice Provosty, Notary Public, Orleans County, Louisiana (Seal) Commission issued for life.

Acknowledged in statutory form on December 3, 1975 by Frank C. Robson, before Betty L. Miller, Notary Public, Rogers County, Oklahoma (Seal) Commission expires November 12, 1979.

Acknowledged in statutory form on December 3, 1975 by Ludmila Robson, before Betty L. Miller, Notary Public, Rogers County, Oklahoma (Seal) Commission expires November 12, 1979.

Acknowledged in statutory form on December 3, 1975 by Stanford Robson, before Betty L. Miller, Notary Public, Rogers County, Oklahoma (Seal) Commission expires November 12, 1979.

Acknowledged in statutory form on January 12, 1976 by Dorothy M. Robson, Now known as Dorothy M. Robson Andrews, before Leon Stromire, Notary Public, Brevard County, Florida (Seal) Commission expires March 6, 1976.

5. **Exhibit E, under Judicial Notice for Confession thereof, file-stamped November 14, 2024, Case No. CV-2024-2320, Citizens Crime Report, page 9, Protest Petition against the west half of Section 4, owned by August Wakat, signed by Manager Joe Robson, in protest of the zoning change for Industrial zoning in TMPAC Case-7578 dated November 30, 2020, and instant in Case No. MPD-6**

2. **Exhibit B of 42 pages, On November 20, 2025, Defendant notified by Exhibit B RESPONSE TO Dkt. # 74 25-5094; 25-5095 AND 25-5114 FOR AUTOMATIC STAY AND OBJECTION TO DOCKET 72, 74 AND NOTICE TO CREDITOR FOR REQUIRED RESPONSE, Related Cases Case No. 25-5114; 25-5094; and 5127 (U.S. Courts of Appeals, District of Colorado) of 42 pages, Containing Summons for the District Court in and for Tulsa County, State of Oklahoma in Case No CJ-25-5084 served and file stamped on November 20, 2025 to:**

# CITIZEN CRIME REPORT

DISTRICT COURT
FILED
OCT 14 2024
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

(FOLD HERE)

**This report form permits you to quickly and easily report a crime in which you have been a victim. This report will be reviewed by a police officer.**
**If any other information is needed the Tulsa Police Department will contact you.**

## — DIRECTIONS —

1. PLEASE PRINT OR TYPE. DO NOT USE PENCIL.
2. ANSWER ALL QUESTIONS.
3. WHEN FINISHED, FOLD ON DOTTED LINES,
   STAMP,
   MAIL, OR BRING TO ADDRESS BELOW.

(FOLD HERE)

August Wakat
CV-2023-1583
October 14, 2024

PLACE STAMP HERE

**TULSA POLICE DEPARTMENT**
**600 CIVIC CENTER**
**TULSA, OK 74103-3822**

12 pages TOTAL

(TAPE HERE)

① **WHO IS THE VICTIM OF THIS CRIME?**

☑ ME ☑ A BUSINESS — If you answered "Business", fill out this section

BUSINESS NAME: Ho E Boy Fleming Auto Salvage, Inc.

BUSINESS ADDRESS: 23780 East Admiral Pl. Catoosa, OK 74015

BUSINESS PHONE: (918) 425-4477

② **YOUR PERSONAL INFORMATION:**

| LAST NAME | FIRST NAME | INITIAL | RACE | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|
| WAKAT | August | J. | ☐ Black ☑ White ☐ Other | ☑ Male ☐ Female | 082679 |

| HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR | SOCIAL SECURITY NUMBER | HOME PHONE |
|---|---|---|---|---|---|
| 5'11 | 205 | Blue | B | — | (918) 381-5907 |

| ADDRESS STREET CITY STATE ZIP | WHO DO YOU WORK FOR? |
|---|---|
| 33050 Tall Timber Trace Trinidad Co 81082 | UnEmployed |

| WORK ADDRESS | WORK PHONE | OTHER PHONE |
|---|---|---|
| N/A | N/A | |

③ **WHEN DID THIS CRIME HAPPEN?**

A. IF YOU KNOW EXACTLY WHAT TIME:

This crime happened exactly at ____ ☐ AM ☐ PM on September (MONTH) 30 (DAY) 2024 (YEAR)

— OR —

B. IF YOU DON'T KNOW EXACTLY WHEN THE CRIME HAPPENED:

(FOR EXAMPLE: You go to sleep at 11:00 PM on Friday night. You wake up Saturday morning at 8:00 AM and find out you are the victim of a crime. The crime happened BETWEEN Friday at 11:00 PM AND Saturday at 8:00 AM.)

THIS CRIME HAPPENED

BETWEEN ____ MONTH ____ DAY ____ YEAR ____ TIME ☐ AM ☐ PM AND ____ MONTH ____ DAY ____ YEAR ____ TIME ☐ AM ☐ PM

④ **WHERE DID THIS CRIME TAKE PLACE?**

| ADDRESS STREET | APT | | ZIP CODE |
|---|---|---|---|
| 175 E. 2nd Street | | Tulsa, Ok | 74103 |

⑤ **LIST THE PROPERTY THAT WAS LOST, STOLEN, OR DAMAGED:**

| ITEM | DESCRIPTION | SERIAL NUMBER | VALUE | LOST | STOLEN | DAMAGED |
|---|---|---|---|---|---|---|
| Example | Sony 19" Color Television | A-3236 | 375.00 | | X | |
| Example | 1987 Pontiac Grand Prix Window | License ZN-4236 | 130.00 | | | X |
| 1 | | | | | | |
| 2 | 21 O.S. Support, 1997 $1533 | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

UCR CLASSIFICATION

| CATEGORY | A-CASH | B-JEWELRY | C-CLOTHING | D-... | E-... | F-... | G-... | H-HOUSEHOLD | I-CONSUMER | J-LIVESTOCK | K-MISC. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TAKEN ($) | | | | | | | | | | | |
| RECOVERED ($) | | | | | | | | | | | |

## ADDITIONAL PROPERTY LOSS:

| | | | | | |
|---|---|---|---|---|---|
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |

## HAVE ANY OTHER REPORTS BEEN MADE ON THIS CRIME? ⑥

☐ NO

☒ YES—IF YES, BY WHOM → ☐ Police Officer ☒ Yourself

OFFICER / Christy LT. Jones
Wagoner County Sheriff
307 East Cherokee ST, (918) 485-3124
Wagoner, OK 74467

## DID YOU OR SOMEONE ELSE SEE THE SUSPECTS COMMIT THE CRIME? ⑦

☐ Yes ☐ No

## LIST EVERYONE THAT SAW OR MAY HAVE INFORMATION ABOUT THE CRIME:

(NAME) (ADDRESS) (PHONE)

1. R. Lawson Vaugh, Tulsa Senior Attorney Case No CV# 2023-1583
2. 175 E. 2nd ST, Tulsa OK 918 576 9344
   Joe Robson, TMAPC, 175 E. 2nd St. Tulsa, OK 74103
3. Robson Companie's Broken Arrow, OK

## WHO ARE THE SUSPECTS? ⑧

| | LAST NAME, FIRST NAME, INITIAL | ADDRESS | | | RACE | SEX | AGE |
|---|---|---|---|---|---|---|---|
| #1 | Vaugh, R. Lawson | 175 E. 2nd St. Tulsa, OK 74103 | | | | | |
| | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR | PANTS COLOR | SHIRT COLOR | HAT COLOR |
| | | | | | | | |
| #2 | Robson, Joe | Robson Companie's [illegible] Broken Arrow, [illegible] | | | | M | 78 |
| | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR | PANTS COLOR | SHIRT COLOR | HAT COLOR |
| | 5' 6 | 105 | Brown | Brown | | | |
| #3 | Chapman, Austin TMAPC | 175 E. 2nd St Tulsa OK 74103 | | | | | |
| | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR | PANTS COLOR | SHIRT COLOR | HAT COLOR |
| | | | | | | | |

| SUSPECT'S CAR | YEAR | TYPE | # DOORS | COLOR | TAG NUMBER | OTHER |
|---|---|---|---|---|---|---|
| | | | | | | |

## ⑨ DESCRIBE EXACTLY WHAT HAPPENED. INCLUDE ALL DETAILS OF THE CRIME.

EXAMPLE: I woke up at 8:00 AM and found my car had been broken into. They broke my left front window with a rock to get in. They stole my stereo and tapes. My neighbor saw two men in my car at 7:00 AM.

This example tells: WHEN it happened; WHO did it; WHO saw them; HOW they did it; WHAT was stolen or damaged; WHAT they used to do it

Please find the attached ~~report~~ Police report, dated May 30, 2024, Wagoner County, 307 East Cherokee St. Wagoner OK 74467, OFFICER LT. Jones / OFFICER Christy being of 9 pages total, To report unlawful Jurisdiction, ~~8~~/21 O.S. Support. 1997 §1533,

R. Lawson Vaugh City attorney, On September 30, 2024

b. asserts jurisdiction or authority over August Walt property.

R. Lawson fails to provide annexation ~~Pet~~ Petition with the Word "Wagoner County" as described in the annexation # 2024 dated Nov 08 2001, being the 7th page attached marked 08.26 bottom RH Corner.

In resolution, Mr. Lawson, City of Tulsa, Knowing negligence Per Se ~~[illegible]~~ of date today.

## ⑩ YOUR SIGNATURE

I AM THE VICTIM OR AGENT OF THE VICTIM OF THE CRIME. THE INFORMATION IN THIS REPORT IS TRUE. I WILL ASSIST IN THE PROSECUTION OF THOSE PERSONS RESPONSIBLE FOR THE CRIME.

SIGNATURE: [signature] DATE: Oct. 14, 2024

WARNING: It is a violation of both city and state criminal codes to willfully make a false police report.

COMPLAINT NUMBER

REVIEWED BY | DATE

TUL—4660-3

CV-2023-1583

August Wakat
23780 East Admiral Place
Catoosa, OK 74015
918-313-8705

May 30, 2024

Wagoner County Sherriff
307 East Cherokee St.
Wagoner, Ok 74467
918-485-3124

**Police Report**

**21 O.S. Supp.1997, § 1533** provides:

b. to **assert jurisdiction** or **authority over** or **determine or adjudicate** the legal or equitable status, **rights**, duties, **powers**, or **privileges of any person or property; or**

Denial of Rights Under Color of Law,
**18 U.S.C § 242; 18 U.S.C § 245, 42 U.S.C. § 1983.**

**These unlawful acts, the abuse of power, violate my constitutional rights;**

Under the statute stated above; I believe Mr. Joe Robson has knowingly annexed my property unlawfully.

# CERTIFICATE OF SERVICE

I certify that on the 30th day of May, 2024 I served this notice to Officer Jones/ Christy by: address above

☒ - Delivering it personally to the person in possession.

☐ - Delivering it on the premises to a member of his/her family who is over the age of twelve (12) and residing with the tenant.

☐ - Posting a copy at a conspicuous place on the dwelling unit, and mailing a copy to the person in possession through certified mail.

☐ - Certified mail, with a return receipt request, addressed to the person in possession.

Signature: [signature]

August Wakat
23780 East Admiral Place
Catoosa, OK 74015
918-313-8705

May 30, 2024

Wagoner County Sherriff
307 East Cherokee St.
Wagoner, Ok 74467
918-485-3124

## Police Report

**21 O.S. Supp.1997, § 1533 provides:**

b. to assert jurisdiction or authority over or determine or adjudicate the legal or equitable status, rights, duties, powers, or privileges of any person or property; or

Denial of Rights Under Color of Law,
18 U.S.C § 242; 18 U.S.C § 245, 42 U.S.C. § 1983.

**These unlawful acts, the abuse of power, violate my constitutional rights;**

Under the statute stated above; I believe Mr. Joe Robson has knowingly annexed my property unlawfully.

---

# CERTIFICATE OF SERVICE

I certify that on the 30th day of May, 2024 I served this notice to Haily Tracey by: address above

☐ - Delivering it personally to the person in possession.

☐ - Delivering it on the premises to a member of his/her family who is over the age of twelve (12) and residing with the tenant.

☐ - Posting a copy at a conspicuous place on the dwelling unit, and mailing a copy to the person in possession through certified mail.

☒ - Certified mail, with a return receipt request, addressed to the person in possession.

Signature: [signature]

August Wakat
23780 East Admiral Place
Catoosa, OK 74015
918-313-8705

May 30, 2024

Wagoner County Sherriff
307 East Cherokee St.
Wagoner, Ok 74467
918-485-3124

# Police Report

**21 O.S. Supp.1997, § 1533** provides:

b. to **assert jurisdiction** or **authority over** or **determine or adjudicate** the legal or equitable status, **rights**, duties, **powers**, or **privileges of any person or property; or**

Denial of Rights Under Color of Law,
**18 U.S.C § 242; 18 U.S.C § 245, 42 U.S.C. § 1983.**

**These unlawful acts, the abuse of power, violate my constitutional rights;**

Under the statute stated above; I **believe Mr. Joe Robson has knowingly** annexed my property unlawfully. Using the laws and ordinances of the **state of Oklahoma and the** city **of** Tulsa for their enrichment. The Robson/City of Tulsa, the said partnership, **is to be the largest development** in the United States.

In support of such finding, you will **find the attached documents:**

1. **Lis Pendens Notice**; In the district court **of Tulsa** County **Case No. CV-2023-1583**, you will read R. **Lawson Vaughn's (OBA#21557) City of Tulsa Senior Asst. city attorney**, in response to the in-question Jurisdiction/annexation **documents, this instrument** is needed for the aggressively used city of Tulsa ordinance **violations, set forth on my property, arising** from **Joe Robson's complaint.** This statement of R. Lawson **Vaughn**, in **particular, violates the due process law** of the United States. Under oath, R. Lawson **Vaughn has promised to uphold** and serve the state of Oklahoma and the people of Tulsa. **Along with Mr. Robson, being** a civil servant of the community, an honorary member of the **Oklahoma Judicial Nominating Committee**. Both individuals; with the outstanding credentials of **knowing the law, a person would think**, these two individuals would be more compliant with **state and federal laws regarding civil rights.**

   **Lis Pendens, The Notice states: Annexation of the** Fair Oaks Township filed February 02, 2023, in Wagoner County, Oklahoma **Doc#2023-1614 B:2866 P:0389** Vol. 452 page 729, Township 19 North, Range 15 East of the I.B.M., **Wagoner County, Section 4, except the W1/2 of lot 1, describing the exception of lot 1 of the Fair Oaks township Annexation, Ordinance 1.**

This matter of record clearly states the land description said above, is NOT in the Fair Oaks township.

Included in the case number mentioned above; entered as evidence is Mr. Richard Grey's (OBA#16839), affirmation of the fact, the title opinion perfected the real property NOT to be in Fair Oaks Township, filed in Roger County, Oklahoma, dated March 28, 1972.

2. Protest Petition signed by Mr. Joe Robson. Mr. Robson protested the zoning change on November 18, 2020, and admitted to the ownership of the surrounding property Fair Oaks LLC.

3. Request for Action: Ordinance 20244 describes Fair Oaks LLC., more specifically the Town of Fair Oaks to be annexed on November 08, 2001. I do believe this action is intentional, only because the Town of Fair Oaks does NOT have legal jurisdiction to be annexed into the city of Tulsa at the said time.

4. Plat of Survey, Sec. 4, T-19-N, R-15E, this is the legal description of real property.

At this time, I would like to press charges for these heinous crimes against my person and land. Aka, the 21st Century Oklahoma land grab.

August J. Wakat

1. Lis pendens notice
2. Protest Petition
3. Request for Action
4. Plat of Survey
5. Six pages including first page

2024-0811 B: 2973 P: 0280
05/08/2024 12:38:16 PM Pgs: 4
Fee: $24.00
Lori Hendricks, County Clerk
Wagoner County - State of Oklahoma

SEAL

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| In the Matter of the Appeal of August Wakat<br>And Poe Boy Fleming Auto Salvage Inc.,<br>Board of Adjustment, City of Tulsa, Oklahoma<br>Case# BOA-23510<br><br>August Wakat, individually, and<br>Poe Boy Fleming Auto Salvage, Inc.,<br>Petitioners,<br>v.<br>Board of Adjustment of the<br>City of Tulsa, Oklahoma<br>Respondent, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV-2023-1583 |

**LIS PENDENS NOTICE**

State of Oklahoma
County of Wagoner

To the clerk of the District Court of Wagoner County:

You are hereby notified that on the 25th day of April 2023 the suit was instituted by the undersigned in the above captioned and styled cause in the District Court of Tulsa County, State of Oklahoma, and that the following are all the names of the parties to said suit:

August Wakat and Poe Boy Fleming Auto Salvage Inc., said petitioners of the party in part.

Board of Adjustment of the City of Tulsa, Oklahoma, said respondent of the party in part.

The matter of a civil suit (CV-2023-1583) regarding zoning encumbrances from the Fair Oaks Township Annexation in Rogers County, Oklahoma, ordinance no. 1, vol. 452, page 725.

In particular; Annexation of the Fair Oaks Township filed in Wagoner County, Oklahoma Doc#2023-1614 B:2866 P:0589 02-13-23 Vol. 452 page 720, Township 19 North, Range 15 East of the I.B.M., Wagoner County, <u>Section 4, except the W1/2 of lot 1,</u> describing the exception of lot 1, of the Fair Oak's Township Annexation Ordinance 1.

# PROTEST PETITION

This PROTEST PETITION is filed in connection with Zoning Case Number Z-7578 ("Case"), which was heard by the Tulsa Metropolitan Area Planning Commission on November 18, 2020.

Pursuant to Section 70.030-G of the Zoning Code of the City of Tulsa, the undersigned hereby formally protests the proposed zoning map amendment in the Case. Among other deficiencies, the proposed zoning map amendment is not consistent with the policy of intent of comprehensive plan, and the proposed zoning map amendment does not correct an error or inconsistency nor is it necessary or desirable to meet the challenge of a changed or changing condition.

The undersigned is the Record Owner of the following-described property, which is greater than fifty per cent (50%) of the property within three hundred feet (300') of the area included in the proposed zoning map amendment:

> Section 4 and the East Half (E/2) of Section 3, Township 19 North, Range 15 East of the IBM, City of Tulsa, County of Wagoner, State of Oklahoma;
>
> LESS AND EXCEPT,
>
> August Walut's Parcel *(which is on the north end of and directly bordered on the East, South and West sides by the Fair Oaks Ranch Parcel).*

Dated this 30th day of November, 2020.

FAIR OAKS RANCH, L.L.C.
an Oklahoma limited liability company

By: [signature]
Joe Robson
Manager

STATE OF OKLAHOMA )
) ss:
COUNTY OF TULSA )

*(Limited Liability Company Acknowledgment)*

The foregoing instrument was acknowledged before me this 30th day of November, 2020, by Joe Robson, Manager of Fair Oaks Ranch, LLC, an Oklahoma limited liability company, on behalf of the limited liability company.

Carri A. Wheaton
Notary Public

My Commission Expires:
7.7.2022
(Notary Seal)

CARRI A. WHEATON
Notary Public, State of Oklahoma
Commission # 14006031
My Commission Expires 07-07-2022

2

# REQUEST FOR ACTION: ORDINANCE

46

Version 8/8/01

AGENDA FOR: [X] MAYOR [X] COUNCIL AUTHORITY: [ ] DATE: October 26, 2001

Tulsa City Clerk's Office: 596-7513 or 596-7514

FOR INFORMATION CONTACT:

DEPARTMENT: LEGAL

ADDRESS: 200 Civic Center, Room 316

CONTACT NAME: Michael Romig

TELEPHONE: 918-596-7717

BA or CT #:

ORDINANCE TYPE: AMENDING PREVIOUS ORDINANCE

AMENDMENT OF ORD#:

TRO TITLE:

TRO SUBTITLE:

PLANNING DISTRICT:

PROP/NON-PROP: p

COUNCIL DISTRICT:

ZONING #:

SSID #:

PUD #:

SUMMARY:

In response to a request from Fair Oaks Ranch, L.L.C., and upon research and evaluation, the Mayor has requested the Legal Department prepare the necessary documents to annex the Town of Fair Oaks. Accordingly, we have prepared the necessary Consent to Annexation and secured its execution by Fair Oaks Ranch, L.L.C., and also have prepared the attached annexation ordinance.

ORDINANCE NO. 20244

Approved By City Council On NOV 08 2001

BUDGET: FINANCE DIRECTOR APPROVAL:

APPROVED BY MAYOR CITY OF TULSA NOV 13 2001

FUNDING SOURCE: N/A

REQUEST FOR ACTION: All department items requiring Council approval must be submitted through the Mayor's Office.

We recommend this ordinance for adoption by the Council and the Mayor. Upon adoption, we request the City Clerk be directed to file this ordinance of record in the offices of the Tulsa County and Wagoner County Clerk.

DEPARTMENT HEAD APPROVAL: [signature] DATE: 10-26-01

CITY ATTORNEY APPROVAL: [signature] 10/26/01

BOARD APPROVAL:

MAYORAL APPROVAL: M. Susan Savage OCT 29 2001

OTHER:

FOR CITY COUNCIL OFFICE USE ONLY: 01-899 DATE RECEIVED: 10-29-01

COMMITTEE: UED COMMITTEE DATE(S): 11-6-01 FIRST AGENDA DATE: 11-1-01

HEARING DATE: N/A SECOND AGENDA DATE: 11-8-01 APPROVED: NOV 08 2001

For City Clerk's Office Use Only (Agenda Date: MM/DD/YYYY; Item #; Dept ##; Item ##; Sub-Item ##; Status: S=Synopsis):

| 11-10-2001 | 2 | 1 0 | | | |
|---|---|---|---|---|---|

3

8.26

# Plat of Survey
# Boundary
of
# A part of Lot 1
# Sec. 4, T-19-N, R-15E
## Wagoner County, Oklahoma




Location Map

Scale: 1"=60'

Legend




## Legal Description – Tract A

A TRACT OF LAND BEING A PORTION OF THE WEST 10.14 ACRES OF LOT 1, SECTION 4, TOWNSHIP 19 [illegible] COUNTY, STATE OF OKLAHOMA, BEING MORE PARTICULARLY [illegible]

## Legal Description – Tract B

A TRACT OF LAND BEING A PORTION OF THE WEST 10.14 ACRES OF LOT 1, SECTION 4, TOWNSHIP 19 NORTH, RANGE 15 EAST, WAGONER COUNTY, STATE OF OKLAHOMA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
COMMENCING FROM THE NORTHWEST CORNER OF SAID TRACT ON A BEARING OF S [illegible] E A DISTANCE OF 283.13 FEET; THENCE N 88°45'34" E A DISTANCE OF [illegible] FEET TO THE POINT OF BEGINNING; THENCE N 88°45'34" E A DISTANCE OF 140.00 FEET; THENCE S [illegible] E A DISTANCE OF [illegible] FEET TO A POINT ON THE SOUTH LINE OF SAID LOT 1; THENCE S [illegible] W ALONG THE SOUTH LINE OF SAID LOT 1 A DISTANCE OF 140.00 FEET; THENCE N [illegible] W A DISTANCE OF 386.02 FEET TO THE POINT OF BEGINNING, CONTAINING 1.31 ACRES, MORE OR LESS.

## Notes

1. THIS LEGAL DESCRIPTION WAS PREPARED BY KEVIN M. NEWLUN, OKLAHOMA LICENSED PROFESSIONAL SURVEYOR # 1288.
2. THIS FIRM WAS NOT CONTRACTED TO RESEARCH EASEMENTS OR ENCUMBRANCES OF RECORD. NO ATTEMPT TO RESEARCH THE COUNTY RECORDS OR OTHER RECORD OFFICES WAS PERFORMED BY THIS FIRM, THEREFORE EASEMENTS MAY AFFECT THE SUBJECT TRACT THAT ARE NOT REFLECTED BY THIS PLAT.
3. ALL UNDERGROUND UTILITIES MAY NOT BE SHOWN.
4. THE BEARING BASE FOR THIS SURVEY IS BASED ON THE OKLAHOMA STATE PLANE COORDINATE SYSTEM, NORTH ZONE.

## Surveyor's Statement

[illegible] LAND SURVEYOR IN THE STATE OF OKLAHOMA, HEREBY CERTIFY THAT [illegible] SURVEY. THE ABOVE PLAT REFLECTS ALL INSTRUMENTS THAT [illegible] AS TO THE OWNERSHIP [illegible] OF SAID PROPERTY. THIS PLAT OF SURVEY MEETS THE MINIMUM [illegible] BY THE OKLAHOMA STATE BOARD OF REGISTRATION FOR PROFESSIONAL [illegible] AND LAND SURVEYORS.

BENCHMARK SURVEYING & LAND SERVICES, INC.

KEVIN M. NEWLUN RLS # 1288

DATE OF CERTIFICATION

**Benchmark Surveying and Land Services, Inc.**

| | | | | | |
|---|---|---|---|---|---|
| FILE: | [illegible] | SURVEY BY: | [illegible] | DATE: | 08/12/15 |
| [illegible] | [illegible] | DRAWN BY: | [illegible] | SCALE: | 1"=60' |
| [illegible] | [illegible] | CHECKED BY: | [illegible] | SHEET | 1 of 1 |

3. **Exhibit C** of 51 pages, File stamped Dated December 05, 2025 **Case No. CJ- 25-171, WAGONER COUNTY DISTRICT COURT, STATE OF OKLAHOMA** MOTION FOR DEFAULT JUDGMENT AGAINST PLAINTIFFS/APPELLANT/MORTGAGEE HENRY WINN AND LINDA WINN MOTION FOR DISMISSAL IN CITY OF TULSA TULSA METRO AREA PLANNING COMMISSION CASE NO. MPD-6 AND DE-ANNEXATION CITY OF TULSA ORDINANE NO. 20244 AND 20267 FOR QUIET TITLE AGAINST MORTGAGEES WINN REGARDING DEFENDANT LAMAR ADVERTISING CO. BILLBOARD LOCATED IN LOT 1 SEC. 4 T 19N 15E AND REGARDING THE ILLEGAL CONVEYANCE OF UNRECLAIMED MINED PROPERTY AWARD TWELVE MILLION DOLLARS UNDER RECLAMATION ACT OF 1977 30 U.S.C. § 1235.

Wagoner County, Oklahoma
Filed
In District Court
DEC 05 2025
James E. Hight
Court Clerk
At ________ o'clock ____ M

**IN THE DISTRICT COURT IN AND FOR**
**WAGONER COUNTY STATE OF OKALHOMA**

DISTRICT COURT
FILED
DEC 05 2025
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

| | |
|---|---|
| **HENRY WINN, AND LINDA WINN,** Appellees/Plaintiffs | ) Case No. CJ-25-171 |
| | ) |
| | ) U.S. Court of Appeals for the Tenth Circuit |
| | ) Case No. 25-5114; 25-5094 |
| v. | ) |
| | ) Bankr. D. Colo. Case No. 25-16650-MER (Denver) |
| **AUGUST JOHN WAKAT, JR,** Appellant/Defendant. | ) Tulsa Co. District Court Case No. CJ-25-5084 |
| | ) |
| | ) HON. JUDGE DOUGLAS KIRKLEY |
| | ) |
| | ) Jury Trial Demanded |

**MOTION FOR DEFAULT JUDGMENT AGAINST PLAINTIFFS/APPELLANT/MORTGAGEE HENRY WINN AND LINDA WINN MOTION FOR DISMISSAL IN CITY OF TULSA TULSA METRO AREA PLANNING COMMISSION CASE NO. MPD-6 AND DE-ANNEXATION CITY OF TULSA ORDINANCE NO. 20244 AND 20267 FOR QUIET TITLE AGAINST MORTGAGEE'S WINN REGARDING DEFENDANT LAMAR ADVERTING CO. BILLBOARD LOCATED IN LOT 1 SEC. 4 T 19N R 15E AND REGARDING THE ILLEGAL CONVEYANCE OF UNRECLAIMED MINED PROPERY AWARD TWELVE MILLION DOLLARS UNDER RECLAMATION ACT OF 1977 30 U.S.C. § 1235 MOTION**

COMES NOW, AUGUST JOHN WAKAT. JR.. Defendant. Appellant, Debtor, Mortgagor, Lessor, and Whistleblower, and moves this Honorable Court for Default Judgment pursuant to the Motion for Default Judgment against Defendants HENRY WINN and LINDA WINN, Mortgagees; for Dismissal in City of Tulsa, Tulsa Metropolitan Area Planning Commission Case No. MPD-6; and for DE-ANNEXATION of City of Tulsa Ordinance Nos. 20244 and 20267 for Quiet Title against Mortgagees Winn.

In the Mortgage by Confession executed by Plaintiffs Henry Winn and Linda Winn, which was filed without any supporting Abstract or marketable record-title documentation—rendering the instrument void *ab initio* under Oklahoma law—dated February 11. 2016.

Attached hereto in **EXHIBIT A** Defendant filed a Contract for Sale of Real Estate dated February 11, 2016 in the amount of $255,000.00, a copy of which is attached hereto as **Exhibit A** for the Court's record, and purported to encumber Tract A located at 23882 East Admiral Place, Catoosa, Oklahoma 74015 (mortgaged only 85 ft × 113 ft by survey. Lot 1. Sec. 4, T19N, R15E, pg. 5 of 8), as later recorded in Document No. 2025-4452. Book 3059. Page 0176 on April 8, 2025.

Defendant Wakat further objects to Plaintiffs Winns Mortgage and Lessor to Defendant/Appellee in Case No. 25-5114 and 25-5094 Lamar Advertising Company's billboard situated on the subject tract and again raises the Illegal Conveyance of Unclaimed Mined Property under the Surface Mining Control and Reclamation Act of 1977. 30 U.S.C. § 1235.

Under Oklahoma law, any contract for the sale or conveyance of an interest in real property must comply with the Statute of Frauds, 15 O.S. § 136(5). requiring a written, signed agreement; and the instrument must be recorded to be valid against third parties pursuant to 16 O.S. § 15, see *Anderson v. Reed*, 1963 OK 73, 387 P.2d __ (Okla. 1963).

Defendant Wakat respectfully request Motion for Award Twelve Million Dollars to Defendant Wakat as described in the file on abstract of title **EXHIBIT B**, LAMAR BILLBOARD LIEN RELEASE, Doc# 2024-9081 Book: 2985 Page: 0336 dated June 09. 2024, in the amount of Twelve Million Dollars address to the Mortgagee, August John Wakat. Jr.

Therefore, filed on Abstract of Title, **Exhibit C**. Voluntary/Consensual Lien Agreement, Doc. 2025-4390, Book 3058, Page 0793 (6 pages) dated April 07. 2025. the agreement was made to Estella Wakat-Aikins, Vice President of Poeboy Fleming Auto Salvage. Inc., in the amount of $1,951,200.00 (One Million Nine Hundred Fifty-One Thousand Two Hundred Dollars), with interest at ten percent per annum.

Supporting Case law for Quiet Title, DE-Annexation. Criminal Action and Damages for review as follows;

(a) **Kentucky Resources Council, Inc. v. U.S. Dept. of the Interior, 997 F.2d330 (6th Cir. 1993),** Holds that SMCRA **creates mandatory duties** for ensuring abandoned mine land reclamation, and states/counties **cannot avoid** SMCRA **compliance;**

(b) **Citizens Coal Council v. Norton, 330 F.3d 478 (D.C. Cir. 2003)** Held that the Interior Department must **enforce** SMCRA **and ensure proper reclamation procedures** before land can be transferred or counted as reclaimed;

(c) **National Wildlife Federation v. Lujan, 928 F.2d 453 (D.C. Cir. 1991)** Confirmed that SMCRA **prohibits the release, transfer, or closure of mined lands until all required reclamation work is completed and formally approved**, and agencies may not treat land as reclaimed while deficiencies remain.

**(d) Default Judgment / Damages Authority:**

Under **Oklahoma Rule of Civil Procedure 55**, courts may enter **default judgment** against parties who fail to respond, including awarding **monetary damages to class members** harmed by illegal conveyances or regulatory violations and hereby move this Honorable Court as follows:

**WHEREFORE, PREMISES CONSIDERED,**

**Defendant**, Appellant, Debtor, Mortgagor, Lessor, and Whistleblower AUGUST JOHN WAKAT, JR. respectfully moves this Honorable Court to:

1. Enter Default Judgment against Defendants Henry Winn and Linda Winn pursuant to Oklahoma Rule of Civil Procedure 55 for their failure to answer, appear, or defend, and recognize any mining certificate under 30 U.S.C. § 1235. See *Kentucky Resources Council, Inc. v. U.S. Dept. of the Interior*, 997 F.2d 330 (6th Cir. 1993).
2. Declare the February 11, 2016 Mortgage by Confession VOID *ab initio* for lack of Abstract, lack of marketable record title, and for violating 15 O.S. § 136(5) and 16 O.S. § 15 as supported by *Anderson v. Reed*, 1963 OK 73;
3. Grant Dismissal of City of Tulsa / Tulsa Metropolitan Area Planning Commission Case No. MPD-6;
4. Order DE-ANNEXATION of the property described in City of Tulsa Ordinance Nos. 20244 and 20267, restoring jurisdiction to the proper authority;

5. Quiet Title in favor of Defendant Wakat for Tract A, 23882 East Admiral Place, Catoosa, Oklahoma 74015;
6. Recognize and enforce the $12,000,000.00 Lamar Billboard Lien Release recorded in Doc. #2024-9081, Book 2985, Page 0336, and award Defendant Wakat damages in the amount of Twelve Million Dollars ($12,000,000.00);
7. Recognize and enforce the Voluntary/Consensual Lien Agreement in the amount of $1,951,200.00 recorded in Doc. 2025-4390, Book 3058, Page 0793 payable to Estella Wakat-Aikins, Vice President of Poeboy Fleming Auto Salvage, Inc., with ten percent (10%) interest per annum;
8. Declare unlawful the Illegal Conveyance of Unclaimed Mined Property under the Surface Mining Control and Reclamation Act, 30 U.S.C. § 1235, consistent with:
   - *Kentucky Resources Council v. U.S. Dept. of the Interior*, 997 F.2d 330 (6th Cir. 1993);
   - *Citizens Coal Council v. Norton*, 330 F.3d 478 (D.C. Cir. 2003);
   - *National Wildlife Federation v. Lujan*, 928 F.2d 453 (D.C. Cir. 1991);
9. Grant any further relief, legal or equitable, to which Defendant Wakat is entitled.

## CONCLUSION

For all the reasons set forth herein, and based on the documentary evidence in Exhibit D, U.S. Court of Appeals for the Tenth Circuit Case Nos. 25-5114 and 25-5094, and in light of the pending responses from Appellees City of Tulsa, Henry Winn, and Lamar Advertising Co., the Plaintiff's Motion for Default Judgment hearing scheduled for November 27, 2025, constitutes alleged fraud upon the Court as evidenced by the confession of Contract for Sale of Real Estate, statutory mandates, and controlling federal and Oklahoma case law.

Therefore, Defendant respectfully requests that this Court grant Default Judgment; Quiet Title; DE-Annexation; recognition and enforcement of liens; award of damages as described in Exhibit E file stamped in Case No. CJ-25-5084 for Case No. 25-16650-MER, Objection to Docket 85 Motion to Dismiss Bankruptcy Case and Notice of Appeal in reference to Docket 15 for alleged criminal acts of obstruction under color of law pursuant to 42 U.S.C. §§ 1983 and 1985, requesting investigation by Defendant FBI Pam Bondi in Case No. 6:25-cv-278, Wakat v. FBI, naming Honorable Judge Douglas Kirkley as a defendant; and any other relief as may be just and proper under law.

Respectfully submitted this 5th day of December, 2025.

August John Wakat, Jr.
Plaintiff / Creditor / Debtor
33050 Tall Timber Trace
Trinidad, Colorado 81082
Phone: 719-680-1335
Email: elroi81082@gmail.com

Total pages 51.

**ATTACHMENTS:**

**EXHIBIT A** Defendant filed a Contract for Sale of Real Estate dated February 11, 2016 in the amount of $255,000.00, a copy of which is attached hereto as Exhibit A for the Court's record, and purported to encumber Tract A located at 23882 East Admiral Place, Catoosa, Oklahoma 74015 (mortgaged only 85 ft × 113 ft by survey, Lot 1, Sec. 4, T19N, R15E. pg. 5 of 8), as later recorded in Document No. 2025-4452, Book 3059, Page 0176 on April 8, 2025.

**EXHIBIT B,** LAMAR BILLBOARD LIEN RELEASE, Doc# 2024-9081 Book: 2985 Page: 0336 dated June 09, 2024, in the amount of Twelve Million Dollars address to the Mortgagee, August John Wakat, Jr. Therefore, in file on Abstract of Title

**Exhibit C**, Voluntary/Consensual Lien Agreement. Doc. 2025-4390, Book 3058, Page 0793 (6 pages), the agreement was made to Estella Wakat-Aikins. Vice President of Poeboy Fleming Auto Salvage, Inc., in the amount of $1,951,200.00 (One Million Nine Hundred Fifty-One Thousand Two Hundred Dollars), with interest at ten percent per annum.

**Exhibit D,** U.S. Court of Appeals for the Tenth Circuit Case Nos. 25-5114 and 25-5094, and in light of the pending responses from Appellees City of Tulsa. Henry Winn, and Lamar Advertising Co., the Plaintiff's Motion for Default Judgment hearing scheduled for November 27, 2025, constitutes alleged fraud upon the Court as evidenced by the confession of Contract for Sale of Real Estate

**Exhibit E** file stamped in Case No. CJ-25-5084 for Case No. 25-16650-MER, Objection to Docket 85

Motion to Dismiss Bankruptcy Case and Notice of Appeal in reference to Docket 15 for alleged criminal acts of obstruction under color of law pursuant to 42 U.S.C. §§ 1983 and 1985, requesting investigation by Defendant FBI Pam Bondi in Case No. 6:25-cv-278, Wakat v. FBI, naming Honorable Judge Douglas Kirkley as a defendant; and any other relief as may be just and proper under law.

## CERTIFICATE OF SERVICE

I certify that on this 5th day of December 2025, I served a true and correct copy of this Motion **MOTION FOR DEFAULT JUDGMENT AGAINST PLAINTIFFS/APPELLANT/MORTGAGEE WINN** by U.S. Mail on the parties listed below. Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 28 U.S.C. § 1651(a), Movant respectfully requests that the Clerk of Court issue electronic notice to all parties listed herein.

1. **Joli A. Lofstedt**, Chapter 7 Trustee
   Trustee 19, P.O. Box 270461, Louisville, CO 80027
   Email: joli@jaltrustee.com • Phone: (303) 513-2845
2. **Brenda Combstock,** Assistant Trustee, Email: brenda@jaltrustee.com
3. **Timothy Swanson,** Counsel for Trustee, Joli A. Lofstedt, U.S. Bankruptcy Court, 1801 California Street, Suite 2700 Denver, Colorado (303) 406-4896 Email: tswanson@fbtlaw.com
4. **Dr. Dreyer**, Clerk of Court, Tulsa County Courthouse, 500 S. Denver Ave. Ste. 200, Tulsa, OK 74103; Phone: (918) 596-5000; Email: marc.dreyer@tulsacounty.org; CV-2024-2320
5. **Office of the U.S. Bankruptcy Court Clerk**
   1961 Stout Street, Suite 12-200, Denver, CO 80294
   Email: USTPRegion19.DV.ECF@usdoj.gov • Phone: (303) 312-7230
6. **Sam Allen IV,** Attorney for Defendants/Lessee, Lessor, Creditor, Troy Bundy and Lori Bundy, **Case No. CJ-23-229,** address 221 East Dewey Avenue, Sapulpa, OK 74066 Phone: (918) 227-2525 Email: jallen@lahlawyers.com
7. **Colton G. Scott,** Attorney for Lessee, Lessor, Mortgagees, Creditor, Defendant Henry Winn, Linda Winn, and Lamar Advertising Co.. **Case No. 25-16650-MER; CJ-25-5084; 25-5114; 25-5094;** address 400 West Fourth Street Claremore, Oklahoma 74018, (918) 343-4100, Email: cscott@soonerlaw.com
8. **Mack Greever, OBA # 3588,** Attorney for Attorney for Lessee, Lessor, Mortgagees, Creditor, Defendant Henry Winn, Linda Winn, and Lamar Advertising Co. **Case No. 25-16650-MER; CJ-25-5084; 25-5114; 25-5094; CJ-25-171, CV-25-0048, CJ-25-131,** address 104 South Missouri Ste. 400 Claremore, Oklahoma 74018, (918) 342-2222, Email: mack@greeverlaw.com
9. **William Hickman, OBA # 18395**, Hickman Law Group, PLLC, Attorney for Lessee, Defendant, Creditor, Lamar Advertising Co.. **Case No. 25-5114; 25-5094; CV-2024-2320; CJ-25-171; CJ-25-131; CV-25-0048 CJ-25-5084**, address 330 West Gray Street, Ste. 170, Tulsa, Oklahoma 73069, (405) 605-2375, Email: hickman@hickmanlawgroup.com

10. **R. Lawson Vaughn,** Defendant, City of Tulsa Attorney, **Case No. 25-5114; 25-5094; CV-2023-1583; CV-2024-2320; CJ-25-5084,** address 175 East 2nd Street, Tulsa, Oklahoma 74103 (918) 596-7717, Email: lvaughn@cityoftulsa.org

11. **Andrew Shanks, OBA # 22298, and William C. Searcy, OBA # 17938,** Attorney for Plaintiff, Lessee, Appellees, Plainview Salvage Inc.. **Case No. SC-24-13707; CJ-25-159; CJ-25-171, 25-5114; 25-1332; 25-5135; 25-1337; 25-1674** address 2727 East 21st Street, Ste. 200, Tulsa, Oklahoma 74114, Phone: (918) 747-8900. Email: ashank@ellerdetrich.com,

12. **Nicholas Tait, OBA No. 22739,** Attorney for Plaintiff, TD BANK USA, N.A. v. Lori Bundy, **Case No. 25-7748,** 5200 S. Yale Suite 505. Tulsa, Oklahoma 74135 (877) 215-2552, Email:LawfirmOK@RaushStrum.com

13. **Megan M. Beck, OBA # 30962,** Attorney for Petitioner/Lessee, Lori A. Bundy v. Troy D. Bundy **Case No. FD-23-1459;** address 320 South Boston Avenue Suite 718 Tulsa, Oklahoma 74103 Phone (918) 295-6418 Email: megan@meganbecklaw.com

14. **Stephanie Lorbiecki, OBA # 11667,** Lorbiecki Law Office, Attorney for Respondant/Defendant Troy D. Bundy **Case No. FD-23-1459,** Post Office Box 2316 Sapulpa, Oklahoma 74067 Phone: (918) 224-3936 Email: stefanielaw7@gmail.com

15. **Hugh H. Fudge OBA # 20487, Dani L. Schinzing OBA # 32113, Emily R. Remmert OBA # 22110, Sean A. Nelson OBA # 30194, Keith A Daniels OBA # 19788,** Robinson, Hoover & Fudge, PLLC Attorney for Plaintiff First Fidelity Bank, N.A. v. Troy D. Bundy, **Case No. 25-782,** mailing address P.O. Box 1748 Oklahoma City, Oklahoma 73101 Phone (405) 232-6464 Email: lawmail@rhfok.com

16. **Stephan L. Bruce, OBA # 1241, Everette C. Altdoerffer, OBA # 30006, Leah K. Clark, OBA # 31819, Clay P. Booth, OBA # 11767, Roger M. Coil, OBA # 17002, Adam W. Sullivan, OBA # 35748.** Attorneys for Plaintiff Capital One, N.A. v. Troy D. Bundy Case No. 25-4913, P. O. Box 808 Edmond, Oklahoma 73083 Phone (405) 330-4110, Email: brucelaw@sbrucelaw.com

17. **Henry and Linda Winn** Creditor, Mortgagee, Lessee, Lessor, President of Plainview Salvage Inc. EIN # 73-1511706, 23610, 23780, 23882 East Admiral Place Catoosa Oklahoma 74015, 219 Williamsburg Street Catoosa, Oklahoma 74015, 7777 East 38th Street, Tulsa, Oklahoma 74145, Phone (918) 645-4695. Email: iris.wn@sbcglobal.net

18. **Robert Rainbolt,** Lessee, Mortgagor, Plaintiff, President of Plainview Salvage Inc., EIN # 73-1511706, Case No. 25-5114; 25-5135; 25-1337; 25-1674, CJ-25-159, 23610 East Admiral Place Catoosa Oklahoma (918) 266-5811, 1026 North Mingo Rd. Tulsa, Oklahoma 74116 (918) 697-8223, Email: robertrainbolt1991@gmail.com

19. **P. Clayton Eubanks,** Chief Legal Counsel, Defendant Case No. CJ-25-5084, Tulsa Field Office, 1 West Third Street, Ste. 1600 Mailbox # 3, Tulsa, Oklahoma 74103, (918) 918-3773 Email: jenna.bedwell@mines.ok.gov

20. **Troy D. Bundy and Lori Bundy,** Defendants, Lessor, Lessee, Creditor, Case No. 23-229; 25-5137; 25-16650-MER, 1020 East 39th Street, Tulsa Oklahoma 74105 (918) 855-3058 Email: jallen@lahlawyers.com

21. **Steven W. Soule,** OBA. No. 13781. 521 East 2nd Street, Suite 1200, Tulsa, Oklahoma 74120
Phone: (918) 594-0400, Email: ssoule@hallestill.com

22. **U.S. Court of Appeals for the Tenth Judicial District**, Byron White Court House, 1823 Stout Street, Denver Colorado, 80257 Phone: 303-844-3157

Respectfully Submitted,

August Wakat, Debtor , Pro Se'

DON NEWBERRY COURT CLERK
2025 DEC -5 P 1:49

**EXHIBIT A Defendant filed a Contract for Sale of Real Estate dated February 11, 2016 in the amount of $255,000.00, a copy of which is attached hereto as Exhibit A for the Court's record, and purported to encumber Tract A located at 23882 East Admiral Place, Catoosa, Oklahoma 74015 (mortgaged only 85 ft × 113 ft by survey, Lot 1, Sec. 4, T19N, R15E, pg. 5 of 8), as later recorded in Document No. 2025-4452, Book 3059, Page 0176 on April 8, 2025.**

# AFFIDAVIT OF CORRECTION
## (SWORN STATEMENT)

State of Oklahoma )

) ss

County of Wagoner )

Doc # [illegible] B: [illegible] P: 0172
[illegible] Pg: 1 of Pgs: 8
Fee: [illegible]
Lori [illegible], Wagoner County Clerk
Wagoner County - State of Oklahoma

SEAL

Date: April 08, 2025

To Whom It May Concern:

I, August Wakat, ("Affiant"), hereby declare and acknowledge that this Affidavit is for the purpose of correcting the following and making them accurate and true:

Title: Contract for Sale of Real Estate
Date: April 07, 2025
Description of Error: Tract A, Address, DOC # 2025-4427 B:3059 P:0057, Corporate Limits Marked None, Industrial Zoning, DOC # 2025-3667 B: 3054 P: 0537

Description of Correction: Tract A, Address 23802 East Admiral Place, Catoosa, OK 74015

City of Tulsa Ordinance # 20244, ZONING, Non- Conforming Use, RECE # 200116930 B:1183 P: 357

City of Tulsa, NOTICE OF VIOLATION-ZONING DOC # 2025-3667 B:3054 P: 0544

Affiant's Signature: [signature] Date: Apr 1 08, 2025

August Wakat

**NOTARY ACKNOWLEDGEMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Oklahoma )

) ss

County of Tulsa )

On Apirl 08 , 2025, before me, Jamie Wakat, personally appeared August John Wakat, Jr., who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Oklahoma that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JAMIE WAKAT
Notary Public, State of Oklahoma
Commission # 23011141
My Commission Expires 09-17-2027

Signature [signature]

*Notary, Jamie Wakat*

# CONTRACT FOR SALE OF REAL ESTATE

THIS CONTRACT, made and entered into this 11th day of February, 2016, by and between Henry J. Winn and Linda I. Winn, husband and wife, Sellers and August J. Wakat, a single person, the Buyer.

WITNESSETH: That the Sellers have sold and agrees to convey, as herein provided, the following described real estate in Wagoner County, State of Oklahoma, to-wit:

A tract of land being a portion of the West 10.14 acres of Lot 1, Section 4, Township 19 North, Range 15 East, Wagoner County, State of Oklahoma, being more particularly Described as follows: Commencing from the Northwest corner of said tract on a bearing Of S-01-35-25-E a distance of 283.13 feet to the point of beginning; thence N-88-45-34-E a distance of 660.91 feet to a point on the East Line of the West 10.14 Acres of said Lot 1; thence S-01-32-28-E a distance of 385.64 feet to a point on the South Line of said Lot 1; thence S-88-40-38-W a distance of 660.57 feet to a point being the Southwest corner of said Lot 1; thence N-01-35-25-W a distance of 386.59 feet to the Point of beginning, containing 5.86 acres more or less.

Together with any and all mineral interests owned by Seller and with all improvements thereon, if any, in their present condition, ordinary wear and tear excepted. The Buyer agrees to allow Henry J. Winn the use of the building and the land it occupies for the remainder of his life only on the following tract, being a partial of the above described land to wit:

Beginning at the NE corner of said land, thence South 85 feet to a point; thence West 113 feet to a point; thence North 85 feet to a point; thence East 85 feet to the point Of beginning.

The income from an existing sign only is reserved to Henry J. Winn or Linda I. Winn, for the remainder of their lives only.

The parties further agree that Henry J. Winn shall have the exclusive use of the building to personally rebuild automobiles. Henry J. Winn shall first get the approval, in writing, from Buyer should he desire to change his use or assign or permit a third party to use the building.

Upon approval hereof by both Buyer and Sellers a valid and binding contract of sale between the Sellers and Buyer shall exist, the terms of which are as follows:

The total purchase price is $255,000.00 and shall be payable by August J. Wakat giving a note and mortgage to Sellers in the said amount $255,000.00 ($2001.64 payable monthly) bearing 5% interest and for a term of one hundred eighty-two (182) payments, the first payment being due on the 1st day of March, 2016.

SEAL

Doc # 2020-4452 B: 3080 P: 0173
04/08/2020 09:38:33 AM Pg: 2 of Pgs: 8
Fee: $ 32.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

Doc # 2020-4487 B: 3080 P: 0083
04/07/2020 08:28:48 AM Pg: [illegible] of Pgs: 7
Fee: $ 28.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

SEAL

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Doc # 2025-4452 B: 3059 P: 0174
04/08/2025 09:36:33 AM Pg: 3 of Pgs: 8
Fee: $ 32.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

## THE FOLLOWING CONDITIONS ARE TO APPLY TO THIS SALE:

1. Seller shall furnish Buyer an abstract of title certified to date, showing a good and merchantable title in the Seller's name subject to easements, building restrictions of record and mortgages, if any. Buyer shall have 10 days thereafter in which to have the abstract examined and furnish Seller notice in writing of any objections thereto. In case of valid objections to the title, the Seller shall have 90 days or such additional time as may be agreed to in writing to meet same. However, should the Buyer furnish any objections to the title which the Seller may be unable or unwilling to remove or comply with, Seller may furnish Buyer, at Seller's expense, a paid up owner's policy of title insurance or title guaranty issued by a company licensed to do business in the State of Oklahoma, a binder for which shall be considered by both Buyer and Seller as a complete satisfaction of title. In the event the title cannot be perfected and same is not insurable, or Seller does not approve this contract, this contract shall be of no further force and effect.

2. If no objections are made within the time above specified or, if made, when same have been met or binder for title insurance or guaranty obtained, as above provided, Seller shall deliver a properly executed General Warranty Deed conveying the above property on the 11th day of February, 2016. and the balance of said note shall be paid thereafter on the 1st day of each month in the amount of $2001.64 for one hundred eighty-two (182) months or until said note is paid in full. There shall be no prepayment charge should the Buyer pay the balance owed on said note and mortgage to Seller in advance of the end of the term.

3. It is further agreed between the parties that the Buyer will execute a purchase money mortgage as above provided on the above described property to secure the note on said property. Should the Buyer fail to make the payments as agreed and it is necessary for Seller to foreclose the mortgage the Buyer shall, in addition to the note, pay all costs necessary in the foreclosure proceeding.

4. The Seller shall pay in full all special assessments against the property upon the date of delivery of Deed, whether any or all installments of such assessments are matured or un-matured. The Seller shall also pay in full all State and Municipal taxes, general and special, which are a lien on said property, upon date of delivery of Deed; however unpaid general ad valorem taxes for the taxes for the current year has not then been fixed, the proration shall be based upon the rate of levy for the previous calendar year. Rents and interest are to be adjusted to the date of delivery of Deed. The Buyer agrees to assume all special assessments and taxes which thereafter matures.

5. It is acknowledged that the Buyer shall have possession of the premises on the 11th day of February, 2016, and that closing of the sale and delivery of the General Warranty Deed shall be on or before the 1st day of March, 2016.

Doc # 2025-4027 B: 3058 P: 0084
04/07/2025 02:23:48 PM Pg: 2 of Pgs: 7
Fee: $ 30.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Doc # [illegible] B: [illegible] P: [illegible]
[illegible] Pg: [illegible] of Pgs: 7
Fee: [illegible]
Lori [illegible], [illegible] County Clerk
[illegible] County - State of Oklahoma

SEAL

6. Special conditions:

A. Buyer accepts the property in its "as-is" condition including building and improvements.

7. This agreement shall inure to the benefit of and be binding upon the Seller and Buyer, their heirs, legal representatives, successors and assigns.

Accepted under the above terms and conditions.

**BUYER:**

August J. Wakat

**SELLERS:**

[illegible] L. Winn, Individually

Linda I. Winn, Individually

**STATE OF OKLAHOMA** )
) **ss.**
**COUNTY OF TULSA** )

Before me, the undersigned, a notary public, in and for said County and State on this 11th day of February, 2016, all parties personally appeared, to me known to be the identical persons who subscribed their names to the foregoing, and acknowledged to me that they executed the same as their free and voluntary acts and deed, for the uses and purposes therein set forth.

Given under my hand and seal the day and year last above written.

Notary Public

My Commission Expires: 1/25/2020

TULSA COUNTY

Doc # [illegible] B: [illegible] P: [illegible]
[illegible] Pg: 4 of Pgs: 8
Fee: [illegible]
Lori [illegible], [illegible] County Clerk
[illegible] County - State of Oklahoma

SEAL


Plat of Survey
Boundary
of
A part of Lot 1
Sec. 4, T-19-N, R-15E
Wagoner County, Oklahoma
R 15 E
T 19 N
Location Map
SEAL
Legend
Highway 412
Legal Description – Tract A
East Adelaid Place
3.55 Acres
85 ft
85 ft
This is Henry Section
Doc # 2025-4427 Bk 3059 P: 0056
04/07/2025 02:23:46 PM Pg: 4 of Pgs: 7
Fee: $ 36.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma
Legal Description – Tract B
Notes
Surveyor's Statement
Benchmark Surveying and Land Services, Inc.

Doc # [redacted] B: [redacted] P: [redacted]
[redacted] Pg: [redacted] of Pgs: 7
Fee: [redacted]
Lori [redacted], Wagoner County Clerk
Wagoner County – State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OK

**Affidavit**

State of Oklahoma )
)SS.
County of Wagoner )

On the 22 day of August, 2019, August J. Wakat of lawful age, being duly sworn, state as follows:

This Affidavit is being filed to correct a missing mailing address on a deed filed on the following described real property situated in Wagoner County, Oklahoma, to wit: (provide legal description)

West 10.14 acres of Lot 1, Section 4 township 19 North, Range 15 East, Wagoner County, State of Oklahoma
Tract A

Which deed was recorded in the records of the County Clerk of Wagoner County, Oklahoma in Book________, Page_________.

The Correct Mailing address is as follows:
August J. Wakat
23780 E. Admiral Pl
Catoosa, OK 74015

[signature]
Affiant

ACKNOWLEDGMENT

Doc # [redacted] B: [redacted] P: 0177
[redacted]:35:38 AM Pg: 6 of Pgs: 8
Fee: [redacted]
Lori [redacted], Wagoner County Clerk
Wagoner County – State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OK

STATE OF OKLAHOMA }

COUNTY OF ____________}SS:

Before me, the undersigned, a Notary Public, in and for the said County and State, on this 22 day of August, 2019, personally appeared August J Wakat

to me known to be the identical person who executed the foregoing instrument and acknowledged to me that he/they executed the same as his/their free and voluntary act and deed for the uses and purposes therein set forth.

Given under my hand and seal the day and year last above written.

My Commission Expires 8-11-2020

[signature]
(Notary Public)

(seal)
T K CHANEY
Notary Public, State of Oklahoma
Commission #1600710
My Commission Expires 8/11/2020

[redacted]

Wagoner County Clerk
[redacted] 74467

Po Box 156

7018 0680 0000 5403 3451

[redacted]

Doc # 2025-4487 B: 3058 P: 0058
[redacted] :28:46 PM Pg: 6 of Pgs: 7
Fee: [redacted]
Lori [redacted], Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Doc # 2025-4482 B: 3058 P: 0178
[redacted] :35:33 AM Pg: 7 of Pgs: 8
Fee: [redacted]
Lori [redacted], Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

[illegible] 06/22/2022 [illegible] Pg: [illegible]
Fee: $ 22.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

SEAL

[illegible]

SEAL

# GENERAL WARRANTY DEED

THIS INDENTURE made this 11th day of February, 2016, between Henry J. Winn and Linda I. Winn, husband and wife, of the State of Oklahoma, parties of the first part, hereinafter called party grantors, and August J. Weber, a single person, party of the second part, party grantee.

WITNESSETH: That in consideration of the sum of Ten and No/100 Dollars ($10.00), receipt of which is hereby acknowledged, said party grantors do, by these present, grant, bargain, sell and convey unto said August J. Weber, his heirs and assigns, all of the following described real estate, situated in the County of Wagoner, State of Oklahoma, to-wit:

> A tract of land being a portion of the West 10.14 acres of Lot 1, Section 4, Township 19 North, Range 16 East, Wagoner County, State of Oklahoma, being more particularly described as follows: Commencing from the Northwest corner of said tract on a bearing of S-01-35-35-E a distance of 2[illegible] feet to the point of beginning; thence N-89-45-04-E a distance of [illegible] feet to a point on the East Line of the West 10.14 acres of said Lot 1; thence S-01-[illegible]-E a distance of 305.04 feet to a point on the South Line of said Lot 1; thence S-89-40-38-W a distance of [illegible] feet to a point being the Southwest corner of said Lot 1; thence N-01-35-35-W a distance of 306.59 feet to the point of beginning, containing [illegible] acres more or less.

TO HAVE AND TO HOLD THE SAME, together with all and singular the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining forever.

And said parties, Henry J. Winn and Linda I. Winn, husband and wife, their successors and assigns, do hereby covenant, promise and agree to and with said party grantee, at the delivery of these presents that they are lawfully seized in their own right of an absolute and indefeasible estate in fee simple, of and in all and singular the above granted and described premises, with the appurtenances; that the same are free, clear and discharged and unencumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and encumbrances of whatsoever nature and kind EXCEPT: easements and buildings restrictions of record and special assessments not yet due; and that party grantors will WARRANT AND FOREVER DEFEND the same unto the said party grantee, his heirs and assigns, against said party grantors, their successors or assigns and all and every person or persons whomsoever lawfully claiming or to claim the same.

Doc # 2025-4452 B: 3059 P: 0179
04/08/2025 09:36:33 AM Pg: 8 of Pgs: 8
Fee: $ 32.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY

Doc # 2025-4427 B: 3059 P: [illegible]
[illegible] PM Pg: [illegible] of Pgs: 7
Fee: $ [illegible]
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

**EXHIBIT B, LAMAR BILLBOARD LIEN RELEASE, Doc# 2024-9081 Book: 2985 Page: 0336 dated June 09, 2024, in the amount of Twelve Million Dollars address to the Mortgagee, August John Wakat, Jr. Therefore, in file on Abstract of Title**

# MECHANIC'S LIEN STATEMENT OF CLAIM

Doc # [illegible] B: 3082 P: 0732
[illegible] 11:21:11 AM Pg: 1 of Pgs: 13
Fee: [illegible]
Lori [illegible], Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

STATE OF OKLAHOMA )
) SS
COUNTY OF WAGONER )

ML-25-19

## KNOWN ALL ME BY THESE PRESENTS:

COMES NOW, August Wakat, acting as Petitioner, President, Pro Se, Appellant and "MORTGAGOR", doing business as President of Poeboy Fleming Auto Salvage Inc. (hereinafter "Claimant"), whose address is 23780 East Admiral Place, Tulsa, OK 74015, with telephone number (918) 425-4477. The Claimant has initiated a claim exceeding 12 million dollars against the undersigned August Wakat as "Plaintiff "and defendants under the lease memorandum agreement dated November 22, 2006. In this agreement as exhibit Lease Memorandum, Henry Winn(MORTAGAGEE) is identified as the "Lessor" for the described property, which is recorded in Wagoner County, OK, Book 1756, Page 134; his address is 219 Williamsburg Street, Catoosa, OK 74015, and his phone number is (918) 645-4695. Additionally, Lamar Advertising, referred to as the "Lessee," and represented by Patrick Selcer, whose address is 7777 East 38th St., Tulsa, OK 74145, with phone number (918) 665-1755 and email address pselcer@lamar.com, is a party to the agreement. This claim arises from the labor and materials provided by the Claimant to the plaintiff and defendants in Tulsa County, as detailed in Case CV-2024-2320, involving Henry Winn, Linda Winn, and Lamar Advertising Co., and is based on violations of the City of Tulsa Ordinance as set forth in WORKING IN NEIGHBORHOOD "WIN", Case No. 69279-2023.

- On or about February 23, 2023, Owner August Wakat and Poeboy Fleming Auto Salvage Inc.,was cited under Tulsa Ordinance No. 20244 (Case No. 69279-2023) for violations that required the demolition of the "BUILDINGS" CARS, JUNK, and TRASH where Mr. Winn, resided at 23882 East Admiral Place, Tulsa OK 74015, "LESSOR" and the removal of the "LESSEE" billboard.
- Following the violation notice, Centennial Bank issued Mr. Wakat a release deed valued at $12 million to clear a lien on the entire property, required for the removal of the buildings and sign structure sold to Mr. Wakat from the previous property owner, Mr. Winn.
- Later, plaintiff Wakat and defendants Winn and Lamar received notice (filed on August 08, 2024 in Case No. CV-2023-1583 and again on October 07, 2024 in Case No. CV-2024-2320) regarding acts of repudiation of said Ordinance violations pertaining to the Lease Memorandum and, resulting in the filing of a mechanic's lien against Mr. Wakat property.

• The mechanic's lien being asserted is for $12 million, with any additional amounts to be determined by a jury, see exhibit Centennial Bank, Release Deed dated July 09, 2025.

**This claim appears to hinge on several key points : Repudiation**

• **Lien Basis and Timing:** The mechanic's lien is tied to the violation requirements (demolition of the buildings and billboard) and the subsequent release deed, which allegedly confirms a $12-million obligation submitted to the "MORTGAGOR".

• **Notice and Filing Compliance:** The notice provided to defendants and the filings with Tulsa County Court are intended to perfect the lien rights under the applicable Oklahoma statutes.

• **Amount in Dispute:** The claim seeks excess of $12 million based on the release deed, with any excess (potentially reflecting additional damages, costs of removal, or lost revenue) to be determined at trial. City of Tulsa Ordinance Violations remain instant.

Notice is hereby given as more fully described below and attached hereto as:

- **Exhibit Oklahoma Notice to Quit, O.S. 41 § 132**
- **Exhibit Lease Memorandum, $12 million dollar lien on property description**
- **Exhibit Centennial Bank, Release Deed dated July 09, 2025**

**Address:**
23780 East Admiral Place
Tulsa, OK 74015
City of Tulsa Ordinance No. 20244
Wagoner County, State of Oklahoma

Doc # [illegible] B: 2082 P: 0733
07/17/[illegible] 11:21:11 AM Pg: 2 of Pgs: 13
Fee: $ [illegible]
Lori [illegible], Wagoner County Clerk
Wagoner County - State of Oklahoma

SEAL

**Legal Description:**
A tract of land being a portion of the West 10.14 acres of Lot 1, Section 4, Township 19 North, Range 15 East, Wagoner County, State of Oklahoma, being more particularly described as follows: Commencing from the Northwest corner of said Lot 1; thence S 0°33'25" E a distance of 283.13 feet to the point of beginning; thence N 88°34'36" E a distance of 660.91 feet to a point on the East line of the West 10.14 acres of said Lot 1; thence S 01°32'28" E a distance of 385.64 feet to a point on the South line of said Lot 1; thence S 88°40'35" W a distance of 611.57 feet to a point being the Southwest corner of said Lot 1; thence N 01°25'54" W a distance of 386.59 feet to the point of beginning, containing 5.86 acres more or less.

**On March 07, 2025**, the Claimant last furnished labor, materials, storage, maintenance, legal fees, notices, and paid taxes on assessed materials under an agreement with August Walast, Henry Winn (who stated "I will HELP you tear down the building"), and Linda Winn, known as the "MORTGAGEE" and/or "LESSOR." See **Exhibit Oklahoma Notice to Quit, O.S. 41 § 132.**

The sum stated above is just, due and unpaid, and Claimant has and claims a lien upon said buildings and sign structure and premises on which the same is situated in excess of amount of Twelve-Million-Dollars and zero cents (12,000,000.0), together with interest, attorney fees and other changers, according to the law of the State of Oklahoma.

Doc # [redacted]-3?78 B: 3022 P: 0734
03/17/[redacted] 11:21:11 AM Pg: 3 of Pgs: 12
Fee: $ [redacted]
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Dated this 12th Day of March, 2025.

August Wakat, Claimant,

## AFFIDAVIT

**STATE OF OKLAHOMA )**
**) SS**
**COUNTY OF WAGONER )**

**AFFIANT:** *August Wakat*, Poeboy Fleming Auto Salvage Inc., of lawful age, being first duly sworn, upon oath states that he has read this statement and knows the contents thereof; that he is the owner, the name of the claimant, the description of the property upon which the lien is claimed, and the items of the account as therein set forth are just, true, correct, and unpaid.

**August Wakat, President, Claimant**

**NOTARY ACKNOWLEDGMENT**

**State of Oklahoma)**
**County of Tulsa)**

On this 12th day of March, 2025, before me, the undersigned Notary Public, personally appeared August Wakat, in Tulsa County, OK, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to this document, and acknowledged that he/she/they executed the same for the purposes therein contained.

**WITNESS** my hand and official seal.

**Notary Public Signature**
Jamie Wakat

JAMIE WAKAT
Notary [redacted] of Oklahoma
Commission # 23011141
My Commission Expires 08-17-2027

**My Commission Expires:** 08-17-2027
**Notary Commission Number:** 23011141

**CERTIFICATE OF MAILING**

I, August Wakat, hereby certify that on the 17th day of [illegible] 2025, I caused a true and correct copy of the attached document to be placed in the United States Mail, postage prepaid, filing with the Wagoner County Clerk, Lori Hendricks, 307 E. Cherokee St., Wagoner, OK 74467, and addressed to the following recipient(s):

11:31:11 AM Pg: of Pgs:
Lori, Wagoner County Clerk
Wagoner County - State of Oklahoma
SEAL

# OKLAHOMA IMMEDIATE NOTICE TO QUIT

*IN ACCORDANCE WITH 41 Okl. St. Ann. § 132*

In the District of Wagoner County, Oklahoma

TO: Henry & Linda Winn Trust (TENANT IN POSSESSION)

You will take notice that you are justly in violation of your lease agreement due to the following:

For violation of the lease described as:

City of Tulsa deemed building in Violation 70.080 A, 80.040 F

## CERTIFICATE OF SERVICE

I certify that on the 18th day of April, 2024 I served this notice to Henry Winn by: August Ashcraft
3882 East Admiral Place Tulsa OK 74015

☐ - Delivering it personally to the person in possession.

☑ - Delivering it on the premises to a member of his/her family who is over the age of twelve (12) and residing with the tenant.

☐ - Posting a copy at a conspicuous place on the dwelling unit, and mailing a copy to the person in possession through certified mail.

☐ - Certified mail, with a return receipt request, addressed to the person in possession.

Signature [signature]

Oklahoma Notice to Quit
41 OKl St Ann § 132

1. Henry Winn and Linda Winn (Lessor/Mortgagee)
   Address: 219 Williamsburg Street, Catoosa, OK 74015
   Phone: (918) 645-4695
   Email: iris.wn@sbcglobal.net
   Certified Mail Tracking Number: 9590 9402 9017 4122 9577 48

2. Attorney for Defendant, Lamar Advertising Company:
   William H. Hickman, OBA #18395
   HICKMAN LAW GROUP, PLLC
   330 West Gray Street, Suite 170
   Norman, Oklahoma 73069
   Phone: (405) 605-2375
   Email: hickman@hickmanlawgroup.com

3. Attorney for Henry & Linda Winn:
   Mack Greever, OBA #3588
   P.O. Box 1647 / 104 S. Missouri, Suite 200
   Claremore, OK 74018 / 74017
   Email: mack@greeverlaw.com

4. Lessee's Representative:
   Patrick Selcer
   Lamar Advertising
   7777 East 38th St.
   Tulsa, OK 74145
   Phone: (918) 665-1755
   Email: pselcer@lamar.com

I declare under penalty of perjury under the laws of the Tulsa County, State of Oklahoma that the foregoing is true and correct. The undersigned hereby certifies that the original of the foregoing was mailed to the person (or firm) to whom directed, at the address above shown, by Certified Mail No. 9590 9402 9017 4122 9577 48, return receipt requested, with postage prepaid thereon, this 17th day of March, 2025

Respectfully Submitted,

[signature]

August Wakat, President, Claimant

Total Pages 13, including exhibits.

Doc # [illegible] B: [illegible] P: 0735
[illegible] 11:[illegible]:11 [illegible] Pg: 4 of Pgs: 13
Fee: [illegible]
Lori [illegible], [illegible] County Clerk
[illegible] County - State of Oklahoma

SEAL

 MECHANIC'S LIEN STATEMENT OF CLAIM

[illegible]
[illegible] Pg: [illegible] of Pgs: 13
Fee: [illegible]
Lori [illegible], [illegible] County Clerk
[illegible] County - [illegible]

SEAL

# OKLAHOMA IMMEDIATE NOTICE TO QUIT

*IN ACCORDANCE WITH 41 OKL. St. Ann. § 132*

In the District of Wagoner County, Oklahoma

Henry & Linda Wiand [illegible]

TO: Trust (TENANT IN POSSESSION)

You will take notice that you are justly in violation of your lease agreement due to the following: 23882 East Admiral Pl Tulsa OK 74015

For violation of the lease described as;

City of Tulsa deemed building in
Violation 70.080 A, 80.040 F
10 Day Notice

Under Oklahoma law, you are required to vacate the premises IMMEDIATELY due to the above-stated violation. If you do not leave the property, the landlord will file a forcible entry and detainer action.

This document has been dated this 18 day of April, 20 24

[signature]

Landlord (Signature)

August J. Wakat

Landlord (Print Name)

[illegible] 11:21:11 AM Pg: 7 of Pgs: 13
[illegible]
[illegible] County Clerk
[illegible] County - State of Oklahoma
SEAL

# CERTIFICATE OF SERVICE

I certify that on the 18th day of April, 2024 I served this notice to Henry Winn by: Anna st arket
23882 East Admiral Pl Tulsa OK 74015

☐ - Delivering it personally to the person in possession.

[x] - Delivering it on the premises to a member of his/her family who is over the age of twelve (12) and residing with the tenant.

☐ - Posting a copy at a conspicuous place on the dwelling unit, and mailing a copy to the person in possession through certified mail.

☐ - Certified mail, with a return receipt request, addressed to the person in possession.

Signature [signature]

Oklahoma Notice to Quit
41 Okl St Ann S 132

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

[illegible] Advertising

[illegible] Book: 17[illegible] Pg: 134 [illegible] - 135 [illegible] Wagoner County, State of Oklahoma

2882 ABCD

STATE OF OKLAHOMA
COUNTY OF Wagoner

## MEMORANDUM OF LEASE

FOR AND IN CONSIDERATION [illegible] cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Henry Winn ("Lessor") and BWB Sign, Inc., d/b/a [illegible] Outdoor Advertising, P.O. Box [illegible], [illegible], Oklahoma 73070 ("Lessee") do hereby acknowledge that certain Lease Agreement entered into this same date, concerning that certain parcel of land situated in Wagoner County, Oklahoma, more particularly described in Exhibit "A," which is attached hereto and incorporated by reference, and said Lessor and Lessee do hereby file this Memorandum of Lease in order to provide the public with notice of said underlying Lease Agreement.

INDEXING INSTRUCTIONS: [illegible] Quarter, Section [illegible], Township 19N Range 15E Wagoner County, Oklahoma

IN WITNESS WHEREOF, the parties have caused this Memorandum of Lease to be executed as of the 28th day of November, 2006.

Lessor: [signature]

By: [signature]

Title: Owner

Lessee:
BWB Sign, Inc.
d/b/a [illegible] Outdoor Advertising

By: [signature]

Title: [illegible]

STATE OF Oklahoma
COUNTY OF Rogers

Personally appeared before me, the undersigned authority in and for the said county and state, on this, the 28th day of November, 2006 within my jurisdiction, the within named Henry Winn, who acknowledged that (he)(she)(they) executed the above and foregoing instrument.

My commission expires: 10-10-2010

[signature]

(SEAL)

(NOTARY PUBLIC)

[illegible notary stamp]

STATE OF Oklahoma
COUNTY OF Cleveland

Personally appeared before me, the undersigned authority in and for the said county and state, on this, the 29th day of November, 2006 within my jurisdiction, the within named [illegible], who acknowledged that he is President of BWB Sign, Inc. d/b/a [illegible] Outdoor Advertising, and that in said representative capacity he executed the above and foregoing instrument, after first having been duly authorized so to do.

My commission expires: Nov 5 2010

[signature]

(NOTARY PUBLIC)

(SEAL)

Doc # [illegible] B: 3682 P: 0730
[illegible] 11:21:11 AM Pg: 8 of Pgs: 13
Fee: [illegible]
Lori [illegible], Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Doc # 2025-2275 B: 3082 P: 0760
03/17/2025 11:21:11 AM Pg: 9 of Pgs 13
Fee: $ 52.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

SEAL

A tract of land being a portion of the West 18.14 acres of Lot 1, Section 4, Towns
19 North, Range 15 East, Wagoner County, State of Oklahoma, being more particularl
described as follows: Commencing from the Northwest corner of said tract on a bear
of S-01-35-25-E a distance of 303.13 feet to the point of beginning; thence N-88-[illegible]
34-E a distance of 660.91 feet to a point on the East Line of the West 18.14 acres
of said Lot 1; thence S-01-38-20-E a distance of [illegible].64 feet to a point on the Sou
line of said Lot 1; thence S-88-40-30-W a distance 660.57 feet to a point being th
Southwest corner of said Lot 1; thence N-01-35-25-W a distance of [illegible].39 feet to
the point of beginning, containing 5.06 acres more or less.

Doc # [illegible] B: [illegible] P: [illegible]
03/17/2025 11:21:11 AM Pg: 10 of [illegible]
Fee: $ 52.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

SEAL

[illegible]

RECORDING REQUESTED BY AND WHEN
RECORDED RETURN TO:

Jody M. McCormick
WITHERSPOON, KELLEY, DAVENPORT
& TOOLE, P.S.
422 West Riverside Avenue, Suite 1100
Spokane, Washington 99201

First American Title & Trust
[illegible]

SEAL

| | |
|---|---|
| Reference No.: | 2007-10064, Book 1717, Pg 440 |
| Assignor: | LINDMARK OUTDOOR ADVERTISING, LLC |
| Assignee: | GLADSTONE BUSINESS LOAN, LLC |

## MODIFICATION OF ASSIGNMENT OF LEASES

THIS MODIFICATION OF ASSIGNMENT OF LEASES ("Modification") is dated as of August 15, 2008 (the "Effective Date"), by LINDMARK OUTDOOR ADVERTISING, LLC, an Oklahoma limited liability company, formerly known as Lindmark Outdoor, LLC, and successor by merger to BWB Sign, Inc., a Texas corporation and to Premier OKC, LLC, an Oklahoma limited liability company ("Assignor"), to and for the benefit of GLADSTONE BUSINESS LOAN, LLC, a Delaware limited liability company ("Assignee").

Reference is hereby made to that certain Assignment of Leases ("Assignment") dated November 1, 2007, from Assignor to Assignee encumbering real property located in Wagoner County, Oklahoma. Said Assignment was recorded on November 13, 2007, under Wagoner County Recorder's File No. 2007-10064, Book 1717, Pgs. 440-449 (see Exhibit A attached hereto and incorporated by reference for complete legal description).

In consideration of the mutual benefits contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor and Assignee hereby agree that the Assignment is modified to provide that it shall secure the following obligation:

> Replacement Promissory Note ("Note") dated as of August 13, 2008, executed by Assignor in favor of Assignee in the original principal amount of Twelve Million and 00/100 ($12,000,000.00), with interest thereon, together with all costs and fees, including attorneys' fees, incurred by Assignee in enforcing the obligations set forth therein.

Except for the modifications set forth herein, all of the remaining terms and conditions of the Assignment shall remain in full force and effect.


[illegible]

4/17.00

Doc # [illegible] B: [illegible] P: [illegible]
[illegible] 11:21:11 AM Pg: 11 of Pgs: 12
Fee: $ [illegible]
Lori [illegible], Wagoner County Clerk
Wagoner County - State of Oklahoma
COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

**From:** Jodi Allgood
**Sent:** Tuesday, July 9, 2024 11:30 AM
**To:** august@poeboyssalvage.com
**Subject:** FW: US BILLBOARD INC

August,
Please see attached release deed we discussed, release was filed this morning.
Thank you.

**Jodi Allgood** | Special Assets Director, SVP
Tel 501.941.4251 | Mob 501.605.7194 | Fax 501.941.[illegible]
Centennial Bank | 15500 W Greystone Blvd | Cabot, AR 72023
Web www.my100bank.com | Blog community.my100bank.com
NMLS#1120591

If you do not wish to receive collection communication by email from Centennial/Happy State Bank, please reply to this email and change the subject line to "STOP".

View our Bank Owned properties at: https://www.my100bank.com/bank-owned-real-estate

ARKANSAS • ALABAMA • FLORIDA
NEW YORK • TEXAS

HAPPY.

*This e-mail and any files transmitted with it are the property of Centennial Bank and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender at 501.941.4251 and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.*

[illegible]

SEAL

Record and Return To:
Centennial Bank
620 Chestnut St
Conway, AR 72032

Doc # [illegible] B: [illegible] P: 0743
[illegible] 11:31:11 AM Pg: 12 of Pgs: 13
Fee: [illegible]
Lori [illegible], Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Loan #: [redacted]

## SATISFACTION OF MORTGAGE, [illegible]

FOR VALUABLE CONSIDERATION [illegible] acknowledged, the [illegible] certify that a certain [illegible] INTEREST, by [illegible] and is hereby [illegible] released as described below:

Original Lender: [illegible]
Dated: [illegible] Recorded: [illegible] Book: [illegible] Page: [illegible] in Wagoner County, OK
Legal: See Attached Exhibit "A"
Amended Real Estate Mortgage with Power of Sale Dated: [illegible] Recorded: [illegible] in Book/Page: [illegible]

The party executing this instrument is the present holder of the document described herein. IN WITNESS WHEREOF, this instrument was executed and delivered by the undersigned on 07/08/2024.

Centennial Bank

By: [signature]
Name: Jodi L Allgood
Title: Vice President

STATE OF Arkansas } S.S.
COUNTY OF [illegible]

On 07/08/2024, before me, [illegible], Notary Public, personally appeared Jodi L Allgood, Vice President of Centennial Bank, personally known to me (or proved to me the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that [illegible] executed the same in her/his/their authorized capacity, and that by [illegible] signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

[signature]

Notary Public: [illegible]
My Commission Expires: [illegible]
Commission #: [illegible]

[illegible]

Doc # 2025-3275 B: [illegible] P: [illegible]
03/17/2025 11:21:11 AM Pg: 13 of Pgs: 1[illegible]
Fee: $ 52.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

SEAL

[illegible] Pgs: 2
Fee: [illegible]
Lori Hendricks, County Clerk
Wagoner County - State of Oklahoma

SEAL

# EXHIBIT "A"

## LEGAL DESCRIPTION FOR TULSA COUNTY PROPERTY

Pursuant to a Lease dated March [illegible], [illegible], between U.S. Billboards, Inc. and Steve J. Mehon the Real Property is described as follows.

The East Half of the East Half of the East Half (E/2 E/2 E/2) of Lot Two (2) and the West 330 feet of Lot One (1) and the West Half of the East Half of the East Half (W/2 E/2 E/2) of Lot Two (2) and the East Half of the West Half of the East Half (E/2 W/2 E/2) of Lot Two (2), LESS Roadway Easements, all in Section 2, Township 19 North, Range 14 East of the Indian Base and Meridian, Tulsa County, State of Oklahoma, according to the U.S. Government Survey thereof, a/k/a Mac's Mobile Homes, an Addition in Tulsa County, State of Oklahoma, according to the recorded plat thereof.

## LEGAL DESCRIPTION FOR WAGONER COUNTY PROPERTY

Pursuant to a Lease dated March [illegible], [illegible], between U.S. Billboards, Inc. and Henry Winn the Real Property is described as follows.

A tract of land being a portion of the West 10.14 acres of Lot 1, Section 4, Township 19 North, Range 13 East, Wagoner County, State of Oklahoma, being more particularly described as follows:

Commencing from the Northwest corner of said tract on a bearing of South 01°35'25" East a distance of [illegible] feet to the point of beginning; thence North [illegible] East a distance of [illegible] feet to a point on the East line of the West 10.14 acres of said Lot 1; thence South [illegible] East a distance of [illegible] feet to a point on the South line of said Lot 1; thence South [illegible] West a distance of 660.57 feet to a point being the Southwest corner of said Lot 1; thence North 01°35'25" West a distance of [illegible] feet to the point of beginning, containing 5.86 acres, more or less.

**Exhibit C, Voluntary/Consensual Lien Agreement, Doc. 2025-4390, Book 3058, Page 0793 (6 pages), the agreement was made to Estella Wakat-Aikins, Vice President of Poeboy Fleming Auto Salvage, Inc., in the amount of $1,951,200.00 (One Million Nine Hundred Fifty-One Thousand Two Hundred Dollars), with interest at ten percent per annum.**

# AFFIDAVIT OF CORRECTION
## (SWORN STATEMENT)

Doc # 2025-4550 B: 3058 P: 0782
04/07/2025 10:55:45 AM Pg: 1 of Pgs: 5
Fee: $ 15.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Date: April 07, 2025

To Whom It May Concern:

I, August Wakat ("Affiant"), hereby declare and acknowledge that this Affidavit is for the purpose of correcting an error located on the following document:

Title: Voluntary/Consensual Lien Agreement

Date: MarcH 31, 2025

Description of Error: Doc #2025-4057 B:3056 P:0581, B:3056 P:0582

Description of Correction: Lessee Changed to Lessor

Under penalty of perjury, I hereby declare and affirm that the above-mentioned statement is, to the best of my knowledge, true and correct.

Affiant's Signature: [signature] Date: April 07, 2025

## NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Oklahoma
County of Tulsa

On April 07, 2025, before me, Jamie Wakat, personally appeared August Wakat who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Oklahoma that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JAMIE WAKAT
Notary Public, State of Oklahoma
Commission # 23011141
My Commission Expires 08-17-2027

Signature [signature] (Seal)

04/07/2025 10:08:45 AM Pg: 2 of Pgs: 8
Fee: $ 28.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

SEAL

# VOLUNTARY/CONSENSUAL LIEN AGREEMENT

**Effective Date:** This Agreement is made and entered into as of the 29th day of March, 2025 (the "Effective Date").

STATE OF OKLAHOMA )
) ss
COUNTY OF WAGONER )

Doc # [illegible] B: [illegible] P: [illegible]
03/31/2025 [illegible] Pg: 1 of Pgs: 5
Fee: $ [illegible]
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

SEAL

## 1. Parties

**Lessee:**
Estella Wakat Aikins, Vice-President of Poe Boy Flemming Auto Salvage, Inc. (AD-3134-25)
Principal Place of Business: 23780 East Admiral Place, Tulsa, Oklahoma 74015

**Lessor:**
August Wakat, Property Owner and Debtor
Principal Residence: 33050 Tall Timber Trace, Trinidad, Colorado 81082

Collectively, the "Parties."

## 2. Property Description

In the Memorandum of Lease, Doc No. 2025-3274, B:3052 P: 0729 as Exhibit A:

The lien is imposed on the following property (the "Property"):

- **Address:**
  23780 East Admiral Place, 23610 East Admiral Place, 23882 East Admiral Place, Catoosa, Oklahoma 74015

- **Legal Description:**
  A tract of land being a portion of the West 10.14 acres of Lot 1, Section 4, Township 19 North, Range 15 East, Wagoner County, State of Oklahoma, described as follows:
  Commencing from the Northwest corner of said Lot 1; thence S 03°23'25" E a distance of 283.13 feet to the point of beginning; thence N 88°43'36" E a distance of 660.91 feet to a point on the East line of the West 10.14 acres of said Lot 1; thence S 01°32'38" E a distance of 385.64 feet to a point on the South line of said Lot 1; thence S 88°40'35" W a distance of 611.57 feet to a point being the Southwest corner of said Lot 1; thence N 01°25'54" W a distance of 386.59 feet to the point of beginning, containing 5.86 acres more or less.

Alternatively, for other transactions, the Property may be identified as:

23780 East Admiral Place, Catoosa, Oklahoma 74015 and further described in General Warranty Deed 2019-10805 Book 2521, Page 0226, in Wagoner County, State of Oklahoma.

[illegible] Pg: 2 of Pgs: 5
Fee: [illegible]
Lori [illegible], [illegible] County Clerk
[illegible] County - State of Oklahoma
SEAL

## 3. Recitals

WHEREAS, due to ordinance violations related to the construction of leased buildings and sign structures by the former owners, Henry Wims, Linda Wims, Husband and Wife, the City of Tulsa has imposed daily fines of $1,200.00 on the Lessee pursuant to BOA-23510 and WIN case no. 69279-2023 for each day from February 20, 2023, through August 14, 2024 (the "Damages");

WHEREAS, although case CV-2023-1583 in Tulsa County, Oklahoma, was dismissed in the appellant's favor, the Lessee has incurred significant legal fees and additional damages, thereby creating a substantial financial obligation;

WHEREAS, the Parties acknowledge that failure to timely satisfy the damages may cause severe financial hardship and has led to the cessation of the Lessee's business operations;

WHEREAS, the Parties desire to create a voluntary, consensual lien on the Property solely as security for the underlying obligation to pay the assessed damages and any additional related costs, without transferring title or ownership rights;

WHEREAS, the Parties further agree to include provisions relating to interest accrual, acceleration upon default, foreclosure or enforcement, and other related remedies in accordance with applicable Oklahoma law (including Oklahoma Statutes Title 60, Section 103, and the Oklahoma Consumer Protection Act, 15A O.S. §1513).

Doc # [illegible] B: [illegible] P: [illegible]
[illegible] Pg: 3 of Pgs: 5
Fee: [illegible]
Lori [illegible], [illegible] County Clerk
[illegible] County - State of Oklahoma
COUNTY CLERK OFFICIAL SEAL

## 4. Terms and Conditions

### 4.1 Establishment and Nature of Lien

- **Lien Creation:** The Parties hereby agree to create and establish a consensual lien on the Property as security for the payment of the underlying obligation. This lien is voluntary and accessory, and it does not transfer title or ownership of the Property to the Lessor.
- **Recording:** To provide public notice and ensure enforceability under Oklahoma law, this lien shall be recorded at the expense of the Party required by applicable statutes.

### 4.2 Underlying Obligation

- **Primary Obligation:** The lien secures the obligation of the Lessee to pay:
  - Daily fines of $1,200.00 for each day during the period from February 20, 2023, to August 14, 2024 (totaling 542 days, which equals $650,400.00), and
  - Any additional costs or expenses reasonably incurred in connection with enforcing this Agreement.
- **Contingency for Business Cessation:** In the event the Lessee ceases operations as a result of the financial impact of the damages assessed, this lien shall remain in effect until the full amount—including enforcement costs—is satisfied.

- **Treble Damages:** In the event ~~the Lessee breaches~~ Lessor any material term of this Agreement, resulting in damages to the ~~Lessor~~ Lessee the Lessee shall be liable for treble damages equal to three times the total fines imposed (i.e., 3 × $650,400.00 = $1,951,200.00), pursuant to applicable Oklahoma law.

## 4.9 Governing Law

- This Agreement shall be governed by and construed in accordance with the laws of the State of Oklahoma, and any legal action hereunder shall be brought exclusively in a court of competent jurisdiction in Oklahoma.

## 4.10 Miscellaneous

- **Entire Agreement:** This Agreement contains the entire understanding between the Parties regarding the lien and supersedes any prior agreements or understandings.
- **Amendments:** No amendment or modification shall be valid unless in writing and signed by both Parties.
- **Counterparts:** This Agreement may be executed in multiple counterparts, each of which shall be deemed an original.
- **Severability:** If any provision of this Agreement is found to be invalid or unenforceable, the remaining provisions shall remain in full force and effect.

# AFFIDAVIT OF EXECUTION

Doc # [redacted] B: 3028 P: 0801
[redacted] 10:48:58 AM Pg: 5 of Pgs: 5
Fee: $ [redacted]
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLA

STATE OF OKLAHOMA )

) ss

COUNTY OF WAGONER )

Before me, the undersigned authority, personally appeared Estella Wakat -Aikins and August Wakat, who, being duly sworn, deposes and says:

1. I, Estella Wakat -Aikins, am the Vice-President of Poe Boy Flemming Auto Salvage, Inc., and I executed the above Voluntary/Consensual Lien Agreement freely and voluntarily, fully understanding its contents and legal effect.
2. I, August Wakat, am the Property Owner and Debtor, and I executed the above Voluntary/Consensual Lien Agreement freely and voluntarily, fully understanding its contents and legal effect.
3. The signatures appearing on the Agreement are my own, and I have not signed this document under duress, coercion, or undue influence.
4. I affirm under oath that the facts contained herein are true to the best of my knowledge and belief.

Doc # [redacted] B: 3080 P: 0795
[redacted] 10:00:45 AM Pg: 4 of Pgs: 5
Fee: $ [redacted]
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLA

04/07/2025 10:08:45 AM Pg: 5 of Pgs: 6
Fee: $ 20.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

04/07/2025 10:08:45 AM Pg: 5 of Pgs: 5
Fee: $ 20.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

## 4.3 Principal Amount and Interest

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

- **Principal Amount:** The total principal secured by this lien is $1,951,200.00.
- **Interest Accrual:** In addition to the principal amount, interest shall accrue at a rate of 10% per annum on the outstanding balance. Interest will be calculated on a monthly/yearly basis and added to the outstanding balance until full satisfaction of the underlying obligation.

## 4.4 Acceleration Upon Default

- **Default:** In the event that the ~~Lessee~~ Lessor fails to make any required payment or otherwise breaches any material term of this Agreement, the ~~Lessor~~ Lessee may declare all sums secured by this lien immediately due and payable.
- **No Waiver:** A waiver of this right on any occasion shall not constitute a waiver on any subsequent occasion.

## 4.5 Continuing Liability

- The ~~Lessee~~ Lessor remains personally liable for all amounts secured by this lien. Any decision by the ~~Lessor~~ Lessor to delay enforcement or waive acceleration on one occasion does not release the ~~Lessee~~ Lessor from future obligations and further described in General Warranty Deed 2019-10005 Book 2521, Page 0226, in Wagoner County, State of Oklahoma.

## 4.6 Foreclosure or Enforcement

- **Foreclosure Right:** Should the ~~Lessee~~ Lessor default in payment or breach any term of this Agreement, the ~~Lessor~~ may pursue any legal remedy available under Oklahoma law, including the initiation of foreclosure proceedings.
- **Attorney Fees and Costs:** The ~~Lessee~~ Lessor agrees to pay all reasonable attorney fees, court costs, and other expenses incurred by the Lessor in enforcing or foreclosing on this lien.
- **Power of Sale:** Where permitted by law, the ~~Lessor~~ Lessee is granted a power of sale, which allows the ~~Lessor~~ Lessee to sell the Property to satisfy the underlying obligation, in addition to any other remedies permitted by law.

## 4.7 Transfer of Property

- If the ~~Lessee~~ Lessor transfers or attempts to transfer any interest in the Property without the ~~Lessor's~~ Lessee prior written consent (required), the ~~Lessor~~ may, at its option, declare all sums secured by this lien to be immediately due and payable.

## 4.8 Indemnity and Treble Damages

- **Indemnification:** The ~~Lessee~~ Lessor shall indemnify, defend, and hold the ~~Lessor~~ Lessee harmless from and against any claims, liabilities, or expenses (including attorney fees and costs) arising from any breach of this Agreement.

[redacted] B: 3698 P: 8802 [redacted] Pg: 6 of Pgs: 6
Fee: [redacted]
Lori [redacted]-John, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Further affiant sayeth not.

Estella Wakat-Aikins, Vice-President,
Poe Boy Flemming Auto Salvage, Inc.

August Wakat, Mortgagor
Property Owner and Debtor

Doc # [redacted] B: 3698 P: 8797
[redacted] Pg: 6 of Pgs: 6
Fee: [redacted]
Lori [redacted]-John, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

**NOTARY ACKNOWLEDGMENT**

STATE OF OKLAHOMA )
) ss
COUNTY OF TULSA )

On this 29th day of March, 2025, before me, a Notary Public in and for said State, personally appeared Estella Wakat -Aikins and August Wakat, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument, and acknowledged that they executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

JAMIE WAKAT
Notary Public, State of Oklahoma
Commission # 23011141
My Commission Expires 08-17-2027

Jamie Wakat, Notary Public

My Commission Expires: 08.17.27

Exhibit D, U.S. Court of Appeals for the Tenth Circuit Case Nos. 25-5114 and 25-5094, and in light of the pending responses from Appellees City of Tulsa, Henry Wise, and Lamar Advertising Co., the Plaintiff's Motion for Default Judgment hearing scheduled for November 27, 2025, constitutes alleged fraud upon the Court as evidenced by the confession of Contract for Sale of Real Estate

CJ-25-5084

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO (DENVER)

In re:
**AUGUST JOHN WAKAT, JR.**
Debtor.

DISTRICT COURT
FILED
DEC 05 2025
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

In the Matter of:
Objection to DKT. 85,
TRUSTEE JOLI A. LOFSTEDT and
HONORABLE JUDGE MICHAEL E. ROMERO

**OBJECTION TO DOCKET 85 MOTION TO DISMISS BANKRUPTCY CASE AND NOTICE FOR APPEAL IN REFERENCE TO DOCKET 15 FOR ALLEGED CRIMINAL ACTS OF OBSTRUCTION UNDER COLOR OF LAW PURSUANT TO 42 U.S.C. §§ 1983 AND 1985**

**COMES NOW**, August J. Wakat, Jr., Debtor, and objects to Docket 85, MOTION TO DISMISS BANKRUPTCY CASE, dated December 04, 2025 in reference to Docket 15 for alleged criminal acts of obstruction under color of law pursuant to 42 U.S.C. §§ 1983 and 1985, as recognized in *Wakat v. Harlib*, 253 F.2d 59 (7th Cir. 1958), and in support thereof states as follows:

1. Docket 15, dated October 21, 2025, was improperly administered and filed—purposely and allegedly—by Clerk Laura and Clerk TJ in the United States Bankruptcy Court in Case No. 25-16650, in reference to Case No. 6:25-cv-270 Wakat v. FBI in the Northern and Eastern Districts of Oklahoma before the Honorable Judge Hall.

2. Every motion, request for hearing, and request for testimony submitted by the Debtor has been denied, in violation of the Debtor's First Amendment rights (U.S. Const. amend. I) and Fourteenth Amendment Due Process protections (U.S. Const. amend. XIV, § 1), constituting action taken under color of law pursuant to 42 U.S.C. § 1983 ("Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State… subjects any citizen to the deprivation of any rights… secured by the Constitution and laws… shall be liable"). These acts occurred within Bankruptcy Case No. 25-16650-MER.

3. Since the Court has issued several erroneous rulings in favor of Trustee Joli A. Lofstedt, including the ruling reflected in Docket 71, the Debtor filed a MOTION FOR RECUSAL, REQUEST TO RESET HEARING, and NOTICE OF INTENT TO FILE ADVERSARY PROCEEDING in Tulsa County Case No. CJ-25-5084, naming as defendants United States Bankruptcy Judge Michael E. Romero, Trustee Joli A. Lofstedt, Assistant Trustee Brenda Combstock, and Attorney for the Trustee Timothy M. Swanson. These individuals are to be called for testimony regarding their acquiescence in the alleged crimes of conspiracy to commit homicide of David Gene Wilfong and the alleged land theft in violation of 30 U.S.C. § 1235 and other applicable federal law.

4. In support of the allegation and summons is attached as EXHIBIT A the filing instruction for Bankruptcy Case No. 25-16650-MER under Judicial Notice file stamped December 04, 2025 mailed pre paid U.S. Mail Tracking No. 9505 5156 9571 5335 6242 66, acknowledging the Clerks of the Court obstructing the docket.

5. Furthermore, Trustee Joli A. Lofstedt has failed to send the required video-conference link for the scheduled hearing set in Docket 85, which is the basis for the Debtor's request for an in-person hearing before the Honorable Court. In support of this objection, the Debtor states that Trustee Joli A. Lofstedt allegedly sends incoherent or intoxicated-sounding emails at various hours of the night and on Saturdays, and deliberately fails to respond to any substantive communication from the Debtor.

6. EXHIBIT B of 41 pages, Attached hereto is December 04, 2025 today, filing stamped in Tulsa County Case No. CJ-25-5084, MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANT FAIR OAKS [illegible] AND MOTION FOR DISMISSAL IN CITY OF TULSA [illegible] PLANNING COMMISSION CASE NO. [illegible] CITY OF TULSA ORDINANCE NO. [illegible] AGAINST [illegible] AGEE'S WINNREGARDING [illegible] LOCATED IN LOT 1 SEC. 4 [illegible] THE ILLEGAL CONVEYANCE OF UN[illegible] RECLAMATION ACT OF 1977 30 U.S.C. § 12[illegible] TWELVE MILLION DOLLARS TO EACH INDIVIDUAL [illegible] directing the Honorable Judge to refer these alleged criminal acts within the Tenth Circuit Court for review to Pam Bondi, Office of the Department of Justice.

7. The Debtor submits this Response and Request for Reconsideration *nunc pro tunc* to correct the record and address the errors, omissions, and improper administrative actions reflected in Docket 85 and related entries, including Docket 15.

8. Reconsideration is warranted under Federal Rules of Civil Procedure 59(e) and 60(b), made applicable to bankruptcy proceedings through Fed. R. Bankr. P. 9023 and 9024, where the Court has committed clear error, overlooked material facts, or where relief is necessary to prevent manifest injustice.

9. The prior rulings were issued without full and fair consideration of the Debtor's filings, evidence, or constitutional objections raised under 42 U.S.C. §§ 1983 and 1985, thereby warranting relief. For these reasons, the Debtor respectfully requests that the Court set this matter for an in-person hearing to ensure due process and a complete factual record.

10. If the Court denies this Request for Reconsideration, the Debtor respectfully gives notice that this filing shall also serve as a formal Notice of Intent to Appeal, pursuant to Federal Rule of Bankruptcy Procedure 8002 and associated appellate procedure, to the Tenth Circuit — thereby preserving all appellate rights arising from the orders at issue and any further adverse rulings. Under Rule 8002(a), a notice of appeal must be filed with the bankruptcy clerk within 14 days after entry of the judgment, order, or decree being appealed.

Respectfully submitted this 4 day of December, 2025.

August John Wakat, Jr.
Plaintiff / Creditor / Debtor
33050 Tall Timber Trace
Trinidad, Colorado 81082
Phone: 719-680-1335
Email: elroi81082@gmail.com

Total pages 47.

**CERTIFICATE OF SERVICE**

I certify that on this 4 day of Dec, 2025, I served a true and correct copy of this Motion **OBJECTION TO DOCKET 85 MOTION TO DISMISS BANKRUPTCY CASE AND NOTICE FOR APPEAL** by U.S. Mail on the parties listed below. Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 28 U.S.C. § 1651(a), Movant respectfully requests that the Clerk of Court issue electronic notice to all parties listed herein.

1. Joli A. Lofstedt, Chapter 7 Trustee
   Trustee 19, P.O. Box 270461, Louisville, CO 80027
   Email: joli@jaltrustee.com • Phone: (303) 513-2045
2. Brenda Comstock, Assistant Trustee, Email: brenda@jaltrustee.com
3. Timothy Swanson, Counsel for Trustee, Joli A. Lofstedt, U.S. Bankruptcy Court, 1801 California Street, Suite 2700 Denver, Colorado (303) 405-4006 Email: tswanson@fbtlaw.com
4. Dr. Dreyer, Clerk of Court, Tulsa County Courthouse, 500 S. Denver Ave. Ste. 200, Tulsa, OK 74103; Phone: (918) 596-5000; Email: marc.dreyer@tulsacounty.org; CV-2024-2320
5. Office of the U.S. Bankruptcy Court Clerk 12/8 7645 3066 9871553862479 9
   1961 Stout Street, Suite 12-200, Denver, CO 80294
   Email: USTPRegion19.DV.ECF@usdoj.gov • Phone: (303) 312-7230
6. Sam Allen IV, Attorney for Defendants/Lessee, Lessor, Creditor, Troy Bundy and Lori Bundy, Case No. CJ-23-229, address 221 East Dewey Avenue, Sapulpa, OK 74066 Phone: (918) 227-2525 Email: jallen@jablawyers.com
7. Colton G. Scott, Attorney for Lessee, Lessor, Mortgagee, Creditor, Defendant Henry Winn, Linda Winn, and Lamar Advertising Co., Case No. 25-16650-MER; CJ-25-5084; 25-5114; 25-5094; address 400 West Fourth Street Claremore, Oklahoma 74018, (918) 343-4100, Email: cscott@soonerlaw.com
8. Mack Greever, OBA # 3588, Attorney for Attorney for Lessee, Lessor, Mortgagee, Creditor, Defendant Henry Winn, Linda Winn, and Lamar Advertising Co. Case No. 25-16650-MER; CJ-25-5084; 25-5114; 25-5094; CJ-25-171, CV-25-6068, CJ-25-131, address 104 South Missouri Ste. 400 Claremore, Oklahoma 74018, (918) 342-2222, Email: mack@greeverlaw.com

9. William Hickman, OBA # [illegible], Hickman Law Group, PLLC, Attorney for Lessee, Defendant, Creditor, Lamar Advertising Co., Case No. [illegible]; 25-[illegible]; CV-2024-2320; CJ-25-171; CJ-25-131; CV-25-[illegible] CJ-25-[illegible], address 320 West Gray Street, Ste. 170, Tulsa, Oklahoma 73069, (405) 605-2375, Email: [illegible]

10. R. Lawson Vaughn, Defendant, City of Tulsa Attorney, Case No. 25-5114; 25-[illegible]; CV-2023-1583; CV-2024-2320; CJ-25-[illegible], address 175 East 2nd Street, Tulsa, Oklahoma 74103 (918) 596-7717, Email: lvaughn@cityoftulsa.org

11. Andrew Shanks, OBA # 22298, and William C. [illegible], OBA # 17938, Attorney for Plaintiff, Lessee, Appellees, Plainview Salvage Inc., Case No. SC-24-[illegible]; CJ-25-159; CJ-25-171, 25-5114; 25-1332; 25-5135; 25-1387; 25-[illegible] address 2727 East 21st Street, Ste. 200, Tulsa, Oklahoma 74114, Phone: (918) 747-[illegible], Email: [illegible],

12. Nicholas Tait, OBA No. 22730, Attorney for Plaintiff, TD BANK USA, N.A. v. Lori Bundy, Case No. 25-7748, 5200 S. Yale Suite 505, Tulsa, Oklahoma 74135 (877) 215-2552, Email:LawfirmOK@[illegible]

13. Megan M. Beck, OBA # [illegible], Attorney for Petitioner/Lessee, Lori A. Bundy v. Troy D. Bundy Case No. FD-23-14[illegible]; address 320 South Boston Avenue Suite 718 Tulsa, Oklahoma 74103 Phone (918) 295-6418 Email: [illegible]

14. Stephanie Lorbiecki, OBA # 11667, Lorbiecki Law Office, Attorney for Respondent/Defendant Troy D. Bundy Case No. FD-23-14[illegible], Post Office Box 2316 Sapulpa, Oklahoma 74067 Phone: (918) 224-3936 Email: [illegible]7@gmail.com

15. Hugh H. Fudge OBA # 20487, [illegible] L. [illegible] OBA # 32113, Emily R. [illegible] OBA # 22110, Sean A. Nelson OBA # [illegible], [illegible] OBA # [illegible], Robinson, Hoover & Fudge, PLLC Attorney for Plaintiff First Fidelity Bank, N.A. v. Troy D. Bundy, Case No. 25-782, mailing address P.O. Box 1748 Oklahoma City, Oklahoma 73101 Phone (405) 232-6464 Email: lawmail@rhfok.com

16. Stephan L. Bruce, OBA # 1241, [illegible] C. [illegible], OBA # [illegible], Leah K. Clark, OBA # 31819, Clay P. Booth, OBA # [illegible], Roger M. Coll, OBA # [illegible], Adam W. Sullivan, OBA # 35748. Attorneys for Plaintiff Capital One, N.A. v. Troy D. Bundy Case No. 25-4913, P. O. Box 808 Edmond, Oklahoma 7308[illegible] Phone (405) 330-4110, Email: brucelaw@sbrucelaw.com

17. Henry and Linda Winn Creditor, Mortgagee, Lessee, Lessor, President of Plainview Salvage Inc. EIN # 73-1511706, 23610, 23780, 23[illegible] East Admiral Place Catoosa Oklahoma 74015, 219 Williamsburg Street Catoosa, Oklahoma 74015, 7777 East 38th Street, Tulsa, Oklahoma 74145, Phone (918) 645-4695, Email: [illegible]

18. Robert Rainbolt, Lessee, Mortgagor, Plaintiff, President of Plainview Salvage Inc., EIN # 73-1511706, Case No. 25-5114; 25-5135; 25-1387; 25-1674, CJ-25-159, 23610 East Admiral Place Catoosa Oklahoma (918) 266-5811, 1026 North Mingo Rd. Tulsa, Oklahoma 74116 (918) 697-8223, Email: robertrainbolt1991@gmail.com

19. P. Clayton Eubanks, Chief Legal Counsel, Defendant Case No. CJ-25-5084, Tulsa Field Office, 1 West Third Street, Ste. 1600 Mailbox # 3, Tulsa, Oklahoma 74103, (918) 918-3773 Email: jenna.bodwell@mines.ok.gov

20. Troy D. Bundy and Lori Bundy, Defendants, Lessor, Lessee, Creditor, Case No. 23-229; 25-5137; 25-16650-MER, 1020 East 39th Street, Tulsa Oklahoma 74105 (918) 855-3058 Email: jallen@lahlawyers.com

21. Steven W. Soule, OBA. No. 13781, 521 East 2nd Street, Suite 1200, Tulsa, Oklahoma 74120 Phone: (918) 594-0400, Email: [illegible]

22. U.S. Court of Appeals for the Tenth Judicial District, Byron White Court House, 1823 Stout Street, Denver Colorado, 80257 Phone: 303-844-3157

USPS# 9595 9066 9071 5538 6247 55

Respectfully Submitted,

August Wakat, Debtor , Pro Se'

CJ-25-[illegible]

**Filing Instructions for Bankruptcy Case No. 25-16650-MER**

U.S. Bankruptcy Court Clerk
Trustee Joli A. Lofstedt
1961 Stout Street Suite 12-200
Denver Colorado 80294
USTPRegion19.DV.ECF@usdoj.gov
(303) 312-7230

DISTRICT COURT
FILED
DEC 04 2025
[illegible], Court Clerk
[illegible] COUNTY

December 01, 2025

August J. Wakat
33050 Tall Timber Trace
Trinidad Colorado 81082
(719) 680-1335
elroi81082@gmail.com

To the Clerk of the Court,

I respectfully request filing in the above motion before the court in Case No. 25-16650-MER as attached here below.

1. On November 26, 2025 I have submitted by U.S. Mail pre paid postage, CLASSES OBJECTION TO DOCKET ENTRY [illegible] 24, 2025 MOTION TO DISMISS ADN RESERVE TIME TO ANSWER AND [illegible] MOTION TO DISMISS TMAPC ZONING APPLICATION FOR MPD-6 AND ORDINANCE NO. 20244 AND 20267 FOR ILLEGAL CONVEYANCE OF [illegible] AND MOTION FOR STAY AND REMOVAL TO U.S. BANKRUPTCY COURT DISTRICT OF COLORADO CASE NO. 25-16650, by U.S.P.S. Tracking No. [illegible]797 attached hereto, and received on December 01, 2025 at [illegible] AM in the mailbox of the Bankruptcy Court. I have not received an email or notification of filing.

2. I am aware of the intention filing obstruction done by Clerk II, [illegible] and other Clerks of the Honorable Court in the City of Tulsa MPD-6 Case set for hearing January 07, 2025.

3. And in the OBSTRUCTION of Creditor Tony and Lori Bundy in Creek County Case No. CJ-23-229 and Plainview Salvage Inc. in [illegible] County Case No. CJ-25-159 as this submission does not appear in the docket as submitted before your office today in Case No. 6:25-cv-278 Wakat v. FBI in the adversary proceeding [illegible].

4. Included in the filing instructions today are the [illegible] SUMMONS in request for the Clerk of the Court to submit service to Defendants under FRCP Rule 4, addressed to, United States Department of Justice, Pam Bondi, Honorable Judge Douglas Kirkley, and Joe Hardzog in and for Creditor American Heritage Bank.

5. Enclosed is the Copy of Summons in Case No. CJ-25-[illegible] (State Removal Case), for Attorney Ronald Edward Durbin II, for the amount [illegible] in the amount of One Hundred Fifty Thousand dollars with the attached receipt submitted before the court today.

6. Enclosed file stamped in Case No. CJ-25-[illegible], and the submission in the Court moved today in Case No. 25-16650-MER, MOTION TO [illegible] BANKRUPTCY PROCEEDING PENDING RESOLUTION OF ADVERSARY CASES SET FOR JURY TRIAL AND REQUEST FOR GRAND JURY PETITION AGAINST CREDITORS JOE ROBSON AND HERNRY WINN, TULSA COUNTY OKLAHOMA DISTRICT ATTORNEY STEVE KUNZWEILER IN CASE NO. CJ-25-[illegible], AND DEFENDANT JUDGE DOUGLAS KIRKLEY IN CASE NO. 6:25-cv-[illegible].

7. Pursuant to the Clerk's ministerial duties under Fed. R. Civ. P. 5(d)(4) and the service requirements of Fed. R. Civ. P. 5(b), the Clerk of Court is instructed to file this Petition *nunc pro tunc* as of today's date and to immediately notify all parties through email, ECF, and all authorized methods of service for the undersigned appearing in propria persona.

2025 DEC -4 P 3:26
[illegible] COURT CLERK

Merry Christmas,

[signature]

August J. Wahl

**Isaiah 9:6 (KJV)**

*"For unto us a child is born, unto us a son is given: and the government shall be upon his shoulder: and his name shall be called Wonderful, Counsellor, The mighty God, The everlasting Father, The Prince of Peace."*

USPS Tracking No. 9505 5[illegible]

Time 3:22 pm.

**IN THE DISTRICT COURT IN AND FOR**
**TULSA COUNTY STATE OF OKLAHOMA**

| | | |
|---|---|---|
| **AUGUST JOHN WAKAT, JR.** individually and on behalf of all others similarly situated (the 'CLASSES), Petitioners, | ) | **Case No. CJ-25-[illegible]** |
| | ) | City of Tulsa, TMAPC Case No. MPD-6 |
| v. | ) | U.S. Court of Appeals for the Tenth Circuit Case No. 25-5114; 25-[illegible]; 25-5137 |
| **CITY OF TULSA**, an Oklahoma municipal corporation; **TULSA METROPOLITAN AREA PLANNING COMMISSION** (TMAPC), by and through the planning office, in its administration capacity; | ) | [illegible] D. Colo. Case No. 25-16650-MER ([illegible]) |
| **FAIROAKS TOWNSHIP**, an entity claiming to act as political subdivision in Tulsa, Wagoner, and Rogers Counties; | ) | Wagoner County District Court Case No. CJ-25-171; CJ-25-159 |
| **FAIR OAKS RANCH L.L.C.**, a successor entities asserting annexation-related interest; | ) | **[illegible] JUDGE KEVIN GRAY** |
| **JOE ROBSON**, Manager in and for **FAIR OAKS RANCH L.L.C.**, Defendants. | ) | [illegible] |

**MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT FAIR OAKS RANCH L.L.C. MANAGER JOE ROBSON AND [illegible] CITY OF TULSA TULSA METRO AREA [illegible] MPD-6 AND DE-ANNEXATION CITY OF [illegible] AND 2007 FOR QUIET TITLE [illegible] REGARDING DEFENDANT [illegible] LOCATED [illegible] AND REGARDING THE ILLEGAL [illegible] RECLAIMED MINED PROPERTY UNDER RECLAMATION [illegible] U.S.C. § 1235 MOTION FOR AWARD TWELVE [illegible] EACH INDIVIDUAL CLASS [illegible]**

COMES NOW, Class Members, August J. Wakat Jr(1), Annie Lynn Wakat(2), John Lee Wakat(3), Estella Wakat-Aikins(4), Daniel Borlak(5), Raymond Goldsberry(6), Susan Frederick(7), Motions the honorary court;

Motion for Default Judgment against Defendant FAIR OAKS RANCH L.L.C. Manager JOE ROBSON and;

Exhibit E file stamped in Case No. CJ-25-5004 for Case No. 25-16650-MER, Objection to Docket 85 Motion to Dismiss Bankruptcy Case and Notice of Appeal in reference to Docket 15 for alleged criminal acts of obstruction under color of law pursuant to 42 U.S.C. §§ 1983 and 1985, requesting investigation by Defendant FBI Pam Bondi in Case No. 6:25-cv-278, Wakat v. FBI, naming Honorable Judge Douglas Kirkley as a defendant; and any other relief as may be just and proper under law.

Gmail el roi <elroi81082@gmail.com>

# 25-5114 Wakat, et al v. City of Tulsa, et al "Paper Copies Order Filed"

1 message

**ca10_cmecf_notify@ca10.uscourts.gov** <ca10_cmecf_notify@ca10.uscourts.gov>
To: elroi81082@gmail.com

Tue, Dec 2, 2025 at 4:59 PM

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 12/02/2025 at 3:59:33 PM Mountain Standard Time and filed on 12/02/2025

| | |
|---|---|
| **Case Name:** | Wakat, et al v. City of Tulsa, et al |
| **Case Number:** | 25-5114 |

**Docket Text:**
[11236193] Minute order filed - Pursuant to 10th Cir. R. 31.5, paper copies of all merits briefs that have not already been submitted are now due. This directive extends to briefs not yet filed but does not extend to any appendix volumes filed. Paper copies of briefs not yet filed will be due 5 days after filing of the electronic versions. All copies must be exact replicas of the electronic filing(s), including all attachments. Number of copies due: 3. Paper copies of appellee brief due 12/08/2025 by City of Tulsa, Lamar Advertising Co., Plainview Salvage Inc., Joe Robson and Henry Winn [25-5114]

**Notice will be electronically mailed to:**

Jacob Daniel: jdaniel@soonerlaw.com, hriggs@soonerlaw.com, ktaylor@soonerlaw.com, lpage@soonerlaw.com
Kasey Kyle Fagin: kfagin@barrowgrimm.com, j.acosta@barrowgrimm.com
Mr. William Henry Hickman: hickman@hickmanlawgroup.com, assistant@hickmanlawgroup.com
Mr. Robert B. Sartin: sartin@barrowgrimm.com, peabo@barrowgrimm.com

Colton Grant Scott: cscott@soonerlaw.com
Mr. R. Lawson Vaughn, III: lvaughn@cityoftulsa.org, cwinford@cityoftulsa.org, tdisney@cityoftulsa.org, kgray@cityoftulsa.org, pbroyles@cityoftulsa.org, rfulson@cityoftulsa.org
August Wakat: elroi81082@gmail.com

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

August Wakat
33050 Tall Timber Trace
Trinidad, CO 81082

Gmail el rei <elroi81082@gmail.com>

# 25-5094 Winn, et al v. Wakat, et al "Appellant's response filed"

1 message

ca10_cmecf_notify@ca10.uscourts.gov <ca10_cmecf_notify@ca10.uscourts.gov> Tue, Dec 2, 2025 at 9:36 AM
To: elroi81082@gmail.com

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 12/02/2025 at 8:36:28 AM Mountain Standard Time and filed on 12/01/2025

| | |
|---|---|
| **Case Name:** | Winn, et al v. Wakat, et al |
| **Case Number:** | 25-5094 |
| **Document(s):** | Docket Entry #43 |

**Docket Text:**
[11235817] Response filed by August Wakat in 25-5094, 25-5095, 25-5114, 25-5127 for Automatic Stay and Objection to Docket 72, 74 and Notice to Creditor of Required Response. Served on 11/20/2025. Manner of Service: US mail. [25-5094, 25-5095, 25-5114, 25-5127]

**Notice will be electronically mailed to:**

Jacob Daniel: jdaniel@soonerlaw.com, hriggs@soonerlaw.com, ktaylor@soonerlaw.com, lpage@soonerlaw.com
Kasey Kyle Fagin: kfagin@barrowgrimm.com, jacosta@barrowgrimm.com
Mr. William Henry Hickman: hickman@hickmanlawgroup.com, assistant@hickmanlawgroup.com
Mr. Robert B. Sartin: sartin@barrowgrimm.com, psebo@barrowgrimm.com
Colton Grant Scott: cscott@soonerlaw.com
Mr. R. Stratton Taylor: staylor@soonerlaw.com, lpage@soonerlaw.com
Mr. R. Lawson Vaughn, III: lvaughn@cityoftulsa.org, cwinford@cityoftulsa.org,

tdisney@cityoftulsa.org, kgray@cityoftulsa.org, pbroyles@cityoftulsa.org, rfulson@cityoftulsa.org
August Wakat: elroi81082@gmail.com

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

August Wakat
33050 Tall Timber Trace
Trinidad, CO 81082

The following document(s) are **associated with this transaction:**
**Document Description: Main Document**
**Original Filename: Circuit Pleading Wakat.pdf**
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=12/01/2025] [FileNumber=11235817-0] [
a626f9acbb44f917c534db0d725[illegible]701015[illegible]7bb31608f
8ff0c7bf763dd99fb5604d4af69d[illegible]7569b569aa10524]]

DISTRICT COURT
FILED

DEC 12 2025

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

**IN THE DISTRICT COURT IN AND FOR**
**TULSA COUNTY STATE OF OKLAHOMA**

**AUGUST JOHN WAKAT, JR.,**
individually and on behalf of all
others similarly situated (the "CLASSES"),
Petitioners,

v.

**CITY OF TULSA**, and Oklahoma municipal corporation;
**TULSA METROPOLITIAN AREA PLANNING COMMISSION** (TMAPC), by and through the planning office, in its administration capacity;
**FAIR OAKS TOWNSHIP,** an entity claiming to act as a political subdivision in Tulsa, Wagoner, and Rogers Counties;
**FAIR OAKS RANCH L.L.C.,** a successor entities asserting annexation-related interest; to include in his, **TROY D. BUNDY** and in her, **LORI A. BUNDY,** capacities for **OKIESMOKE.COM DISPENSARY INC., JOHN/JANE DOES 1-20** (municipal officers, agents, or contractors), in their individual and official Capacities.
Defendants.

CASE NO. CJ-25-5084

HONORABLE JUDGE KEVIN GREY

JURY TRIAL DEMANDED

In re:
Wakat, Bankr. D. Colo. No. 25-16650-MER

Creek Cnty. Dist. Ct., CJ-2023-229

Tulsa Cnty. Dist. Ct., Case No. CS-2025-7748
Tulsa Cnty. Dist. Ct., Case No. FD-2023-1459
Tulsa Cnty. Dist. Ct., Case No. CJ-2025-782
Tulsa Cnty. Dist. Ct., Case No. CJ-2025-4913

## MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS TROY D. BUNDY AND LORI A. BUNDY

Plaintiffs, by and through August Wakat, appearing pro se for himself and as representative of the Classes, respectfully move this Court for entry of Default Judgment against Defendants Troy D. Bundy and Lori A. Bundy and state as follows:

1. This action was properly commenced by the filing of Plaintiffs' Petition asserting claims for damages and related relief against Defendants Troy D. Bundy and Lori A. Bundy, President for Okie Smoke.com Dispensary.
2. On November 19, 2025, Defendants Troy D. Bundy and Lori A. Bundy were served through their counsel of record, Attorney Jody Allen, who accepted service by signed agreement as reflected in Exhibit A. Pursuant to **12 O.S. § 2012(A)**, Defendants were required to respond within twenty (20) days. As of December 12, 2025, **twenty-three (23) days** have elapsed, and Defendants have failed to answer or otherwise plead.

3. Acceptance of service by Defendants' counsel constitutes valid service and placed Defendants on notice of the claims asserted and the relief sought.

4. Under applicable law, Defendants were required to file an Answer or otherwise plead within the time prescribed after service.

5. Defendants have failed to file an Answer, responsive pleading, motion, or other defense and have failed to otherwise appear or defend this action.

6. Defendants are therefore in default.

7. Pursuant to the Oklahoma Rules of Civil Procedure, including 12 O.S. §§ 2004, 2005, and 2012, Plaintiffs are entitled to entry of Default Judgment, as Defendants' failure to plead or defend operates as an admission of the well-pleaded allegations contained in the Petition.

8. August Wakat appears in this matter as a named Plaintiff and as Class Representative on behalf of the Classes similarly situated, whose claims arise from the same course of conduct, transactions, and occurrences alleged in the Petition.

9. The Classes satisfy the requirements for representative treatment because common questions of law and fact predominate, the claims of the representative Plaintiff are typical of the Classes, and the interests of the Classes will be adequately protected.

10. Plaintiffs seek damages that are liquidated or readily ascertainable.

11. Plaintiffs seek judgment in the amount of Twelve Million Dollars ($12,000,000.00) for each Plaintiff.

12. There are seven (7) Plaintiffs within the Classes entitled to relief.

13. The total amount of Default Judgment sought is Eighty-Four Million Dollars ($84,000,000.00), jointly and severally against Defendants Troy D. Bundy and Lori A. Bundy.

14. Plaintiffs further request an award of all taxable costs, post-judgment interest as allowed by law, and such other and further relief as the Court deems just and proper.

**NOTICE OF RELATED STATE COURT PROCEEDINGS**
**(TULSA COUNTY, OKLAHOMA)**

15. August Wakat, appearing pro se for himself and as representative of the Classes, hereby provides notice to the Court that Defendants Troy D. Bundy and Lori A. Bundy are parties to multiple related proceedings pending or previously pending in the District Court of Tulsa County, Oklahoma, including:

- Tulsa Cnty. Dist. Ct., Case No. CS-2025-7748
- Tulsa Cnty. Dist. Ct., Case No. FD-2023-1459
- Tulsa Cnty. Dist. Ct., Case No. CJ-2025-782
- Tulsa Cnty. Dist. Ct., Case No. CJ-2025-4913

16. These matters involve related parties, financial obligations, and/or property interests that may bear upon the Court's consideration of the relief requested in this case, including default judgment and equitable lien relief sought as an in rem measure. This notice is submitted to assist the Court, promote judicial economy, and ensure consistency of rulings, without requesting any action as to the merits of the state court proceedings.

**WHEREFORE,** Plaintiffs respectfully request that the Court:

A. Enter Default Judgment against Defendants Troy D. Bundy and Lori A. Bundy;

B. Award damages in the amount of Twelve Million Dollars ($12,000,000.00) to each Plaintiff, for a total judgment of Eighty-Four Million Dollars ($84,000,000.00);

C. Impose an equitable lien, as a remedial in rem measure, upon the following properties:

- 1020 East 39th Street, Tulsa, Oklahoma 74015; and
- 8777 OK-66, Tulsa, Oklahoma 74131,

to preserve estate and non-estate assets and to prevent unjust enrichment, without violating the automatic stay, subject to further order of the Court;

D. Award costs, post-judgment interest, and such other and further relief as may be permitted by law or equity.

Respectfully submitted,

[signature]

August Wakat
Pro Se for the Classes
33050 Tall Timber Trace
Trinidad, Colorado 81082
Phone: (719) 680-1335
Email: elroi81082@gmail.com

**Attachments:**

**Exhibit** A of 5 pages, Certificate of Service to Defendants Attorney Jody Allen, dated November 16, 2025.

## CERTIFICATE OF SERVICE

I certify that on this 12th day of December, 2025, I served a true and correct copy of this **MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS** by U.S. Mail on the parties listed below. Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 28 U.S.C. § 1651(a), Movant respectfully requests that the Clerk of Court issue electronic notice to all parties listed herein.

1. **Joli A. Lofstedt**, Chapter 7 Trustee
   Trustee 19, P.O. Box 270461, Louisville, CO 80027
   Email: joli@jaltrustee.com • Phone: (303) 513-2845
2. **Brenda Combstock**, Assistant Trustee, Email: brenda@jaltrustee.com
3. **Timothy Swanson**, Counsel for Trustee, Joli A. Lofstedt, U.S. Bankruptcy Court,

1801 California Street, Suite 2700 Denver, Colorado (303) 406-4896 Email: tswanson@fbtlaw.com

4. **Dr. Dreyer,** Clerk of Court, Tulsa County Courthouse, 500 S. Denver Ave. Ste. 200, Tulsa, OK 74103; Phone: (918) 596-5000; Email: marc,dreyer@tulsacounty.org; CV-2024-2320
5. **Office of the U.S. Bankruptcy Court Clerk**
1961 Stout Street, Suite 12-200, Denver, CO 80294
Email: USTPRegion19.DV.ECF@usdoj.gov • Phone: (303) 312-7230
6. **Sam Allen IV,** Attorney for Defendants/Lessee, Lessor, Creditor, Troy Bundy and Lori Bundy, **Case No. CJ-23-229, address** 221 East Dewey Avenue, Sapulpa, OK 74066 Phone: (918) 227-2525 Email: jallen@lahlawyers.com
7. **Colton G. Scott,** Attorney for Lessee, Lessor, Mortgagees, Creditor, Defendant Henry Winn, Linda Winn, and Lamar Advertising Co., **Case No. 25-16650-MER; CJ-25-5084; 25-5114; 25-5094; address 400 West Fourth Street Claremore,** Oklahoma 74018, (918) 343-4100, **Email:** cscott@soonerlaw.com
8. **Mack Greever, OBA # 3588,** Attorney for Attorney for Lessee, Lessor, Mortgagees, Creditor, Defendant Henry Winn, Linda Winn, and Lamar Advertising Co. **Case No. 25-16650-MER; CJ-25-5084; 25-5114; 25-5094; CJ-25-171, CV-25-0048, CJ-25-131, address** 104 South Missouri Ste. 400 Claremore, Oklahoma 74018, (918) 342-2222, Email: mack@greeverlaw.com
9. **William Hickman, OBA # 18395,** Hickman Law Group, PLLC, Attorney for Lessee, Defendant, Creditor, Lamar Advertising Co., **Case No. 25-5114; 25-5094; CV-2024-2320; CJ-25-171; CJ-25-131; CV-25-0048 CJ-25-5084,** address 330 West Gray Street, Ste. 170, Tulsa, Oklahoma 73069, (405) 605-2375, Email: hickman@hickmanlawgroup.com
10. **R. Lawson Vaughn,** Defendant, City of Tulsa Attorney, **Case No. 25-5114; 25-5094; CV-2023-1583; CV-2024-2320; CJ-25-5084,** address 175 East 2nd Street, Tulsa, Oklahoma 74103 (918) 596-7717, Email: lvaughn@cityoftulsa.org
11. **Andrew Shanks, OBA # 22298, and William C. Searcy, OBA # 17938,** Attorney for Plaintiff, Lessee, Appellees, Plainview Salvage Inc., **Case No. SC-24-13707; CJ-25-159; CJ-25-171, 25-5114; 25-1332; 25-5135; 25-1337; 25-1674** address 2727 East 21st Street, Ste. 200, Tulsa, Oklahoma 74114, Phone: (918) 747-8900, Email: ashank@ellerdetrich.com,
12. **Nicholas Tait, OBA No. 22739, Attorney** for Plaintiff, TD BANK USA, N.A. v. Lori Bundy, **Case No. 25-7748,** 5200 S. Yale Suite 505, Tulsa, Oklahoma 74135 (877) 215-2552, Email:LawfirmOK@RaushStrum.com

13. **Megan M. Beck, OBA # 30962, Attorney** for Petitioner/Lessee, Lori A. Bundy v. Troy D. Bundy **Case No. FD-23-1459; address** 320 South Boston Avenue Suite 718 Tulsa, Oklahoma 74103 **Phone** (918) 295-6418 Email: megan@meganbecklaw.com

14. **Stephanie Lorbiecki, OBA # 11667,** Lorbiecki Law Office, Attorney for Respondant/Defendant Troy D. **Bundy Case No. FD-23-1459**, Post Office Box 2316 Sapulpa, Oklahoma 74067 **Phone**: (918) 224-3936 Email: stefanielaw7@gmail.com

15. **Hugh H. Fudge OBA # 20487, Dani L. Schinzing OBA # 32113, Emily R. Remmert OBA # 22110, Sean A. Nelson OBA # 30194, Keith A Daniels OBA # 19788**, Robinson, Hoover & Fudge, PLLC Attorney for Plaintiff First Fidelity Bank, N.A. v. Troy D. Bundy, **Case No. 25-782**, mailing address P.O. Box 1748 Oklahoma City, Oklahoma 73101 **Phone** (405) 232-6464 Email: lawmail@rhfok.com

16. **Stephan L. Bruce, OBA # 1241, Everette C. Altdoerffer, OBA # 30006, Leah K. Clark, OBA # 31819, Clay P. Booth, OBA # 11767, Roger M. Coil, OBA # 17002, Adam W. Sullivan, OBA # 35748**. Attorneys for Plaintiff Capital One, N.A. v. Troy D. Bundy Case No. 25-4913, P. O. Box 808 Edmond, Oklahoma 73083 Phone (405) 330-4110, Email: brucelaw@sbrucelaw.com

17. **Henry and Linda Winn** Creditor, Mortgagee, Lessee, Lessor, President of Plainview Salvage Inc. EIN # 73-1511706, 23610, 23780, 23882 East Admiral Place Catoosa Oklahoma 74015, 219 Williamsburg Street Catoosa, Oklahoma 74015, 7777 East 38th Street, Tulsa, Oklahoma 74145, Phone (918) 645-4695, Email: iris.wn@sbcglobal.net

18. **Robert Rainbolt,** Lessee, Mortgagor, Plaintiff, President of Plainview Salvage Inc., EIN # 73-1511706, Case No. 25-5114; 25-5135; 25-1337; 25-1674, CJ-25-159, 23610 East Admiral Place Catoosa Oklahoma (918) 266-5811, 1026 North Mingo Rd. Tulsa, Oklahoma 74116 (918) 697-8223, Email: robertrainbolt1991@gmail.com

19. **P. Clayton Eubanks,** Chief Legal Counsel, Defendant Case No. CJ-25-5084, Tulsa Field Office, 1 West Third Street, Ste. 1600 Mailbox # 3, Tulsa, Oklahoma 74103, (918) 918-3773 Email: jenna.bedwell@mines.ok.gov

20. **Troy D. Bundy and Lori Bundy,** Defendants, Lessor, Lessee, Creditor, Case No. 23-229; 25-5137; 25-16650-MER, 1020 East 39th Street, Tulsa Oklahoma 74105 (918) 855-3058 Email: jallen@lahlawyers.com

21. **Steven W. Soule,** OBA. No. 13781, 521 East 2nd Street, Suite 1200, Tulsa,

Oklahoma 74120 Phone: (918) 594-0400, Email: soule@hallestill.com

22. **Clerk of the Court, U.S. Court of Appeals for the Tenth Circuit,** Byron White U.S. Courthouse, 1823 Stout St., Denver, CO 80257(303) 844-3157 Certified Mail/Return Receipt No.______________________________________

Respectfully Submitted,

____________________________

August Wakat, Appellant, Pro Se'

KK

*1063662713*

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

**CLASSES et al,**
**Plaintiff,**

**v.**

**City of Tulsa, et al.**

**Case No. CJ-25-5084**

**TMAPC Case No. MPD-6**

DISTRICT COURT
FILED
NOV 21 2025
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

**CERTIFICATE OF SERVICE FOR DEFENDANT BUNDY TO ATTORNEY JODY ALLEN, ALLEN, SAM AND LOEFLER LAW OFFICE**

COMES NOW, **August Wakat**, appearing **Pro Se and** on behalf of the affected Classes, and states as follows:

On **November 19, 2025**, at approximately **12:02 p.m.**. I duly rendered and submitted the **Petition in Case No. CJ-25-5084**, together with the **Certificate of Service address**: 221 East Dewey Avenue, Sapulpa Oklahoma 74066 Phone: (918) 227-2525. by **agreement** and receipt of counsel Jody Allen for the Defendants Bundy in **Case No. CJ-23-229** in the District Court of Creek County, Oklahoma.

The Tulsa County **Clerk of Court's refusal** to file in Case No. CJ-25-5084 the Certificate of Service constitutes a willful suppression of material evidence in violation of the Clerk's **non-discretionary statutory duty** under **12 O.S. § 29 and** the **constitutional guarantee** of open courts and access to justice under **Okla. Const. art. II, § 6**. The **Oklahoma Supreme** Court has repeatedly held that a court clerk **may not refuse to accept a proper pleading**. *See* **State ex rel. Burk v. City of Oklahoma City**, 556 P.2d 591 (Okla. 1976); **Daniel v. Daniel**, 2001 OK 117.

The suppression is particularly egregious because the filings directly relate to:

1. **Allegations of homicide** involving **David Gene Wilfong**;
2. **Fraudulent real-estate transfers and annexation activities** concerning **23882 East Admiral Place, Catoosa, OK**;
3. **The absence of a federally required Reclamation Certificate** for the so-called **$100 Billion "Robson Coal Mine Ranch" development**, in violation of the **Surface Mining Control and Reclamation Act of 1977 (SMCRA)**; **and**
4. **The ongoing federal Bankruptcy proceeding, Case No. 25-16650-MER**.

Under **30 U.S.C. § 1256(b)**, **no transfer, foreclosure, sale, annexation, or enforcement of any interest** in previously mined land may occur unless **and** until a valid federal **Reclamation Certificate** has been issued. This requirement is **mandatory**. **and** federal law **preempts any conflicting state or local action** under the **Supremacy Clause, U.S. Const. art. VI**.

Yet despite these federal requirements, parties connected to the **Robson Coal Mine Ranch development** and the **East Admiral property** have attempted to utilize the bankruptcy proceeding in **Case No. 25-16650-MER** to effectuate fraudulent transfers and foreclosures **without a valid federal reclamation determination**. Any attempt to use bankruptcy court processes to enforce a lien, foreclosure, or property transfer on unreclaimed mined land is **void ab initio** and constitutes potential

**bankruptcy fraud** under **18 U.S.C. § 157**, as well as improper use of the court to circumvent federal mining law.

The refusal of the Tulsa County Clerk to file the Certificate of Service—thereby concealing evidence relevant to a **federal bankruptcy proceeding**—constitutes:

- **Obstruction of Justice** – 18 U.S.C. § 1503; 18 U.S.C. § 1512(c); 21 O.S. § 540
- **Aiding and Abetting** – 18 U.S.C. § 2; 21 O.S. § 172
- **Accessory After the Fact** – *Warren v. State*, 607 P.2d 365 (Okla. Crim. App. 1980)
- **Suppression of material evidence in violation of Due Process** – *Mooney v. Holohan*, 294 U.S. 103 (1935); *Napue v. Illinois*, 360 U.S. 264 (1959)
- **Interference with a Federal Bankruptcy Court's jurisdiction** – *Celotex Corp. v. Edwards*, 514 U.S. 300 (1995) (bankruptcy court authority must not be obstructed)

These acts, taken together, constitute an ongoing pattern of concealment affecting both **state criminal matters** and the **federal Bankruptcy Court in 25-16650-MER**, where reclamation compliance is a federal prerequisite to any property action.

Attached hereto is the **Certificate of Service for Case No. CJ-25-5084**, tendered again to preserve the record, establish judicial notice, and prevent further suppression.

## CONCLUSION

For the reasons stated above, the refusal to file the **Certificate of Service of Summons** in **Case No. CJ-25-5084**, the suppression of evidence relating to **fraudulent real-estate transactions, homicide allegations**, and the **home invasion of December 14, 2012** in **Case No. CJ-2013-829**, together with the continuing failure to produce the **federally required Reclamation Certificate** for the **unlawful mortgage asserted by Mortgagee Winn and the City of Tulsa** application in the zoning change request in Case No. MPD-6 in the pending **Quiet Title Action**, and the absence of reclamation compliance for the **$100 Billion Robson Coal Mine Ranch development**, as well as the ongoing misuse of the **Bankruptcy Court in Case No. 25-16650-MER**, collectively constitute serious violations of state and federal law. These include **obstruction of justice**, **bankruptcy fraud**, and **interference with federally regulated mined property under SMCRA**.

**Respectfully submitted,**

[signature]

**August Wakat, Pro Se**
33050 Tall Timber Trace
Trinidad, CO 81082
Phone: 719-680-1335
Email: elroi81082@gmail.com

Date: Nov. 24, 2025
10:09 am.

# CERTIFICATE OF SERVICE

I certify that on this 24th day of Nov . 2025, I served a true and correct copy of this Motion **AGREEMENT OF ACCEPTANCE THROUGH PROCESS RULE 4** by U.S. Mail on the parties listed below. Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 28 U.S.C. § 1651(a), Movant respectfully requests that the Clerk of Court issue electronic notice to all parties listed herein.

1. **Joli A. Lofstedt**, Chapter 7 Trustee
   Trustee 19, P.O. Box 270461, Louisville, CO 80027
   Email: joli@jaltrustee.com • **Phone**: (303) 513-2845
2. **Brenda Combstock,** Assistant Trustee. **Email**: brenda@jaltrustee.com
3. **Timothy Swanson,** Counsel for Trustee. Joli A. Lofstedt, U.S. Bankruptcy Court, 1801 California Street, Suite 2700 Denver, Colorado (303) 406-4896 Email: tswanson@fbtlaw.com
4. **Dr. Dreyer,** Clerk of Court, Tulsa County Courthouse, 500 S. Denver Ave. Ste. 200, Tulsa, OK 74103; Phone: (918) 596-5000; Email: marc.dreyer@tulsacounty.org; CV-2024-2320
5. **Office of the U.S. Bankruptcy Court Clerk**
   1961 Stout Street, Suite 12-200, Denver, CO 80294
   Email: USTPRegion19.DV.ECF@usdoj.gov • **Phone**: (303) 312-7230
6. **Sam Allen IV,** Attorney for Defendants/Lessee. Lessor, Creditor, Troy Bundy and Lori Bundy, **Case No. CJ-23-229,** address 221 East Dewey Avenue, Sapulpa, OK 74066 Phone: (918) 227-2525 Email: jallen@lahlawyers.com
7. **Colton G. Scott,** Attorney for Lessee. Lessor. Mortgagees, Creditor, Defendant Henry Winn, Linda Winn, and Lamar Advertising Co.. **Case No. 25-16650-MER; CJ-25-5084; 25-5114; 25-5094;** address 400 West Fourth Street Claremore, Oklahoma 74018, (918) 343-4100, Email: cscott@soonerlaw.com
8. **Mack Greever, OBA # 3588,** Attorney for Attorney for Lessee, Lessor, Mortgagees, Creditor, Defendant Henry Winn, Linda Winn, and Lamar Advertising Co. **Case No. 25-16650-MER; CJ-25-5084; 25-5114; 25-5094; CJ-25-171, CV-25-0048, CJ-25-131,** address 104 South Missouri Ste. 400 Claremore, Oklahoma 74018, (918) 342-2222, Email: mack@greeverlaw.com
9. **William Hickman, OBA # 18395**, Hickman Law Group, PLLC, Attorney for Lessee, Defendant, Creditor, Lamar Advertising Co.. **Case No. 25-5114; 25-5094; CV-2024-2320; CJ-25-171; CJ-25-131; CV-25-0048 CJ-25-5084**, address 330 West Gray Street, Ste. 170, Tulsa, Oklahoma 73069, (405) 605-2375, Email: hickman@hickmanlawgroup.com
10. **R. Lawson Vaughn,** Defendant, City of Tulsa Attorney, **Case No. 25-5114; 25-5094; CV-2023-1583; CV-2024-2320; CJ-25-5084,** address 175 East 2nd Street, Tulsa, Oklahoma 74103 (918) 596-7717, Email: lvaughn@cityoftulsa.org
11. **Andrew Shanks, OBA # 22298, and William C. Searcy, OBA # 17938**, Attorney for Plaintiff, Lessee, Appellees, Plainview Salvage Inc.. **Case No. SC-24-13707; CJ-25-159; CJ-25-171, 25-5114; 25-1332; 25-5135; 25-1337; 25-1674** address 2727 East 21st Street, Ste. 200, Tulsa, Oklahoma 74114, Phone: (918) 747-8900. **Email**: ashank@ellerdetrich.com

12. **Nicholas Tait, OBA No. 22739,** Attorney for Plaintiff, TD BANK USA, N.A. v. Lori Bundy, **Case No. 25-7748**, 5200 S. Yale Suite 505. Tulsa, Oklahoma 74135 (877) 215-2552, Email:LawfirmOK@RaushStrum.com

13. **Megan M. Beck, OBA # 30962,** Attorney for Petitioner/Lessee, Lori A. Bundy v. Troy D. Bundy **Case No. FD-23-1459;** address 320 South Boston Avenue Suite 718 Tulsa, Oklahoma 74103 Phone (918) 295-6418 Email: megan@meganbecklaw.com

14. **Stephanie Lorbiecki, OBA # 11667,** Lorbiecki Law Office, Attorney for Respondant/Defendant Troy D. Bundy **Case No. FD-23-1459**, Post Office Box 2316 Sapulpa, Oklahoma 74067 Phone: (918) 224-3936 Email: stefanielaw7@gmail.com

15. **Hugh H. Fudge OBA # 20487, Dani L. Schinzing OBA # 32113, Emily R. Remmert OBA # 22110, Sean A. Nelson OBA # 30194, Keith A Daniels OBA # 19788,** Robinson, Hoover & Fudge, PLLC Attorney for Plaintiff First Fidelity Bank, N.A. v. Troy D. Bundy, **Case No. 25-782**, mailing address P.O. Box 1748 Oklahoma City, Oklahoma 73101 Phone (405) 232-6464 Email: lawmail@rhfok.com

16. **Stephan L. Bruce, OBA # 1241, Everette C. Altdoerffer, OBA # 30006, Leah K. Clark, OBA # 31819, Clay P. Booth, OBA # 11767, Roger M. Coil, OBA # 17002, Adam W. Sullivan, OBA # 35748.** Attorneys for Plaintiff Capital One, N.A. v. Troy D. Bundy Case No. 25-4913, P. O. Box 808 Edmond, Oklahoma 73083 Phone (405) 330-4110, Email: brucelaw@sbrucelaw.com

17. **Henry and Linda Winn** Creditor, Mortgagee, Lessee, Lessor, President of Plainview Salvage Inc. EIN # 73-1511706, 23610, 23780, 23882 East Admiral Place Catoosa Oklahoma 74015, 219 Williamsburg Street Catoosa, Oklahoma 74015, 7777 East 38th Street, Tulsa, Oklahoma 74145, Phone (918) 645-4695. Email: iris.wn@sbcglobal.net

18. **Robert Rainbolt,** Lessee, Mortgagor, Plaintiff, President of Plainview Salvage Inc., EIN # 73-1511706, Case No. 25-5114; 25-5135; 25-1337; 25-1674, CJ-25-159, 23610 East Admiral Place Catoosa Oklahoma (918) 266-5811, 1026 North Mingo Rd. Tulsa, Oklahoma 74116 (918) 697-8223, Email: robertrainbolt1991@gmail.com

19. **P. Clayton Eubanks,** Chief Legal Counsel, Tulsa Field Office, 1 West Third Street, Ste. 1600 Mailbox # 3, Tulsa, Oklahoma 74103. (918) 918-3773 Email: jenna.bedwell@mines.ok.gov Civil Servant

20. **Troy D. Bundy and Lori Bundy,** Defendants, Lessor, Lessee, Creditor, Case No. 23-229; 25-5137; 25-16650-MER, 1020 East 39th Street, Tulsa Oklahoma 74105 (918) 855-3058 Email: jallen@lahlawyers.com

Respectfully Submitted,

[signature]

August Wakat, Debtor , Pro Se'

Total pages 5

CJ-25224

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
FILED
NOV 19 2025
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

AUGUST JOHN WAKAT, JR.
individually and on behalf of all
others similarly situated (the 'CLASSES').
Petitioners,

Case No. CJ-25-5084

v.

Jury Trial Demanded

CITY OF TULSA, an Oklahoma
municipal corporation;
TULSA METROPOLITAN
AREA PLANNING COMMISSION
(TMAPC), by and through the planning
office, in its administrative capacity:
FAIR OAKS TOWNSHIP, an entity
claiming to act as a political subdivision
in Tulsa, Wagoner, and Rogers Counties:
FAIR OAKS RANCH LLC, and any successors

City of Tulsa, TMAPC Case No. MPD-6
(proposed zoning change)

FILED IN DISTRICT COURT
CREEK COUNTY SAPULPA OK
NOV 19 2025
TIME 12:17
Amanda VanOrsdol, COURT CLERK

# CERTIFICATE OF SERVICE

FILED
OF THE CITY CLERK
CITY OF TULSA, OKLAHOMA
2025 NOV 20 AM 09:30

I certify that on the 19th day of November, 2025 I served this notice to Allen Lofler & Han Jody Allen by: Address: 221 East Dewey Avenue Sapulpa OK 74066 Time: 12:03pm (918) 227-2525

☑ - Delivering it personally to the person in possession.

☐ - Delivering it on the premises to a member of his/her family who is over the age of twelve (12) and residing with the tenant.

☐ - Posting a copy at a conspicuous place on the dwelling unit, and mailing a copy to the person in possession through certified mail.

☐ - Certified mail, with a return receipt request, addressed to the person in possession.

Signature: [signature]

Summons:
Troy Bunch
Lori Bunch

[signature]
Jody Allen

DEC 12 2025
By Heather O'Neal
Deputy

5. **Exhibit E** of 13 pages, DOCKET FOR CASE NO. CJ-2025-5084, dated December 13, 2025.

OKLAHOMA STATE COURTS NETWORK

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

AUGUST JOHN WAKAT, JR,
Individually and on behalf of all
others similarly situated (the 'CLASSES')
Plaintiff,
v.
CITY OF TULSA,
an Oklahoma municipal corporation,
Defendant, and
TULSA METROPOLITAN AREA PLANNING COMMISSION,
(TMAPC), by and through the planning office,
in its administrative capacity,
Defendant, and
FAIR OAKS TOWNSHIP,
an entity claiming to act as a
political subdivision in Tulsa, Wagoner
and Rogers Counties,
Defendant, and
FAIR OAKS RANCH LLC,
and any successor entities asserting
annexation-related interest,
Defendant and
JOHN DOE 1-20,
(municipal officer, agents, or contractors),
in their individual and official capacities,
Defendant and
JANE DOE 1-20,
(municipal officer, agents, or contractors),
in their individual and official capacities,
Defendant.

**No. CJ-2025-5084**
**(Civil relief more than $10,000: DECLARATORY JUDGMENT)**

**Filed**: 11/03/2025

**Judge**: Civil Docket B

## PARTIES

CITY OF TULSA, Defendant
FAIR OAKS RANCH LLC, Defendant
FAIR OAKS TOWNSHIP, Defendant
TULSA METROPOLITAN AREA PLANNING COMMISSION, Defendant
WAKAT, AUGUST JOHN JR, Plaintiff

# ATTORNEYS

| Attorney | Represented Parties |
| --- | --- |
| FIELDS, RACHEL A (Bar #31096)<br>STEIDLEY & NEAL PLLC<br>2448 E 81ST STREET<br>53RD FLOOR<br>TULSA, OK 74137 | CITY OF TULSA, |
| PRO SE | WAKAT, AUGUST JOHN JR |
| WALDROUP, ZACHARY A (Bar #34814)<br>CITY OF BROKEN ARROW<br>PO BOX 610<br>BROKEN ARROW, OK 74013 | TULSA METROPOLITAN AREA PLANNING COMMISSION, |

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.** Issue: DECLARATORY JUDGMENT (DECLARE)
Filed By: WAKAT, AUGUST JOHN JR
Filed Date: 11/03/2025

| Party Name | Disposition Information |
| --- | --- |
| | Pending. |

**Issue # 2.** Issue: DETACHMENT / DE ANNEXATION (OTHER)
Filed By: WAKAT, AUGUST JOHN JR
Filed Date: 11/03/2025

| Party Name | Disposition Information |
| --- | --- |
| | Pending. |

**Issue # 3.** Issue: INJUNCTIVE RELIEF (INJUNCT)
Filed By: WAKAT, AUGUST JOHN JR
Filed Date: 11/03/2025

| Party Name | Disposition Information |
| --- | --- |
| | Pending. |

**Issue # 4.** Issue: QUIET TITLE AND BOUNDARY CLARIFICATION (QUIET)
Filed By: WAKAT, AUGUST JOHN JR
Filed Date: 11/03/2025

| **Party Name** | **Disposition Information** |
|---|---|
| | Pending. |

**Issue # 5.** Issue: ACCOUNTING RESTITUTION DISGORGEMENT AND DAMAGES (OTHER)
Filed By: WAKAT, AUGUST JOHN JR
Filed Date: 11/03/2025

| **Party Name** | **Disposition Information** |
|---|---|
| | Pending. |

**Issue # 6.** Issue: USC 1983 (CIVIL RIGHT FIRST SIXTH AND FOURTEENTH AMENDMENTS) (OTHER)
Filed By: WAKAT, AUGUST JOHN JR
Filed Date: 11/03/2025

| **Party Name** | **Disposition Information** |
|---|---|
| | Pending. |

# DOCKET

| **Date** | **Code** | **Description** | |
|---|---|---|---|
| 11-03-2025 | [ TEXT ] | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | #1 |
| 11-03-2025 | [ DECLARE ] | DECLARATORY JUDGMENT | |
| 11-03-2025 | [ DMFE ] | DISPUTE MEDIATION FEE | $ 7.00 |
| 11-03-2025 | [ PFE1 ] | PETITION<br>Document Available (#1063321598) TIFF PDF | $ 163.00 |
| 11-03-2025 | [ PFE7 ] | LAW LIBRARY FEE | $ 6.00 |
| 11-03-2025 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | $ 25.00 |
| 11-03-2025 | [ OCJC ] | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.55 |
| 11-03-2025 | [ OCASA ] | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | $ 10.00 |
| 11-03-2025 | [ SSFCHSCPC ] | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 10.00 |
| 11-03-2025 | [ CCADMINCSF ] | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.00 |

11-03-2025 [ CCADMIN0155 ] $ 0.16

COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION

---

11-03-2025 [ SJFIS ] $ 0.45

STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES

---

11-03-2025 [ DCADMIN155 ] $ 0.23

DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS

---

11-03-2025 [ DCADMINCSF ] $ 1.50

DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER

---

11-03-2025 [ CCRMPF ] $ 10.00

COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE

---

11-03-2025 [ DCADMIN10 ] $ 1.50

DISTRICT COURT ADMIN FEE FOR $10 COLLECTION

---

11-03-2025 [ CCADMIN10 ] $ 1.00

COURT CLERK ADMIN FEE FOR $10 COLLECTION

---

11-03-2025 [ SMF ] $ 70.00

SUMMONS FEE (CLERKS FEE)/7

---

11-03-2025 [ SMIMA ]

SUMMONS ISSUED - MAILED BY ATTORNEY

---

11-03-2025 [ APLI ]

PAUPER'S AFFIDAVIT AND APPLICATION TO PROCEED IN FORMA PAUPERIS (12 O.S. § 922) / CERTIFICATE OF SERVICE

Document Available (#1063670174) TIFF PDF

---

11-03-2025 [ MOC ]

EMERGENCY MOTION TO COMPEL CLERK TO FILE/DOCKET AND ACCEPT IN FORMA PAUPERIS; TO CORRECT DOCKET NUNC PRO TUNC; AND FOR OTHER APPROPRIATE RELIEF NOTICE OF APPEAL FEDERAL QUESTION PRESERVED / CERTIFICATE OF SERVICE

Document Available (#1063670186) TIFF PDF

---

11-03-2025 [ LT ]

LETTER / CERTIFICATE OF SERVICE

Document Available (#1063670213) TIFF PDF

---

11-03-2025 [ TEXT ]

JUDICIAL GAMBIT

Document Available (#1063670214) TIFF PDF

---

11-03-2025 [ EAA ] WAKAT, AUGUST JOHN JR

ENTRY OF APPEARANCE / AUGUST J. WAKAT ENTERS PRO SE / CERTIFICATE OF SERVICE

Document Available (#1063670221) TIFF PDF

---

11-03-2025 [ S ]

PARTY HAS BEEN SUCCESSFULLY SERVED.11-3-25

Document Available (#1063670250) TIFF PDF

---

**11-03-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. 11-3-25

Document Available (#1063670251) TIFF PDF

---

**11-03-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. 11-3-25

Document Available (#1063670252) TIFF PDF

---

**11-03-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. 11-3-25

Document Available (#1063670253) TIFF PDF

---

**11-03-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. 11-3-25

Document Available (#1063670254) TIFF PDF

---

**11-03-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. 11-3-25

Document Available (#1063670255) TIFF PDF

---

**11-03-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. 11-3-25

Document Available (#1063670256) TIFF PDF

---

**11-03-2025 [ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CIVIL DOCKET B TO THIS CASE.

---

**11-03-2025 [ ADJUST ]** $ 7.71

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

---

**11-03-2025 [ ACCOUNT ]**

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:

CJ-2025-5084: AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE -$0.25
CJ-2025-5084: AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY -$0.25
CJ-2025-5084: AC79 OCIS REVOLVING FUND -$0.63
CJ-2025-5084: AC67 DISTRICT COURT REVOLVING FUND -$0.09
CJ-2025-5084: AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS -$0.02
CJ-2025-5084: AC64 DISPUTE MEDIATION FEES CIVIL ONLY -$0.18
CJ-2025-5084: AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND -$0.04
CJ-2025-5084: AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES -$0.25
CJ-2025-5084: AC31 COURT CLERK REVOLVING FUND -$0.06
CJ-2025-5084: AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL -$0.15
CJ-2025-5084: AC01 CLERK FEES -$5.79

11-03-2025 [ACCOUNT]

RECEIPT # 2025-4840470 ON 11/03/2025.
PAYOR: WAKAT/ AUGUST TOTAL AMOUNT PAID: $ 308.39.
LINE ITEMS:
CJ-2025-5084: $227.21 ON AC01 CLERK FEES.
CJ-2025-5084: $7.71 ON AC09 CARD ALLOCATIONS.
CJ-2025-5084: $5.85 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2025-5084: $2.10 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2025-5084: $9.75 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2025-5084: $1.51 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2025-5084: $6.82 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2025-5084: $0.43 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2025-5084: $3.14 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2025-5084: $24.37 ON AC79 OCIS REVOLVING FUND.
CJ-2025-5084: $9.75 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2025-5084: $9.75 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

---

**11-04-2025 [ EAA ]**

ENTRY OF APPEARANCE / JOHN LEE WAKAT ENTERS PRO SE
Document Available (#1063667146) TIFF PDF

---

**11-04-2025 [ EAA ]**

ENTRY OF APPEARANCE / JAMIE WAKAT ENTERS PRO SE
Document Available (#1063667147) TIFF PDF

---

**11-04-2025 [ EAA ]**

ENTRY OF APPEARANCE / DANIEL BORLAK ENTERS PRO SE
Document Available (#1063667148) TIFF PDF

---

**11-05-2025 [ AFDP ]**

NOTICE OF CRIMINAL COMPLAINTT AFFIDAVIT TMAPC MPD-6
Document Available (#1063667580) TIFF PDF

---

**11-10-2025 [ SMF ]** $ 10.00

SUMMONS FEE

---

**11-10-2025 [ TEXT ]**

SUBPOENA TO APPEAR AND TESTIFY UNDER JUDICIAL NOTICE / CERTIFICATE OF SERVICE
Document Available (#1063668286) TIFF PDF

---

**11-10-2025 [ TEXT ]**

SUBPOENA TO APPEAR AND TESTIFY UNDER JUDICIAL NOTICE / CERTIFICATE OF SERVICE
Document Available (#1063668287) TIFF PDF

---

**11-10-2025 [ NO ]**

NOTICE OF APPEAL, OBJECTION, EFFECTUATE SUBPOENA CITIZENS ARREST OF MAYORS DESIGNEE GENE BULMASH AND REQUEST FOR HEARING REGARDING DEED FRAUD AND OTHER FRIVELOUS ACTS / CERTIFICATE OF SERVICE
Document Available (#1063668288) TIFF PDF

---

**11-10-2025 [ EAA ]** WAKAT, AUGUST JOHN JR

ENTRY OF APPEARANCE / AUGUST JOHN WAKAT, JR ENTERS PRO SE / CERTIFICA``TE OF SERVICE
Document Available (#1063668296) TIFF PDF

---

11-10-2025 [ S ] CITY OF TULSA

PARTY HAS BEEN SUCCESSFULLY SERVED. CITY OF TULSA / 11-10-25
Document Available (#1063668367) TIFF PDF

---

11-10-2025 [ ACCOUNT ]

RECEIPT # 2025-4842971 ON 11/10/2025.
PAYOR: AUGUST JOHN WAKAT JR TOTAL AMOUNT PAID: $ 10.00.
LINE ITEMS:
CJ-2025-5084: $10.00 ON AC01 CLERK FEES.

---

11-13-2025 [ MO ]

MOTION TO STAY ALL PROJECT ACTIVITY, INCLUDING PROJECT ANTHEM , MPD-6, TAIT, TRAM, AND ALL ASSOCIATED DATA-CENTER AND INFRASTRUCTURE DEVELOPMENTS, PENDING CRIMINAL INVESTIGATION, BANKRUPTCY REVIEW, AND FEDERAL REDRESS
Document Available (#1063666434) TIFF PDF

---

11-14-2025 [ REQ ]

REQUEST FOR INSPECTION OR COPYING OF CITY PUBLIC RECORDS
Document Available (#1063667019) TIFF PDF

---

11-14-2025 [ CERTS ]

CERTIFICATE OF SERVICE
Document Available (#1063667023) TIFF PDF

---

11-14-2025 [ MO ]

EMERGENCY MOTION FOR CESSATION ORDER, QUIET TITLE AND RESTITUTION / A TO J / CERTIFICATE OF SERVICE
Document Available (#1063667027) TIFF PDF

---

11-17-2025 [ LT ]

LETTER FROM AUGUST JOHN WAKAT, JR.
Document Available (#1063668471) TIFF PDF

---

11-17-2025 [ AFDP ]

AFFIDAVIT OF CREDITORS ESTELLA WAKAT-AIKINS
Document Available (#1063668472) TIFF PDF

---

11-17-2025 [ TEXT ]

COMPLAINT FORM
Document Available (#1063668473) TIFF PDF

---

11-17-2025 [ TEXT ]

EMAIL FROM AUGUST WAKAT
Document Available (#1063668474) TIFF PDF

---

11-17-2025 [ NO ]

NOTICE OF INTENT TO APPLY FOR PHASE 1 & II RECLAMATION BOND RELEASE
Document Available (#1063668475) TIFF PDF

---

11-17-2025 [ OBJ ]

OBJECTION TO CREDITOR MEETING UNDER JUDICIAL NOTICE, MOTION FOR RECUSAL, REQUEST TO RESET HEARING AND NOTICE OF INTENT TO FILE ADVERSARY PROCEEDING / / CERTIFICATE OF SERVICE
Document Available (#1063668476) TIFF PDF

---

11-17-2025 [ TEXT ]

SUBPOENA TO APPEAR AND TESTIFY UNDER JUDICIAL NOTICE / ESTELLA WAKAT-AIKINS / CERTIFICATE OF SERVICE

Document Available (#1063668477) TIFF PDF

11-17-2025 [ TEXT ]

SUBPOENA TO APPEAR AND TESTIFY UNDER JUDICIAL NOTICE / JOLI A. LOFSTED / CERTIFICATE OF SERVICE

Document Available (#1063668478) TIFF PDF

11-17-2025 [ TEXT ]

SUBPOENA TO APPEAR AND TESTIFY UNDER JUDICIAL NOTICE / HENRY WINN / CERTIFICATE OF SERVICE

Document Available (#1063668479) TIFF PDF

11-17-2025 [ TEXT ]

SUBPOENA TO APPEAR AND TESTIFY UNDER JUDICIAL NOTICE / LINDA WINN / CERTIFICATE OF SERVICE

Document Available (#1063668480) TIFF PDF

11-17-2025 [ TEXT ]

SUBPOENA TO APPEAR AND TESTIFY UNDER JUDICIAL NOTICE / BRENDA COMBSTOCK / CERTIFICATE OF SERVICE

Document Available (#1063668481) TIFF PDF

11-17-2025 [ TEXT ]

SUBPOENA TO APPEAR AND TESTIFY UNDER JUDICIAL NOTICE / TIMOTHY SWANSON / CERTIFICATE OF SERVICE

Document Available (#1063668482) TIFF PDF

11-17-2025 [ TEXT ]

SUBPOENA TO APPEAR AND TESTIFY UNDER JUDICIAL NOTICE / COLTON G. SCOTT / CERTIFICATE OF SERVICE

Document Available (#1063668483) TIFF PDF

11-17-2025 [ TEXT ] WAKAT, AUGUST JOHN JR

FILING REQUEST / SUBMISSION OF DOCUMENTS

Document Available (#1063675585) TIFF PDF

11-18-2025 [ SMF ] $ 30.00

SUMMONS FEE - 3

11-18-2025 [ OBJ ]

OBJECTION TO ORDER DENYING MOTIONS FOR REFERRAL (ECF 56), OBJECTION TO TRUSTEE'S OMNIBUS RESPONSE (ECF 55) AND REQUEST FOR RECONSIDERATION BASED ON CORE PROCEEDINGS AND JUDICIAL NOTICE / CERTIFICATE OF SERVICE

Document Available (#1063676952) TIFF PDF

11-18-2025 [ S ]

PARTY HAS BEEN SUCCESSFULLY SERVED. VICE PRESIDENT, PATRICK SELCER / 11-18-25

Document Available (#1063677076) TIFF PDF

11-18-2025 [ S ]

PARTY HAS BEEN SUCCESSFULLY SERVED. HENRY WINN / 11-18-25

Document Available (#1063677078) TIFF PDF

**11-18-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. LINDA WINN / 11-18-25

Document Available (#1063677079) TIFF PDF

---

**11-18-2025 [ ADJUST ]** $ 0.75

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

---

**11-18-2025 [ ACCOUNT ]**

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:

CJ-2025-5084: AC01 CLERK FEES -$0.75

---

**11-18-2025 [ ACCOUNT ]**

RECEIPT # 2025-4846231 ON 11/18/2025.

PAYOR: WAKAT/ AUGUST TOTAL AMOUNT PAID: $ 30.00.

LINE ITEMS:

CJ-2025-5084: $29.25 ON AC01 CLERK FEES.

CJ-2025-5084: $0.75 ON AC09 CARD ALLOCATIONS.

---

**11-19-2025 [ SMF ]** $ 30.00

SUMMONS FEE - 3

---

**11-19-2025 [ SMF ]** $ 10.00

SUMMONS FEE

---

**11-19-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. ROBERT RAINBOLT / 11-19-25

Document Available (#1063677239) TIFF PDF

---

**11-19-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. P. CLAYTON EUBANKS / 11-19-25

Document Available (#1063677240) TIFF PDF

---

**11-19-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. TROY D. BUNDY / 11-19-25

Document Available (#1063677241) TIFF PDF

---

**11-19-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. LORI A. BUNDY / 11-19-25

Document Available (#1063677242) TIFF PDF

---

**11-19-2025 [ ADJUST ]** $ 0.75

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

---

**11-19-2025 [ ACCOUNT ]**

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:

CJ-2025-5084: AC01 CLERK FEES -$0.75

---

**11-19-2025 [ ACCOUNT ]**

RECEIPT # 2025-4846400 ON 11/19/2025.

PAYOR: WAKAT/ AUGUST TOTAL AMOUNT PAID: $ 30.00.

LINE ITEMS:

CJ-2025-5084: $29.25 ON AC01 CLERK FEES.

CJ-2025-5084: $0.75 ON AC09 CARD ALLOCATIONS.

---

**11-19-2025 [ ADJUST ]** $ 0.25

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

---

**11-19-2025 [ ACCOUNT ]**

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
CJ-2025-5084: AC01 CLERK FEES -$0.25

---

**11-19-2025 [ ACCOUNT ]**

RECEIPT # 2025-4846689 ON 11/19/2025.
PAYOR: WAKAT/ AUGUST TOTAL AMOUNT PAID: $ 10.00.
LINE ITEMS:
CJ-2025-5084: $9.75 ON AC01 CLERK FEES.
CJ-2025-5084: $0.25 ON AC09 CARD ALLOCATIONS.

---

**11-20-2025 [ SMF ]** $ 40.00

SUMMONS FEE

---

**11-20-2025 [ TEXT ]**

CITIZEN'S REQUEST FOR AN INSPECTION
Document Available (#1063677288) TIFF PDF

---

**11-20-2025 [ EAA ]**

ENTRY OF APPEARANCE / RAYMOND GOLDESBERRY ENTERS PRO SE / CERTIFICATE OF SERVICE
Document Available (#1063677291) TIFF PDF

---

**11-20-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. MICHAEL E. ROMERO / 11-20-25
Document Available (#1063677343) TIFF PDF

---

**11-20-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. JOLI A. LOFSTEDT / ON 11-20-25
Document Available (#1063677344) TIFF PDF

---

**11-20-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. BRENDA COMBSTOCK / ON 11-20-25
Document Available (#1063677346) TIFF PDF

---

**11-20-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. TIMOTHY SWANSON / ON 11-20-25
Document Available (#1063677347) TIFF PDF

---

**11-20-2025 [ CTEXP ]**

COURT FILE EXPANDED TO VOLUME 2 / BEGINNING WITH PLEADINGS DATED 11-20-25

---

**11-20-2025 [ ADJUST ]** $ 1.00

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

---

**11-20-2025 [ ACCOUNT ]**

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
CJ-2025-5084: AC01 CLERK FEES -$1.00

**11-20-2025 [ ACCOUNT ]**

RECEIPT # 2025-4846829 ON 11/20/2025.
PAYOR: WAKAT/ AUGUST TOTAL AMOUNT PAID: $ 40.00.
LINE ITEMS:
CJ-2025-5084: $39.00 ON AC01 CLERK FEES.
CJ-2025-5084: $1.00 ON AC09 CARD ALLOCATIONS.

---

**11-21-2025 [ TEXT ]**

DEFENDANT'S OBJECTION TO DOCKET ENTRY DATED AUGUST 20, 2025 AND MOTION TO DISMISS FORECLOSURE FOR ILLEGAL CONVEYANCE OF UNREACLAIMED MINED PROPERTY (FILED BY INSISTANCE OF THE PLAINTIFF)
Document Available (#1063662582) TIFF PDF

---

**11-21-2025 [ TEXT ]**

DEFENDANT'S OBJECTION TO DOCKET ENTRY DATED NOVEMBER 17, 2025 AND MOTION TO DISMISS FORECLOSURE FOR ILLEGAL CONVEYANCE OF UNREACLAIMED MINED PROPERTY (FILED BY INSISTANCE OF THE PLAINTIFF)
Document Available (#1063662583) TIFF PDF

---

**11-24-2025 [ SMF ]** $ 40.00

SUMMONS FEE

---

**11-24-2025 [ MOD ]**

DEFENDANT CITY OF TULSA'S MOTION TO DISMISS AND BRIEF IN SUPPORT / CERTIFICATE OF SERVICE
Document Available (#1063662681) TIFF PDF

---

**11-24-2025 [ TEXT ]**

REPORT FROM PLAINTIFF
Document Available (#1063662705) TIFF PDF

---

**11-24-2025 [ CERTS ]**

CERTIFICATE OF SERVICE
Document Available (#1063662716) TIFF PDF

---

**11-24-2025 [ CERTS ]**

CERTIFICATE OF SERVICE FOR DEFENDANT BUNDY TOATTORNEY JODY ALLEN, ALEN, SAM AND LOEFLER LAW OFFICE
Document Available (#1063662713) TIFF PDF

---

**11-24-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. STEVE KUNZWEILER / ON 11-24-25
Document Available (#1063662743) TIFF PDF

---

**11-24-2025 [ ADJUST ]** $ 1.00

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

---

**11-24-2025 [ ACCOUNT ]**

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
CJ-2025-5084: AC01 CLERK FEES -$1.00

---

11-24-2025 [ ACCOUNT ]

RECEIPT # 2025-4848311 ON 11/24/2025.
PAYOR: WAKAT/ AUGUST TOTAL AMOUNT PAID: $ 40.00.
LINE ITEMS:
CJ-2025-5084: $39.00 ON AC01 CLERK FEES.
CJ-2025-5084: $1.00 ON AC09 CARD ALLOCATIONS.

---

**11-25-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. MAJOR STEPHAN GARRETT / ON 11-24-25
Document Available (#1063662873) TIFF PDF

---

**11-25-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. CRICKET MOORE / ON 11-24-25
Document Available (#1063662874) TIFF PDF

---

**11-26-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. RONALD EDWARD DURBIN II (NO PROOF OF SERVICE ATTACHED)
Document Available (#1063661503) TIFF PDF

---

**11-26-2025 [ CERTS ]**

CERTIFICATE OF SERVICE
Document Available (#1063661509) TIFF PDF

---

**11-26-2025 [ CERTS ]**

CERTIFICATE OF SERVICE
Document Available (#1063661510) TIFF PDF

---

**11-26-2025 [ OBJ ]**

CLASSES OBJECTION TO DOCKET ENTRY DATED NOVEMBER 24,2025 MOTION TO DISMISS AND RESERVE TIME TO ANSWER AND REQUEST MOTION TO DISMISS TMAPC ZONING APPLICATION FOR MPD-6 AND ORDINANCE NO. 20244 AND 20267 FOR ILLEGAL CONVEYANCE OF UNRECLAIMED MINED PROPERTY AND MOTION FOR STAY AND REMOVAL TO U.S. BANKRUPTCY COURT DISTRICT OF COLORADO CASE NO. 25-16650
Document Available (#1063661511) TIFF PDF

---

**11-26-2025 [ EAA ]**

ENTRY OF APPEARANCE / SUSAN FREDERICK ENTERS PRO SE / CERTIFICATE OF SERVICE
Document Available (#1063661517) TIFF PDF

---

**12-01-2025 [ S ]**

PARTY HAS BEEN SUCCESSFULLY SERVED. RONALD EDWARD DURBN II / ON 11-26-25
Document Available (#1063661661) TIFF PDF

---

**12-01-2025 [ TEXT ]**

PROCESS RECEIPT AND RETURN
Document Available (#1063661662) TIFF PDF

---

**12-01-2025 [ TEXT ]**

PROCESS RECEIPT AND RETURN
Document Available (#1063661663) TIFF PDF

---

**12-01-2025 [ TEXT ]**

PROCESS RECEIPT AND RETURN
Document Available (#1063661664) TIFF PDF

---

12-01-2025 [ MOD ]

MOTION TO DISMISS BANKRUPTCY PROCEEDING PENDING RESOLUTION
Document Available (#1063661665) TIFF PDF

12-01-2025 [ CTEXP ]

COURT FILE EXPANDED TO VOLUME 3 / AS OF 12-01-25

12-04-2025 [ MODJ ]

MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT (SEE DOC)
Document Available (#1063657635) TIFF PDF

12-04-2025 [ TEXT ]

FILING INSTRUCTIONS FOR BANKRUPTCY
Document Available (#1063657658) TIFF PDF

12-04-2025 [ CTEXP ]

COURT FILE EXPANDED TO VOLUME 4 / AS OF 12-04-25

12-05-2025 [ MODJ ]

MOTION FOR DEFAULT JUDGMENT (SEE DOC)
Document Available (#1063657696) TIFF PDF

12-05-2025 [ OBJ ]

OBJECTION TO DOCKET 85 MOTION TO DISMISS BANKRUPTCY CASE AND NOTICE FOR APPEAL IN REFERENCRE TO DOCKET 15 FOR ALLEGED CRIMINAL ACTS OF OBSTRUCTION UNDER COLOR OF LAWPURSUANT TO 42 U.S.C. §§ 1983 AND 1985
Document Available (#1063657743) TIFF PDF

12-05-2025 [ TEXT ]

CITIZEN CRIME REPORT
Document Available (#1063657744) TIFF PDF

12-09-2025 [ TEXT ]

RESPONSE TO STAFF REPORT MPD-6
Document Available (#1063657936) TIFF PDF

12-10-2025 [ MO ]

MOTION FOR CLARIFICATION REGARDING APPELLEE BRIEFING, RULE 31 (C) WAIVER, REQUEST FOR REMAND AND REQUEST FOR IN-PERSON ORAL ARGUMENT / CERTIFICATE OF SERVICE
Document Available (#1063737071) TIFF PDF

12-12-2025 [ MO ]

DEFENDANTS CRICKETT MOORE AND STEPHEN GARRETT'S MOTION TO DISMISS AND BRIEF IN SUPPORT.
Document Unavailable (#1063097923)

12-12-2025 [ EAA ] CITY OF TULSA

ENTRY OF APPEARANCE / CERTIFICATE OF SERVICE
Document Unavailable (#1063097939)

12-12-2025 [ EAA ] TULSA METROPOLITAN AREA PLANNING COMMISSION

ENTRY OF APPEARANCE / CERTIFICATE OF SERVICE
Document Unavailable (#1063097943)

Gmail

el roi <elroi81082@gmail.com>

**USPS® Item Delivered, Smart Parcel Locker 4208020200159510806695715347627395**
1 message

**auto-reply@usps.com** <auto-reply@usps.com> Tue, Dec 16, 2025 at 11:54 AM
To: elroi81082@gmail.com

Hello **A** ,

Your item has been delivered to a USPS® Smart Locker at 10:45 am on December 16, 2025 in DENVER, CO 80202 and is ready for pickup.

Tracking Number: 4208020200159510806695715347627395

**Delivered, Smart Parcel Locker**

Tracking & Delivery Options

**My Account**




Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

# TULSA METRO PLANNING COMMISSION IN AND FOR CITY OF TULSA TULSA COUNTY STATE OF OKLAHOMA

| | | |
|---|---|---|
| **AUGUST WAKAT,**<br>Classes,<br><br>v.<br><br>**JOE ROBSON,** in and for City of Tulsa, Chairman, TAIT in and for TMAPC in his official and, individual capacities,<br>Defendants. | ) | **TMAPC CASE NO. MPD-6**<br><br>CASE NO. CJ-25-5084<br><br>**SUBPOENA** |

DISTRICT COURT
FILED
NOV 10 2025
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

## SUBPOENA TO APPEAR AND TESTIFY UNDER JUDICIAL NOTICE

**TO: JOE ROBSON, APPLICANT IN MPD-6 AND, CHAIRMAN, TULSA AIRPORTS IMPROVEMENT TRUST, IN AND FOR TULSA METRO AREA PLANNING COMMISSION,** 175 East 2nd Street, Suite 480, Tulsa, OK 74103. Phone: 918-596-9456 PO 2017-0115; Case No. 2025005087; Case No. 2025009151; Case # 697279-2023; CV-2023-1583; and CV-2024-2320; Creek County, OK Case CJ-2023-229, Z-7770; MPD-6

You are hereby commanded to appear in the TMAPC HEARING of Tulsa County, Oklahoma, at the following location and time:

**Date**: November 19, 2025
**Time**: 1:00 p.m. Chairman, Joshua Walker, RM 408
**Location**: 175 East 2nd Street, Suite 480. Tulsa. OK 74103

FILED
OFFICE OF THE CITY CLERK
CITY OF TULSA. OKLAHOMA
2025 NOV 10 AM11:37

**TESTIMONY**:

1. In the above styled and aforementioned cases involving the conspiracy of the City of Tulsa, OK in the acts of Conspiracy in undermining the CLASSES in order to obtain property by false pretenses involving Lake Land Realty. Linda Ramsey and Ruth Fox, in City of Tulsa Ordinance number 20244 and MPD-6; UNDER JUDICIAL NOTICE TULSA COUNTY DISTRICT COURT CASE NO. CJ-25-5084; TMAPC CASE NO. MPD-6; Z-7770, AND Served to GENE BULMASH dated November 05. 2025. SUBJECT: SENATE BILL 925 (EFFECTIVE NOVEMBER 01, 2025)-OKLAHOMA TITLE-THEFT AND DEED FRAUD LAW.

2. Failure to Provide a Crime report requesting copy of notice under Oklahoma Law, § 12-764 (2024) as defendants are to produce.

3. Requesting copy of Title Commitment Reference Number OK-2509000587, from Charissa Mcintosh, Senior Claims Counsel. First American Title Company, 4 First American Way Santa, Ana, Ca 92707 Phone: 720-264-8759, or Jo May and Katrena Stewart, located 1615 South Eucalyptus Ave., Suite 103, Broken Arrow, OK 74012, under Oklahoma Statutes Title 36, §1250.4(A).

4. **Requested investigation Under Article 1, Amendment 14.**

5. Testimony in the Jurisdiction set for hearing regarding UNDER JUDICIAL NOTICE Z-7770 as filed dated November 05, 2025. NOTICE OF APPEAL, OBJECTION EFFECTUATE SUBPOENA CITIZENS ARREST OF MAYORS DESIGNEE GENE BULAMASH AND REQUEST FOR HEARING REGARING DEED FRAUD AND OTHER FRIVELOUS ACTS. To obtain ARPA/DARPA funding in excess of $1 Billion dollars in the unlawful annexation of City of Tulsa Ordinance No. 20244 and 20267.

**I. DOCUMENTS:**

You are commanded to produce the following **DOCUMENTS** at the time of your appearance:

1. **Marketable General Warranty Deed from Defendants City of Tulsa, Affidavit, dated NOVEMBER 05, 2025 , Request under Article 1 Amendment 14 of due process of law, for an investigation UNDER SENATE BILL 925 and copy in request of crime report number from your department involving Titan Title, Ruth Fox, First American Insurance as stated under Oklahoma Law, § 12-764 (2024).**
2. **Burden of Proof, TO CORRECT the ERROR SIGNED BY HENRY WINN, MORTGAGEE NON-CONSENT TO ANNEXATION CV-2024-2320 AND PER EMAIL OF WAGONER COUNTY DEPUTY COURT CLERK AMANDA ALSIPS " MR. WAKAT", "YOUR ARE CORRECT" YOUR PROPERTY IS NOT IN FAIR OAKS TOWNSHIP AND ERROR HAS TO BE CORRECTED BY THE CITY OF TULSA, Under 14th Amendment, Due process, of Fair Oaks Township, OK , New Tulsa to identify jurisdiction in and around the City of Tulsa, Oklahoma AND CLASSES PROPERTY BOUNDRIES IN WAGONER COUNTY, OKLAHOMA.**

3. **FEDERAL CONSPIRACY, STATE CONSPIRACY, AND OFFICER MISCONDUCT & COMPLIANCE:** Allegations against JOE ROBSON AND GENE MALBUSH invoke 18 U.S.C. § 371; review Oklahoma Statutes. Title 22. Section 241 (and any amendments) for state conspiracy issues; and for any failure to report. perform official duties, or actions constituting obstruction of justice, refer to Oklahoma Statutes. Title 21 and ensure strict adherence to Real Estate Administrative Code 3653.

4. **IMMEDIATE ACCOUNTABILITY AND CORRECTIVE MEASURES** are demanded IN THE APPREHENSION AND TO EFFECTUATE CITIZENS ARREST OF JOE ROBSON AND GENE MALBUSH IN THE ALLEGATIONS OF CONSPIRACY AND OTHER FRIVELOUS ACTS SET FORTH TODAY.

5. IN THE DEFENSE AND OBJECTION UNDER 14TH AMENDMENT, DUE PROCESS, FOR CITY OF TULSA, TULSA METRO AREA PLANNING COMMISSION IN THE OBJECTION AND INVOLVEMENT OF DEED FRAUD FILED IN CASE NO. Z-7770 DATED APRIL 08, 2024, OKLAHOMA ATTORNEY JIM EDGAR OBA NO. 2614 DESCRIBES " MAIN ACTOR" JOE ROBSON.

Your failure to comply with 22 O.S. 2001 § 355. this subpoena may result in contempt of court. This subpoena is issued at the request of **August Wakat**. the Plaintiff.

**Issued this 10th day of NOVEMBER 2025.**

August Wakat, Plaintiff, Pro Se'
33050 Tall Timber Trace
Trinidad, CO 81082
elroi81082@gmail.com

Total pages including exhibits 9.

**ATTACHMENTS:**

1. UNDER JUDICIAL NOTICE TMAPC CASE NO. Z-7770 as filed in TMAPC CASE MPD-6, AND Served to GENE BULMASH dated November 05. 2025. SUBJECT: SENATE BILL 925 (EFFECTIVE NOVEMBER 01, 2025)-OKLAHOMA TITLE-THEFT AND DEED FRAUD LAW.

## CERTIFICATE OF SERVICE

I filed this this 10th day of November, 2025, the foregoing **SUBPOENA TO APPEAR AND TESTIFY UNDER JUDICIAL NOTICE** by U.S. Mail and email, which provides notice to all registered parties below and counsel of record, and respectfully request that the Clerk of the Court confirm filing and service by EMAIL/EFC/OCSN in accordance with 12 O.S. § 2005(B).

1. **Federal Bureau of Investigation**
   **Kash Patel, FBI Headquarters Inspection Division**
   935 Pennsylvania Avenue, N.W.
   Washington, D.C. 20535
   Phone: 202-324-3000
2. **Jack Blair**, City Attorney, City of Tulsa, 175 East 2nd Street, Suite 685, Tulsa, OK 74103; Email: jblair@cityoftulsa.org
3. **Nathan Foster**, Tulsa Metropolitan Area Planning Commission (TMAPC), 175 East 2nd Street, Suite 480, Tulsa, OK 74103; Email: nathanfoster@cityoftulsa.org
4. **Austin Chapman**, TMAPC Planning Office. 175 East 2nd Street, Suite 480, Tulsa, OK 74103; Email: achapman@cityoftulsa.org
5. **Joe Robson,Wal-Mart Developer, Heir, Fair Oaks Ranch LLC**
   901 North Forest Ridge Blvd, Broken Arrow, OK 74014
   Email: j.j.rob@me.com • Phone: (918) 625-3142.
6. **Joli A. Lofstedt**, Chapter 7 Trustee
   Trustee 19, P.O. Box 270461, Louisville, CO 80027
   Email: joli@jaltrustee.com • Phone: (303) 513-2845
7. **Brenda Combstock,** Assistant Trustee, Email: brenda@jaltrustee.com
8. **Christina Chappell, City Clerk, City of Tulsa**, 175 E. 2nd Street, Suite 260, Tulsa, OK 74103; Phone: (918) 596-7510; Email: cityclerk@cityoftulsa.org (TMAPC MPD-6)
9. **Dr. Dreyer**, Clerk of Court, Tulsa County Courthouse, 500 S. Denver Ave. Ste. 200, Tulsa, OK 74103; Phone: (918) 596-5000; Email: marc.dreyer@tulsacounty.org; CV-2024-2320
10. **Office of the U.S. Bankruptcy Court Clerk**
    1961 Stout Street, Suite 12-200, Denver, CO 80294
    Email: USTPRegion19.DV.ECF@usdoj.gov • Phone: (303) 312-7230

I further certify that the envelope(s) containing the above-mentioned document(s) were properly sealed and deposited in the United States mail on the date stated above.

Respectfully Submitted,

August Wakat, Pro Se'

Objector for the Classes.

# TULSA COUNTY POLICE REPORT AND NOTICE OF CRIMINAL COMPLAINT AFFIDAVIT TMAPC MPD-6 TULSA COUNTY CASE NO. CJ-25-5084

Subject: Deed Fraud and Public Corruption – MPD-6 ("Robson Development")
Date: November 5, 2025

Complainant:
August Wakat
33050 Tall Timber Trace
Trinidad, CO 81082
Email: elroi81082@gmail.com
Phone: 719-680-1335

DISTRICT COURT
FILED
NOV 05 2025
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

To:
Sheriff Vic Regalado
Tulsa County Sheriff's Office
303 West 1st Street
Tulsa, OK 74103
Phone: 918-596-5601
Email: sheriff@tcso.org

and

Tulsa County District Attorney Steve Kunzweiler
Tulsa County District Attorney's Office
500 South Denver Avenue, Suite 900
Tulsa, OK 74103
Phone: 918-596-4805

and

Tulsa Metropolitan Area Planning Commission (TMAPC)
City of Tulsa Planning Department
175 East 2nd Street, Suite 480
Tulsa, OK 74103
Phone: 918-596-7526
Email: planning@cityoftulsa.org

FILED
OFFICE OF THE CITY CLERK
CITY OF TULSA, OKLAHOMA
2025 NOV 05 PM01:22

Subject: Senate Bill 925 (Effective November 1, 2025) – Oklahoma Title-Theft and Deed Fraud Law.

Statement of Complaint:

1. My name is August Wakat and I am reporting suspected deed fraud and falsified filings involving properties connected to the MPD-6 zoning project known as the Robson

Development. The Tulsa Metropolitan Area Planning Commission (TMAPC), Tulsa County Clerk, and related entities appear to have processed or relied upon defective annexation and zoning records affecting properties in the Fair Oaks Catoosa / Tulsa area here today.

2. The affected lands include tracts A, B and the Unplatted tract historically associated with the Ann Landrith Trust and adjoining properties at and near East Admiral Place, where conflicting instruments, annexation maps, and zoning confirmations appear to have been recorded or accepted despite material discrepancies outlined in the **Exhibit A** filed in Case No. CV-2024-2320 dated October 23, 2024, titled "Consent to Annexation," dated November 1, 2001. On page 4, Section 4, the description reads: **"All of Section 4 except the West Half of Lot 1, NW 1/4, NE 1/4, NE 1/4,"** which corresponds to the addresses 23610, 23780, and 23882 East Admiral Place, Catoosa, Oklahoma 74015—the adjoining property description referenced in City of Tulsa Ordinances No. 20244 and 20267.

3. The Consent to Annexation document fails to contain a notary seal, filing number, or abstract reference to the document number, book, pages, or controlling ordinance numbers.

4. As a result, the property was unlawfully annexed into the City of Tulsa, as shown by affidavit in **Exhibit B**, filed October 23, 2024, in Tulsa County Case No. CV-2024-2320 NON CONSENT TO ANNEXATION (Mortgagee: Henry Winn). These actions have caused impairment of lawful ownership, title confusion, and economic loss to Poeboy Fleming Auto Salvage, Inc. and to myself.

I request review and correction as deemed proper by Wagoner County Land Records Clerk Amanda Alsip, in the Protest Petition submitted before TMAPC, and as the basis for correction requested in THE TMAPC MEETING MPD-6 AND IN THIS FILED AFFIDAVIT TODAY .

This matter also relates to ongoing litigation identified as Tulsa County Case No. CJ-25-5084 and filings referencing U.S. Bankruptcy Court Case No 25-16650-MER. Communications were sent to the Tulsa County District Attorney regarding death threats to me and my son on December 10, 2024, attached hereto in **Exhibit C**, attached to the Email sent To. Trustee Joli A. Lofstedt, dated November 05,2025, requesting formal investigation.

**SUPPORTING EVIDENCE AND STATUTORY CONTEXT:**

1. Senate Bill 925, effective November 1. 2025. makes knowingly filing fraudulent real estate documents a felony.
2. SB 925 requires County Clerk offices to post public warnings and creates a process for victims to flag disputed filings for immediate review by prosecutors.
3. Tulsa County Sheriff's Office and District Attorney Steve Kunzweiler publicly announced a joint enforcement initiative under this new law. stating penalties include up to 10 years imprisonment, $5,000 in fines. and restitution to victims.

**REQUESTED ACTION:**

A. Open a criminal investigation into potential deed fraud FOR THE MISSING 150K EARNEST MONEY, falsified filings, and public corruption connected to Z-7770 AND MPD-6 (Robson Development) and related annexation documents.

B. Review all records filed with TMAPC. the Tulsa County Clerk. and associated offices under Senate Bill 925 procedures.

C. Preserve all property, zoning, and annexation records. including emails, meeting minutes, and staff reports associated with TMAPC and the Robson Development.

D. Provide written acknowledgment of this report. assign a case number. and identify a contact officer

or investigator AND PLEASE SUBMIT TO THE CLERK OF THE COURT HEREIN.

**EXHIBIT/ATTACHMENTS**

1. **Exhibit A OF 6 PGS**– Copy of "Consent to Annexation," dated November 1, 2001, referenced in Case No. CV-2024-2320, page 4, Section 4, including the description "All of Section 4 except the West Half of Lot 1, NW 1/4, NE 1/4, NE 1/4," concerning properties at 23610, 23780, and 23882 East Admiral Place, Catoosa, Oklahoma 74015.
2. **Exhibit B OF 1 PAGE**– Affidavit filed October 23, 2024, in Tulsa County Case No. CV-2024-2320 (Mortgagee: Henry Winn) showing the absence of notary seal and filing identifiers for the purported annexation record.
3. **Exhibit C OF 5 PGS** – Attached to the email sent to Trustee Joli A. Lofstedt, dated November 5, 2025, requesting a formal investigation related to Bankruptcy Case No. 25-16650-MER and the MPD-6 ("Robson Development") matter. Communications were also sent to the Tulsa County District Attorney regarding death threats made against me and my son on December 10, 2024. These communications and related evidence are included within Exhibit C, as transmitted with the email to Trustee Joli A. Lofstedt, dated November 5, 2025, requesting formal investigation.

**VERIFICATION AND NOTARY ACKNOWLEDGMENT**

I, August Wakat, being duly sworn, state that I am the complainant in the foregoing report and that the information contained herein, and in the attached Exhibits A, B, and C, is true and correct to the best of my knowledge and belief.

Submitted by:

August Wakat
**Complainant and Property Owner**
33050 Tall Timber Trace
Trinidad, CO 81082
Email: elroi81082@gmail.com
Phone: 719-680-1335

Date: November 5th, 2025

Total pages including exhibits 20.

State of Oklahoma )

County of Wagoner )

Subscribed and sworn to before me on this 5th day of November, **2025**, by above **August Wakat**, who personally appeared before me and is known to me or has produced valid identification.

Notary Public

Notary Stamp

JAMIE WAKAT
Notary Public, State of Oklahoma
Commission # 23011141
My Commission Expires 08-17-2027

My Commission Expires: 8-17-2027
Commission Number: 23011141

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November. 2025. a true and correct copy of the foregoing letter and seven summons with petition were submitted to the Tulsa County Court Clerk for filing and served by electronic mail in accordance with Rule 5 of the Oklahoma Rules of Civil Procedure upon all listed officials. This filing is made **under color of law** pursuant to **42 U.S.C. § 1983**, consistent with *Wakat v. Harlib*, 253 F.2d 59 (7th Cir. 1958). Please **file-stamp or acknowledge receipt and route to the proper party.**

1. Sheriff Vic Regalado,Tulsa County Sheriff's Office
   303 West 1st Street, Tulsa, OK 74103. Phone: 918-596-5601
2. Tulsa County District Attorney Steve Kunzweiler Case No. CV-2024-2320
   Tulsa County District Attorney's Office. 500 South Denver Avenue, Suite 900
   Tulsa, OK 74103, Phone: 918-596-4805
3. Tulsa Metropolitan Area Planning Commission (TMAPC) MPD-6
   City of Tulsa Planning Department. 175 East 2nd Street. Suite 480
   Tulsa, OK , Phone: 918-596-7526. Email: planning@cityoftulsa.org
4. Clerk of the Court Tulsa County District Court. 500 South Denver Avenue, Suite 200
   Tulsa, OK 74103, Phone: 918-596-4805

Respectfully Submitting,

**August John Wakat**

DISTRICT COURT
FILED

DEC 18 2025

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY STATE OF OKLAHOMA**

| | | |
|---|---|---|
| **AUGUST J. WAKAT**, et. al.,<br>Petitioner the Classes,<br><br>v.<br><br>**JOE ROBSON**, et. al.,<br>Applicant in and for zoning request MPD-6 in Tulsa Metropolitan Area Planning Commission Case No. Z-7839.<br>Defendant. | ) | **CASE NO. CJ-2025-5084;**<br><br>Tulsa Metro Area Planning Commission Case No. Z-7839; MPD-6<br><br>**HON. JUDGE KEVIN GREY**<br><br>JURY TRIAL DEMANDED |

DON NEWBERRY COURT CLERK
2025 DEC 18 P 3: 32

**NOTICE OF LIS PENDENS**
(Quiet Title, Declaratory, and Injunctive Relief)

COUNTY OF WAGONER )
) SS
STATE OF OKLAHOMA )

FILED
OFFICE OF THE CITY CLERK
CITY OF TULSA, OKLAHOMA
2025 DEC 18 PM03:13

**TO THE CLERK OF WAGONER OF SAID COUNTY:**

**NOTICE IS HEREBY GIVEN** that the above-captioned action was instituted on November 03, 2025 by the undersigned in the District Court in and for Tulsa County, State of Oklahoma, Case No. CJ-2025-5084, brought by AUGUST J. WAKAT, et al., Petitioner for the Classes. Petitioner is an individual whose address is 33050 Tall Timber Trace, Trinidad, Colorado 81082, Phone: (719) 680-1335, Email: elroi81082@gmail.com and this action arising in part from the City of Tulsa application for zoning change MPD-6 before the Tulsa Metropolitan Area Planning Commission, on November 05, 2025. Case No. Z-7839.

## I. INTRODUCTION

1. In this action, Petitioners seek quiet title pursuant to 12 O.S. §§ 1141–1148, together with declaratory and injunctive relief, concerning interests in real property located in Wagoner County, in and for the City of Tulsa, State of Oklahoma, under Ordinance No. 20244 and 20267



Doc # 2025-18537 B: 3140 P: 0285
12/18/2025 11:44:25 AM Pg: 1 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

as described below, including the determination of adverse claims and recorded instruments constituting a cloud on title, consistent with Lewis v. Smith, 198 Okla. 256, 177 P.2d 524 (1947).

2. Defendant Joe Robson is an individual whose address is 901 Forest Ridge Blvd., Broken Arrow, Oklahoma 74015, telephone (918) 625-3142, email j.j.rob@me.com.

3. Defendant Joe Robson is an applicant in Tulsa Metropolitan Area Planning Commission Case No. Z-7839, submitted April 22, 2025 as applicant ROB\WAL, L.L.C., signed by John Robson.

4. John Robson is an individual whose address is 901 Forest Ridge Blvd., Broken Arrow, Oklahoma 74015, telephone (918) 357-2782, email: j.ROBSON@FORESTRIDGE.COM, seeking a zoning change request designated as MPD-6. Defendant Joe Robson is further identified as Manager of Fair Oaks Ranch L.L.C., an entity claiming successor interests arising from the annexation of Fair Oaks Township in Wagoner County, Oklahoma, including township property located within the City of Broken Arrow, specifically 7345 South 273rd East Avenue, Broken Arrow, Oklahoma 74014, addressed in **Sections 3, 4, 9, and 16, all in Township 19 North, Range 15 East of the I.B.M.**, and Fair Oaks Township in its ALLEGED UNLAWFUL incorporation into the City of Tulsa pursuant to annexation actions dated November 8, 2001, under City of Tulsa Ordinance Nos. 20244 and 20267.

5. The quiet title action further seeks a judicial determination concerning the absence of a valid certificate of reclamation as required under the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. §§ 1201–1276, including 30 U.S.C. § 1265, the necessity of required federal approval and Bureau of Indian Affairs authorization where applicable under 25 U.S.C. §§ 177 and 396, and the preemptive effect of federal law over state and local actions pursuant to the Supremacy Clause, U.S. Const. art. VI, cl. 2, and the Commerce Clause, U.S. Const. art. I, § 8, as recognized in State of Oklahoma, et al. v. United States Department of the Interior, et al., Case No. 5:21-cv-00719-F (W.D. Okla.).

Doc # 2025-18537 B: 3140 P: 0286
12/18/2025 11:44:25 AM Pg: 2 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

## II. LEGAL DESCRIPITON EXHIBIT A DEFECT INSTRUMENT– LACK OF FILING STAMP, NOTARY ACKNOWLEDGMENT, AND FEDERAL APPROVAL , ADDRESS 7345 SOUTH 273RD EAST AVE., BROKEN ARROW, OKLAHOMA 74014

6. **Exhibit A** of 3 pages (apprehended hereto), Vol. 457, Page 78, January 19, 1976, MEMORANDUM OF COAL MINING LEASE, the following described land situated in Wagoner County, State of Oklahoma, PARCELS IN QUESTION to wit:

All lands West of and including the Easterly most Seneca Coal and Coke Company oil coal hauling roads in **Sections 3, 4, 9, and 16, all in Township 19 North, Range 15 East of the I.B.M.**, according to the U.S. Government Survey thereof.

7. **Exhibit A,** under Judicial Notice, filing date December 16, 2025 in Case No. CJ-2025-5084, appears to be defective and unenforceable because it lacks a county clerk filing stamp, a proper notary acknowledgment, and required federal and Bureau of Indian Affairs approval, where applicable.

8. Under Oklahoma law, an instrument affecting real property must be acknowledged and recorded in the county where the land lies to impart constructive notice or affect title. See 16 O.S. §§ 15, 26; Lewis v. Smith, 198 Okla. 256, 177 P.2d 524 (1947). Unacknowledged or unrecorded instruments constitute a cloud on title and are ineffective against third parties.

9. Further, transactions involving mineral or mining-related interests, including surface coal mining, are governed by federal law under the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. §§ 1201–1276, including § 1265, and require Bureau of Indian Affairs approval under 25 U.S.C. §§ 177 and 396, where applicable.

10. State or local reliance on an instrument lacking such federal approval is preempted by federal law pursuant to the Supremacy Clause, U.S. Const. art. VI, cl. 2, and the Commerce Clause, U.S. Const. art. I, § 8, as recognized in State of Oklahoma, et al. v. United States Department of the Interior, et al., Case No. 5:21-cv-00719-F (W.D. Okla.).

Doc # 2025-18537 B: 3140 P: 0287
12/18/2025 11:44:25 AM Pg: 3 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

## III. INVALIDITY OF ANNEXATION, ZONING APPLICATION, AND WINN MORTGAGE

11. The annexation Ordinance No. 20244 and 20267 and zoning change application designated as MPD-6, Tulsa Metropolitan Area Planning Commission Case No. Z-7839, are invalid and void because the application and annexation record fail to identify the affected property by metes and bounds or section–township–range, as required to provide jurisdiction and notice for zoning and annexation actions affecting real property. See 11 O.S. §§ 21-101, 21-103; 11 O.S. § 43-101 et seq. An annexation or zoning action lacking a legally sufficient description is jurisdictionally defective and unenforceable. See *Matter of City of Enid*, 737 P.2d 927 (Okla. 1987). Any such annexation or zoning action affecting Indian Country or restricted lands further required prior approval of the Bureau of Indian Affairs under federal law, which is absent here.

## IV. PARCEL ID. 301041-000002-000000 LEGAL DESCRIPITON EXHIBIT B

12. **SECTION 4 19 NORTH, RANGE 15 EAST**
A TRCT OF LAND BEING A PORTION OF THE W 10.14 AC OF L-1 DES C COMM FROM THE NW CORNER OF SD TRACT ON A BEARING OF S 01 DEG 35'25" E A DIST OF 283.13' TO POB - N 88 DEG 45'34" E A DIST OF 660.91' TO A PT ON THE EAST LINE OF THE W 10.14 AC OF SAID L-1 - S 01 DEG 32'28" E A DIST OF 385.64' TO PT ON THE S LINE OF SD L-1 - S 88 DEG 40'38" W A DIST OF 660.57' TO PT BEING THE SW COR OF SD L-1

13. Further, to the extent the subject property involves federally regulated mining or Indian land interests, the annexation, zoning application, and any mortgage or encumbrance claimed by **Exhibit B** of 8 pages (apprehended hereto), Doc # 2025-4452 Book: 3059, Page: 0173, filing date April 08, 2025, CONTRACT FOR SALE OF REAL ESTATE, dated February 11, 2016 of Henry Winn and Linda Winn, Mortgagees, Lessor/Lessee, and Lamar Advertising Co., Lessee on the portion of Tract A, address **23882 East Admiral Place Tulsa, Oklahoma 74015** as follows:

Beginning at the NE corner of said land, thence South 85 feet to a point; thence West 113 feet to a point; thence North 85 feet to a point; thence East 85 feet to the point of beginning (POB),



Doc # 2025-18537 B: 3140 P: 0288
12/18/2025 11:44:25 AM Pg: 4 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

14. **Exhibit B,** CONTRACT FOR SALE OF REAL ESTATE, required prior federal and Bureau of Indian Affairs approval, which is absent.

15. Instruments or regulatory actions taken without such approval are void and preempted under 25 U.S.C. §§ 177 and 396, the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. § 1265, and the Supremacy Clause and Commerce Clause, U.S. Const. art. VI, cl. 2; art. I, § 8. See United States v. Noble, 237 U.S. 74 (1915); State of Oklahoma v. U.S. Department of the Interior, Case No. 5:21-cv-00719-F (W.D. Okla.).

16. Accordingly, required prior federal and Bureau of Indian Affairs approval is absent, and the City of Tulsa Ordinances Nos. 20244 and 20267 annexation, the Tulsa Metropolitan Area Planning Commission Case No. Z-7839 (MPD-6 zoning application), and Winn's mortgage, together with Winn's foreclosure action in Wagoner County, State of Oklahoma, Case No. CJ-2025-171 (Winn v. Wakat), and any other actions in Wagoner County seeking judgment against Petitioners, including Case No. CJ-2025-159 (Plainview Salvage Inc. v. Wakat), Case No. CJ-2025-131 (Wakat v. Winn and Lamar Advertising Co.), and Case No. CV-2025-0048 (Wakat v. Winn and Lamar Advertising Co.), are ultra vires, unenforceable, and constitute a cloud on title.

Respectfully submitted,

August J. Wakat,
Land Owner/Petitioner
33050 Tall Timber Trace
Trinidad, Colorado 81082
Telephone: 719-680-1335
Email: elroi81082@gmail.com

Dated: December 18, 2025

Total pages 21.

**ATTACHMENTS:**

17. **Exhibit A** of 3 pages (apprehended hereto), Vol. 457, Page 78, January 19, 1976, MEMORANDUM OF COAL MINING LEASE, the following described land situated in Wagoner County, State of Oklahoma, PARCELS IN QUESTION to wit:

18. **Exhibit B** of 8 pages (apprehended hereto), Doc # 2025-4452 Book: 3059, Page: 0173, filing date April 08, 2025, CONTRACT FOR SALE OF REAL ESTATE, dated February 11, 2016 of Henry Winn and Linda Winn, Mortgagees, Lessor/Lessee, and Lamar Advertising Co., Lessee on the portion of Tract A as follows:



Doc # 2025-18537 B: 3140 P: 0289
12/18/2025 11:44:25 AM Pg: 5 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

## V. NOTARY ACKNOWLEDGMENT

COUNTY OF TULSA )
) SS
STATE OF OKLAHOMA )

On this 18th day of 2025, before me, the undersigned, a Notary Public in and for said County and State, personally appeared August J. Wakat, known to me satisfactory proven, and acknowledge executing the foregoing instrument for the purposes therein stated.

JAMIE WAKAT
Notary Public, State of Oklahoma
SEAL Commission # 23011141
My Commission Expires 08-17-2027

Jamie Wakat
Notary Public

Commission No.: 23011141 Commission Expires: 08-17-27

## CERTIFICATE OF SERVICE

I certify that on this 18th day of December, 2025, I served a true and correct copy of this **NOTICE OF LIS PENDENS (Quiet Title, Declaratory, and Injunctive Relief)** by U.S. Mail on the parties listed below. Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 28 U.S.C. § 1651(a), Movant respectfully requests that the Clerk of Court and of Land Records issue electronic notice to all parties of Record and Record in Exhibits A and Exhibits B listed herein.

1. **Joli A. Lofstedt**, Chapter 7 Trustee
   Trustee 19, P.O. Box 270461, Louisville, CO 80027
   Email: joli@jaltrustee.com • Phone: (303) 513-2845
2. **Brenda Combstock,** Assistant Trustee, Email: brenda@jaltrustee.com
3. **Timothy Swanson,** Counsel for Trustee, Joli A. Lofstedt, U.S. Bankruptcy Court, 1801 California Street, Suite 2700 Denver, Colorado (303) 406-4896 Email: tswanson@fbtlaw.com
4. **Dr. Dreyer**, Clerk of Court, Tulsa County Courthouse, 500 S. Denver Ave. Ste. 200, Tulsa, OK 74103; Phone: (918) 596-5000; Email: marc,dreyer@tulsacounty.org; CV-2024-2320
5. **Office of the U.S. Bankruptcy Court Clerk**
   1961 Stout Street, Suite 12-200, Denver, CO 80294
   Email: USTPRegion19.DV.ECF@usdoj.gov • Phone: (303) 312-7230
6. **Sam Allen IV,** Attorney for Defendants/Lessee, Lessor, Creditor, Troy Bundy and Lori Bundy, **Case No. CJ-23-229,** address 221 East Dewey Avenue, Sapulpa, OK 74066
   Phone: (918) 227-2525 Email: jallen@lahlay[illegible]

Doc # 2025-18537 B: 3140 P: 0290
12/18/2025 11:44:25 AM Pg: 6 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

7. **Colton G. Scott,** Attorney for Lessee, Lessor, Mortgagees, Creditor, Defendant Henry Winn, Linda Winn, and Lamar Advertising Co., **Case No. 25-16650-MER; CJ-25-5084; 25-5114; 25-5094;** address 400 West Fourth Street Claremore, Oklahoma 74018, (918) 343-4100, Email: cscott@soonerlaw.com

8. **Mack Greever, OBA # 3588,** Attorney for Attorney for Lessee, Lessor, Mortgagees, Creditor, Defendant Henry Winn, Linda Winn, and Lamar Advertising Co. **Case No. 25-16650-MER; CJ-25-5084; 25-5114; 25-5094; CJ-25-171, CV-25-0048, CJ-25-131,** address 104 South Missouri Ste. 400 Claremore, Oklahoma 74018, (918) 342-2222, Email: mack@greeverlaw.com

9. **William Hickman, OBA # 18395**, Hickman Law Group, PLLC, Attorney for Lessee, Defendant, Creditor, Lamar Advertising Co., **Case No. 25-5114; 25-5094; CV-2024-2320; CJ-25-171; CJ-25-131; CV-25-0048 CJ-25-5084**, address 330 West Gray Street, Ste. 170, Tulsa, Oklahoma 73069, (405) 605-2375, Email: hickman@hickmanlawgroup.com

10. **R. Lawson Vaughn,** Defendant, City of Tulsa Attorney, **Case No. 25-5114; 25-5094; CV-2023-1583; CV-2024-2320; CJ-25-5084,** address 175 East 2nd Street, Tulsa, Oklahoma 74103 (918) 596-7717, Email: lvaughn@cityoftulsa.org

11. **Andrew Shanks, OBA # 22298, and William C. Searcy, OBA # 17938,** Attorney for Plaintiff, Lessee, Appellees, Plainview Salvage Inc., **Case No. SC-24-13707; CJ-25-159; CJ-25-171, 25-5114; 25-1332; 25-5135; 25-1337; 25-1674** address 2727 East 21st Street, Ste. 200, Tulsa, Oklahoma 74114, Phone: (918) 747-8900, Email: ashank@ellerdetrich.com,

12. **Nicholas Tait, OBA No. 22739,** Attorney for Plaintiff, TD BANK USA, N.A. v. Lori Bundy, **Case No. 25-7748**, 5200 S. Yale Suite 505, Tulsa, Oklahoma 74135 (877) 215-2552, Email:LawfirmOK@RaushStrum.com

13. **Megan M. Beck, OBA # 30962,** Attorney for Petitioner/Lessee, Lori A. Bundy v. Troy D. Bundy **Case No. FD-23-1459;** address 320 South Boston Avenue Suite 718 Tulsa, Oklahoma 74103 Phone (918) 295-6418 Email: megan@meganbecklaw.com

14. **Stephanie Lorbiecki, OBA # 11667,** Lorbiecki Law Office, Attorney for Respondant/Defendant Troy D. Bundy **Case No. FD-23-1459**, Post Office Box 2316 Sapulpa, Oklahoma 74067 Phone: (918) 224-3936 Email: stefanielaw7@gmail.com

15. **Hugh H. Fudge OBA # 20487, Dani L. Schinzing OBA # 32113, Emily R. Remmert OBA # 22110, Sean A. Nelson OBA # 30194, Keith A Daniels OBA # 19788**, Robinson, Hoover & Fudge, PLLC Attorney for Plaintiff First Fidelity Bank, N.A. v. Troy D. Bundy, **Case No. 25-782**, mailing address P.O. Box 1748 Oklahoma City, Oklahoma 73101 Phone (405) 232-6464 Email: lawmail@rhfok.com

16. **Stephan L. Bruce, OBA # 1241, Everette C. Altdoerffer, OBA # 30006, Leah K. Clark, OBA # 31819, Clay P. Booth, OBA # 11767, Roger M. Coil, OBA # 17002, Adam W. Sullivan, OBA # 35748.** Attorneys for Plaintiff Capital One, N.A. v. Troy D. Bundy Case No. 25-4913, P. O. Box 808 Edmond, Oklahoma 73083 Phone (405) 330-4110, Email: brucelaw@sbrucelaw.com



Doc # 2025-18537 B: 3140 P: 0291
12/18/2025 11:44:25 AM Pg: 7 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma
COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

17. **Henry and Linda Winn** Creditor, Mortgagee, Lessee, Lessor, President of Plainview Salvage Inc. EIN # 73-1511706, 23610, 23780, 23882 East Admiral Place Catoosa Oklahoma 74015, 219 Williamsburg Street Catoosa, Oklahoma 74015, 7777 East 38th Street, Tulsa, Oklahoma 74145, Phone (918) 645-4695, Email: iris.wn@sbcglobal.net

18. **Robert Rainbolt,** Lessee, Mortgagor, Plaintiff, President of Plainview Salvage Inc., EIN # 73-1511706, Case No. 25-5114; 25-5135; 25-1337; 25-1674, CJ-25-159, 23610 East Admiral Place Catoosa Oklahoma (918) 266-5811, 1026 North Mingo Rd. Tulsa, Oklahoma 74116 (918) 697-8223, Email: robertrainbolt1991@gmail.com

19. **P. Clayton Eubanks,** Chief Legal Counsel, Defendant Case No. CJ-25-5084, Tulsa Field Office, 1 West Third Street, Ste. 1600 Mailbox # 3, Tulsa, Oklahoma 74103, (918) 918-3773 Email: jenna.bedwell@mines.ok.gov

20. **Troy D. Bundy and Lori Bundy,** Defendants, Lessor, Lessee, Creditor, Case No. 23-229; 25-5137; 25-16650-MER, 1020 East 39th Street, Tulsa Oklahoma 74105 (918) 855-3058 Email: jallen@lahlawyers.com

21. **Steven W. Soule,** OBA. No. 13781, 521 East 2nd Street, Suite 1200, Tulsa, Oklahoma 74120 Phone: (918) 594-0400, Email: **ssoule@hallestill.com**

22. **Clerk of the Court, U.S. Court of Appeals for the Tenth Circuit,** Byron White U.S. Courthouse, 1823 Stout St., Denver, CO 80257(303) 844-3157 Certified Mail/Return Receipt No.____________________________________

23. **Steve Kunzweiler,** Tulsa County District Attorney, 500 South Denver Ave., Tulsa, Oklahoma 74103, Phone: (918) 596-4800 Email: stevekunzweiler@tulsacounty.org, Defendant in Tulsa County District Court Case No. CJ-2025-5084, Wakat et. al. v. City of Tulsa et al.

24. **Genter Drummond,** Attorney General, State of Oklahoma, 313 NE, 21st. Street, Oklahoma City, Oklahoma, 73105 Phone: (918) 581-2885, Email: contact@oag.ok.gov, **United States District Court for the Northern District of Oklahoma, Case No. 6:25-cv-00254, Wakat v. State of Oklahoma and United States Supreme Court, et. al.**

25. **Lori Hendricks,** Office of the Wagoner County Clerk, 307 E Cherokee Street Wagoner, OK 74467, Mailing: P.O. Box 156, Wagoner, OK 74467
Phone: (918) 485-2216, Fax: (918) 485-7718
Email: Clerk@WagonerCounty.ok.gov (assessor/land records office contact)

26. **Christina Chappell,** City of Tulsa, City Clerk Office, 175 East 2nd Street, Suite 260 Tulsa, OK 74103, Phone: (918) 596-7513, Email: CityClerk@cityoftulsa.org

Respectfully Submitted,

____________________________
August Wakat, Petitioner, Pro Se'

Doc # 2025-18537 B: 3140 P: 0292
12/18/2025 11:44:25 AM Pg: 8 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Doc # 2025-18537 B: 3140 P: 0293
12/18/2025 11:44:25 AM Pg: 9 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma
COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

17. **Exhibit A** of 3 pages (apprehended hereto), Vol. 457, Page 78, January 19, 1976, MEMORANDUM OF COAL MINING LEASE, the following described land situated in Wagoner County, State of Oklahoma, PARCELS IN QUESTION to wit:

CJ-25-5084

DISTRICT COURT FILED

DEC 18 2025

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

Doc # 2025-18537 B: 3140 P: 0294
12/18/2025 11:44:25 AM Pg: 10 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Vol. 457 Page 78
Records of County Clerk

Filed January 19, 1976
at 9:05 a.m.

2025 DEC 16 P 12:10

DON NEWBERRY COURT CLERK

MEMORANDUM OF COAL MINING LEASE

THIS MEMORANDUM, made and entered into as of the 28th day of March, 1975, by and between NICK ROBSON, ALMA L. ROBSON, EDWARD D. ROBSON, BRUCE A. ROBSON, HELEN R. WALTON, SAM M. WALTON, S. ROBSON WALTON, JOHN T. WALTON, JIM C. WALTON, ALICE W. EUSTIS, FRANK C. ROBSON, LUDMILA ROBSON, STANFORD ROBSON and DOROTHY M. ROBSON, hereinafter called LESSORS, and FRANK McNABB, a sole proprietor doing business as McNABB COAL COMPANY, hereinafter referred to as LESSEE.

W I T N E S S E T H:

That the Lessors and the Lessee, for their mutual benefit, hereby mutually agree and confirm that on the 28th day of March, 1975, the Lessors leased unto the Lessee the following described land situated in Wagoner County, State of Oklahoma, to-wit:

> All lands West of and including the Easterly most Seneca Coal and Coke Company oil coal hauling roads in Sections 3, 4, 9 and 16, all in Township 19 North, Range 15 East of the I. B. & M., according to the U. S. Government Survey thereof.

Lessors granted, leased and demised unto the Lessee all of the coal in and on the above described land together with the exclusive right to explore said coal and to mine and remove the same by strip mining methods together with other rights set forth in said Coal Mining Lease of March 28, 1975; to have and to hold the same unto the Lessee, his successors and assigns for and during the term of two (2) years and as long thereafter as coal is being produced and sold in commercial quantities from said lands by the Lessee, which said right shall terminate in any event at the expiration of ten (10) years from the date of said Lease.

Doc # 2025-18537 B: 3140 P: 0295
12/18/2025 11:44:25 AM Pg: 11 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

IN WITNESS WHEREOF, the parties have hereunto affixed their signatures as of this 20th day of March, 1975.

FRANK McNABB, a sole proprietor doing business as McNABB COAL COMPANY - LESSEE

NICK ROBSON - LESSOR

[illegible] T. WALTON - LESSOR

ALMA L. ROBSON - LESSOR

JIM C. WALTON - LESSOR

EDWARD D. ROBSON - LESSOR

ALICE W. [illegible] - LESSOR

BRUCE A. ROBSON - LESSOR

FRANK C. ROBSON - LESSOR

HELEN R. WALTON - LESSOR

[illegible] ROBSON - LESSOR

SAM M. WALTON - LESSOR

[illegible] ROBSON - LESSOR

S. ROBSON WALTON - LESSOR

DOROTHY M./ROBSON / LESSOR

Acknowledged in statutory form on June 6, 1975 by Frank McNabb, a sole proprietor before Dave F. Patton, Notary Public, Rogers County, Oklahoma (Seal) Commission expires April 6, 1976.

Acknowledged in statutory form on October 15, 1975 by Nick Robson, before Pamela N. Oarbaughi, Notary Public, Tulsa County, Oklahoma (Seal) Commission expires August 15, 1979.

Acknowledged in statutory form on December 3, 1975 by Alma L. Robson, before Betty L. Miller, Notary Public, Rogers County, Oklahoma (Seal) Commission expires November 12, 1979.

Acknowledged in statutory form on December 1, 1975 by Edward D. Robson, C. G. Derry, Notary Public, Cherokee County, Oklahoma (Seal) Commission expires September 4, 1976.

Acknowledged in statutory form on December 3, 1975 by Bruce A. Robson, before Betty L. Miller, Notary Public, Rogers County, Oklahoma (Seal) Commission expires November 12, 1979.

Doc # 2025-18537 B: 3140 P: 0296
12/18/2025 11:44:25 AM Pg: 12 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma
COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Acknowledged in statutory form on November 28, 1975 by Helen R. Walton, before Elizabeth M. McAllister, Notary Public, Benton County, Arkansas (Seal) Commission expires November 15, 1976.

Acknowledged in statutory form on November 28, 1975 by Sam M. Walton, before Elizabeth M. McAllister, Notary Public, Benton County, Arkansas (Seal) Commission expires November 15, 1976.

Acknowledged in statutory form on October 15, 1975 by S. Robson Walton, before Pamela N. Oarbaghi, Notary Public, Tulsa County, Oklahoma (Seal) Commission expires August 15, 1979.

Acknowledged in statutory form on October 16, 1975 by John T. Walton, before Pamela N. Oarbaghi, Notary Public, Tulsa County, Oklahoma (Seal) Commission expires August 15, 1979.

Acknowledged in statutory form on October 16, 1975 by Jim C. Walton, before Pamela N. Oarbaghi, Notary Public, Tulsa County, Oklahoma (Seal) Commission expires August 15, 1979.

Acknowledged in statutory form on November 10, 1975 by Alice W. Eustis, before Maurice Provosty, Notary Public, Orleans County, Louisiana (Seal) Commission issued for life.

Acknowledged in statutory form on December 3, 1975 by Frank C. Robson, before Betty L. Miller, Notary Public, Rogers County, Oklahoma (Seal) Commission expires November 12, 1979.

Acknowledged in statutory form on December 3, 1975 by Ludmila Robson, before Betty L. Miller, Notary Public, Rogers County, Oklahoma (Seal) Commission expires November 12, 1979.

Acknowledged in statutory form on December 3, 1975 by Stanford Robson, before Betty L. Miller, Notary Public, Rogers County, Oklahoma (Seal) Commission expires November 12, 1979.

Acknowledged in statutory form on January 12, 1976 by Dorothy M. Robson, Now known as Dorothy M. Robson Andrews, before Leon Stromire, Notary Public, Brevard County, Florida (Seal) Commission expires March 6, 1976.

Doc # 2025-18537 B: 3140 P: 0297
12/18/2025 11:44:25 AM Pg: 13 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

18. **Exhibit B** of 8 pages, Doc # 2025-4452 Book: 3059, Page: 0173, filing date April 08, 2025, CONTRACT FOR SALE OF REAL ESTATE, dated February 11, 2016 of Henry Winn and Linda Winn, Mortgagees, Lessor/Lessee, and Lamar Advertising Co., Lessee on the portion of Tract A as follows:

# AFFIDAVIT OF CORRECTION
## (SWORN STATEMENT)

State of Oklahoma )
) ss
County of Wagoner )

Doc # 2025-4452 B: 3059 P: 0172
04/08/2025 09:36:33 AM Pg: 1 of Pgs: 8
Fee: $ 35.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma
COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Date: April 08, 2025

To Whom It May Concern:

I, August Wakat, ("Affiant"), hereby declare and acknowledge that this Affidavit is for the purpose of correcting the following and making them accurate and true:

Title: Contract for Sale of Real Estate
Date: April 07, 2025
Description of Error: Tract A, Address, DOC # 2025-4427 B:3059 P:0057, Corporate Limits Marked None, Industrial Zoning, DOC # 2025-3667 B: 3054 P: 0537

Description of Correction: Tract A, Address 23882 East Admiral Place, Catoosa, OK 74015

City of Tulsa Ordinance # 20244, ZONING, Non- Conforming Use, RECE # 200116930 B:1183 P: 357

City of Tulsa, NOTICE OF VIOLATION-ZONING DOC # 2025-3667 B:3054 P: 0544

Affiant's Signature: [signature] Date: April 08, 2025
August Wakat

**NOTARY ACKNOWLEDGEMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Oklahoma )
) ss
County of Tulsa )

On April 08 , 2025, before me, Jamie Wakat, personally appeared August John Wakat, Jr., who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Oklahoma that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JAMIE WAKAT
Notary Public, State of Oklahoma
Commission # 23011141
My Commission Expires 08-17-2027
(Seal)

Signature [signature]
*Notary, Jamie Wakat*

Doc # 2025-18537 B: 3140 P: 0298
12/18/2025 11:44:25 AM Pg: 14 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma
COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

# CONTRACT FOR SALE OF REAL ESTATE

THIS CONTRACT, made and entered into this 11th day of February, 2016, by and between Henry J. Winn and Linda I. Winn, husband and wife, Sellers and August J. Wakat, a single person, the Buyer.

WITNESSETH: That the Sellers have sold and agrees to convey, as herein provided, the following described real estate in Wagoner County, State of Oklahoma, to-wit:

A tract of land being a portion of the West 10.14 acres of Lot 1, Section 4, Township 19 North, Range 15 East, Wagoner County, State of Oklahoma, being more particularly Described as follows: Commencing from the Northwest corner of said tract on a bearing Of S-01-35-25-E a distance of 283.13 feet to the point of beginning: thence N-88-45-34-E a distance of 660.91 feet to a point on the East Line of the West 10.14 Acres of said Lot 1; thence S-01-32-28-E a distance of 385.64 feet to a point on the South Line of said Lot 1; thence S-88-40-38-W a distance of 660.57 feet to a point being the Southwest corner of said Lot 1; thence N-01-35-25-W a distance of 386.59 feet to the Point of beginning, containing 5.86 acres more or less.

Together with any and all mineral interests owned by Seller and with all improvements thereon, if any, in their present condition, ordinary wear and tear excepted. The Buyer agrees to allow Henry J. Winn the use of the building and the land it occupies for the remainder of his life only on the following tract, being a partial of the above described land to wit:

Beginning at the NE corner of said land, thence South 85 feet to a point; thence West 113 feet to a point; thence North 85 feet to a point; thence East 85 feet to the point Of beginning.

The income from an existing sign only is reserved to Henry J. Winn or Linda I. Winn, for the remainder of their lives only.

The parties further agree that Henry J. Winn shall have the exclusive use of the building to personally rebuild automobiles. Henry J. Winn shall first get the approval, in writing, from Buyer should he desire to change his use or assign or permit a third party to use the building.

Upon approval hereof by both Buyer and Sellers a valid and binding contract of sale between the Sellers and Buyer shall exist, the terms of which are as follows:

The total purchase price is $255,000.00 and shall be payable by August J. Wakat giving a note and mortgage to Sellers in the said amount $255,000.00 ($2001.64 payable monthly) bearing 5% interest and for a term of one hundred eighty-two (182) payments, the first payment being due on the 1st day of March, 2016.

Doc # 2025-4452 B: 3059 P: 0173
04/08/2025 09:38:33 AM Pg: 2 of Pgs: 8
Fee: $ 32.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma
COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Doc # 2025-18537 B: 3140 P: 0299
12/18/2025 11:44:25 AM Pg: 15 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma
COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Doc # 2025-4427 B: 3058 P: 0053
04/07/2025 02:23:48 PM Pg: 1 of Pgs: 7
Fee: $ 30.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma
COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Doc # 2025-... 12/18/2025 11:44:25 AM Pg: 16 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma
COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

# THE FOLLOWING CONDITIONS ARE TO APPLY TO THIS SALE:

1. Seller shall furnish Buyer an abstract of title certified to date, showing a good and merchantable title in the Seller's name subject to easements, building restrictions of record and mortgages, if any. Buyer shall have 10 days thereafter in which to have the abstract examined and furnish Seller notice in writing of any objections thereto. In case of valid objections to the title, the Seller shall have 90 days or such additional time as may be agreed to in writing to meet same. However, should the Buyer furnish any objections to the title which the Seller may be unable or unwilling to remove or comply with, Seller may furnish Buyer, at Seller's expense, a paid up owner's policy of title insurance or title guaranty issued by a company licensed to do business in the State of Oklahoma, a binder for which shall be considered by both Buyer and Seller as a complete satisfaction of title. In the event the title cannot be perfected and same is not insurable, or Seller does not approve this contract, this contract shall be of no further force and effect.

2. If no objections are made within the time above specified or, if made, when same have been met or binder for title insurance or guaranty obtained, as above provided, Seller shall deliver a properly executed General Warranty Deed conveying the above property on the 11th day of February, 2016. and the balance of said note shall be paid thereafter on the 1st day of each month in the amount of $2001.64 for one hundred eighty-two (182) months or until said note is paid in full. There shall be no prepayment charge should the Buyer pay the balance owed on said note and mortgage to Seller in advance of the end of the term.

3. It is further agreed between the parties that the Buyer will execute a purchase money mortgage as above provided on the above described property to secure the note on said property. Should the Buyer fail to make the payments as agreed and it is necessary for Seller to foreclose the mortgage the Buyer shall, in addition to the note, pay all costs necessary in the foreclosure proceeding.

4. The Seller shall pay in full all special assessments against the property upon the date of delivery of Deed, whether any or all installments of such assessments are matured or un-matured. The Seller shall also pay in full all State and Municipal taxes, general and special, which are a lien on said property, upon date of delivery of Deed; however unpaid general ad valorem taxes for the taxes for the current year has not then been fixed, the proration shall be based upon the rate of levy for the previous calendar year. Rents and interest are to be adjusted to the date of delivery of Deed. The Buyer agrees to assume all special assessments and taxes which thereafter matures.

5. It is acknowledged that the Buyer shall have possession of the premises on the 11th day of February, 2016, and that closing of the sale and delivery of the General Warranty Deed shall be on or before the 1st day of March, 2016.

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA
04/08/2025 09:36:33 AM Pg: 3 of Pgs: 8
Fee: $ 32.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma
Doc # 2025-4427 B: 3050 P: 0054
04/07/2025 02:23:48 PM Pg: 2 of Pgs: 7
Fee: $ 30.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma
COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Doc # 2025-4427 B: 3050 P: 0055
04/07/2025 02:23:48 PM Pg: 3 of Pgs: 7
Fee: $ 30.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

6. Special conditions:

   A. Buyer accepts the property in its "as-is" condition including building and improvements.

7. This agreement shall inure to the benefit of and be binding upon the Seller and Buyer, their heirs, legal representatives, successors and assigns.

Accepted under the above terms and conditions.

**BUYER:**

August J. Wakat

**SELLERS:**

Henry J. Winn, Individually

Linda I. Winn, Individually

**STATE OF OKLAHOMA** )
) **SS.**
**COUNTY OF TULSA** )

Doc # 2025-18537 B: 3140 P: 0301
12/18/2025 11:44:25 AM Pg: 17 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Before me, the undersigned, a notary public, in and for said County and State on this 11th day of February, 2016, all parties personally appeared, to me known to be the identical persons who subscribed their names to the foregoing, and acknowledged to me that they executed the same as their free and voluntary acts and deed, for the uses and purposes therein set forth.

Given under my hand and seal the day and year last above written.

Notary Public

My Commission Expires:
1/25/2020

SHAWNA ESTES NOTARY PUBLIC STATE OF OKLAHOMA TULSA COUNTY

Doc # 2025-4482 B: 3050 P: 0175
04/08/2025 08:38:03 AM Pg: 4 of Pgs: 8
Fee: $ 32.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA


12/18/2025 11:44:25 AM Pg: 18 of Pgs: 21
Fee: $ 53.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma
COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA
Plat of S
A part of Lot 1
Sec. 4, T-19-N, R-15E
Wagoner County, Oklahoma
Doc # 2025-4452 B: 3060 P: 0176
04/08/2025 09:36:33 AM Pg: 5 of Pgs: 8
Fee: $ 32.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma
R 15 E
HIGHWAY 412
T 19 N
Location Map
Legend
Highway 412
Legal Description - Tract A
East Admiral Place
N 88°45'34" E 369.34'
S 88°40'38" W 369.57'
140.00'
118.00'
3.55 Acres
Tract B 1.31 Acres
Tract A 1.00 Acres
UNPLATTED
Doc # 2025-4427 B: 3059 P: 0056
04/07/2025 02:23:48 PM Pg: 4 of Pgs: 7
Fee: $ 30.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma
85 ft
85 ft
This is Henry Peckham
Legal Description - Tract B
Surveyor's Statement
Notes
Benchmark Surveying and Land Services, Inc.

Doc # 2025-4427 B: 3058 P: 0057
04/07/2025 02:23:48 PM Pg: 5 of Pgs: 7
Fee: $ 30.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

# Affidavit

State of Oklahoma )
)SS.
County of Wagoner )

On the 22 day of August, 2019, August J. Wakat of lawful age, being duly sworn, state as follows:

This Affidavit is being filed to correct a missing mailing address on a deed filed on the following described real property situated in Wagoner County, Oklahoma, to wit : (provide legal description)

West 10.14 acres of Lot 1, Section 4, township 19 North, Range 15 East, Wagoner County, State of Oklahoma
Tract A

Which deed was recorded in the records of the County Clerk of Wagoner County, Oklahoma in Book________, Page__________.

The Correct Mailing address is as follows: August J. Wakat
23780 E. Admiral Pl
Catoosa, OK 74015

[signature]
Affiant

Doc # 2025-18537 B: 3140 P: 0303
12/18/2025 11:44:25 AM Pg: 19 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Doc # 2025-4452 B: 3059 P: 0177
04/08/2025 08:38:33 AM Pg: 6 of Pgs: 8
Fee: $ 32.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

STATE OF OKLAHOMA }

COUNTY OF ____________}SS:

Before me, the undersigned, a Notary Public, in and for the said County and State, on this 22 day of August, 2019, personally appeared August J Wakat

______________________________________________

to me known to be the identical person who executed the foregoing instrument and acknowledged to me that he/they executed the same as his/their free and voluntary act and deed for the uses and purposes therein set forth.

Given under my hand and seal the day and year last above written.

My Commission Expires 8-11-2020

TK Chaney
(Notary Public)

(seal)

T K CHANEY
Notary Public, State of Oklahoma
Commission #1600710
My Commission Expires 8/11/2020




Doc # 2025-4427 B: 3059 P: 0058
04/07/2025 02:23:48 PM Pg: 6 of Pgs: 7
Fee: $ 30.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Doc # 2025-4452 B: 3059 P: 0178
04/08/2025 09:36:33 AM Pg: 7 of Pgs: 8
Fee: $ 32.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Doc # 2025-18537 B: 3140 P: 0304
12/18/2025 11:44:25 AM Pg: 20 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

Doc # 2022-10255 B: [illegible]
06/22/2022 08:00:26 AM Pg: 2 of Pgs: 3
Fee: $ 22.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

# GENERAL WARRANTY DEED

THIS INDENTURE made this 11th day of February, 2016, between Henry J. Winn and Linda I. Winn, husband and wife, of the State of Oklahoma, parties of the first part, hereinafter called party grantors, and August J. Weber, a single person, party of the second part, party grantee.

WITNESSETH: That in consideration of the sum of Ten and No/100 Dollars ($10.00), receipt of which is hereby acknowledged, said party grantor does, by these present, grant, bargain, sell and convey unto said August J. Weber, his heirs and assigns, all of the following described real estate, situated in the County of Wagoner, State of Oklahoma, to-wit:

> A tract of land being a portion of the West 10.14 acres of Lot 1, Section 4, Township 19 North, Range 15 East, Wagoner County, State of Oklahoma, being more particularly described as follows: Commencing from the Northwest corner of said tract on a bearing of S-01-35-25-E a distance of 282.13 feet to the point of beginning; thence N-88-45-34-E a distance of [illegible] feet to a point on the East Line of the West 10.14 acres of said lot 1; thence S-01-32-28-E a distance of 385.64 feet to a point on the South Line of said Lot 1; thence S-88-40-38-W a distance of [illegible] feet to a point being the Southwest corner of said Lot 1; thence N-01-35-25-W a distance if 386.59 feet to the point of beginning, containing 5.23 acres more or less.

TO HAVE AND TO HOLD THE SAME, together with all and singular the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining forever.

And said parties, Henry J. Winn and Linda I. Winn, husband and wife, their successors and administrators does hereby covenant, promise and agree to and with said party grantee, at the delivery of these presents that they are lawfully seized in their own right of an absolute and indefeasible estate in fee simple, of and in all and singular the above granted and described premises, with the appurtenances, that the same are free, clear and discharged and unencumbered of and from all former and other grants, titles, charges, estates, judgments, taxes assessments and encumbrances of whatsoever nature and kind EXCEPT: easements and buildings restriction of record and special assessments not yet due; and that party grantors will WARRANT AND FOREVER DEFEND the same unto the said party grantee, his heirs and assigns, against said party grantors, their successors or assigns and all and every person or persons whomsoever lawfully claiming or to claim the same.

Doc # 2025-4452 B: 3059 P: 0179
04/08/2025 08:36:33 AM Pg: 8 of Pgs: 8
Fee: $ 32.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

Doc # 2025-18537 B: 3140 P: 0305
12/18/2025 11:44:25 AM Pg: 21 of Pgs: 21
Fee: $ 58.00
Lori Hendricks, Wagoner County Clerk
Wagoner County - State of Oklahoma

# 2025-4427 B: 3059 P: 0059
/2025 02:23:48 PM Pg: 7 of Pgs: 7
$ 30.00
Hendricks, Wagoner County Clerk
er County - State of Oklahoma

COUNTY CLERK OFFICIAL SEAL WAGONER COUNTY OKLAHOMA

DISTRICT COURT
FILED
DEC 18 2025
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

IN THE DISTRICT COURT IN AND FOR
TULSA COUNTY STATE OF OKLAHOMA

AUGUST J. WAKAT, et. al.,
Petitioner the Classes,

v.

JOE ROBSON, et. al.,
Applicant in and for zoning request MPD-6
in Tulsa Metropolitan Area
Planning Commission Case No. Z-7839.
Defendant.

CASE NO. CJ-2025-5084;

Tulsa Metro Area Planning Commission
Case No. Z-7839; MPD-6

HON. JUDGE KEVIN GREY

JURY TRIAL DEMANDED

2025 DEC 18 P 3:31
DON NEWBERRY COURT CLERK

**NOTICE OF LIS PENDENS**
(Quiet Title, Declaratory, and Injunctive Relief)

COUNTY OF WAGONER )
) SS
STATE OF OKLAHOMA )

FILED
OFFICE OF THE CITY CLERK
CITY OF TULSA, OKLAHOMA
2025 DEC 18 PM03:11

TO THE CLERK OF WAGONER OF SAID COUNTY:

Graham Parker refused filing Stamp

## CERTIFICATE OF SERVICE

I certify that on the 18th day of December, 2025, I served this notice to City of Broken Arrow Attorney Graham Parker by: Time: 2:25 pm 220 S. First Street Broken Arrow OK 74012 (918) 251-5311

☒ - Delivering it personally to the person in possession.

☐ - Delivering it on the premises to a member of his/her family who is over the age of twelve (12) and residing with the tenant.

☐ - Posting a copy at a conspicuous place on the dwelling unit, and mailing a copy to the person in possession through certified mail.

☐ - Certified mail, with a return receipt request, addressed to the person in possession.

Signature: [signature] August Wakat